## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA,
## ORLANDO DIVISION

| | |
|---|---|
| Biblical Historian and Church Reformer Minister Rick Johnston, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>ANTI-DEFAMATION LEAGUE, )<br>JONATHAN GREENBLATT, individually and in his official capacity as CEO and National Director of the Anti-Defamation League, )<br>BNAI BRITH INTERNATIONAL, Daniel S. Mariaschin, individually and in his official capacity as CEO and top executive of Bnai Brith International, )<br>AIPAC THE AMERICAN ISRAEL PUBLIC AFFAIRS COMMITTEE, CEO Howard Kohr individually and in his official capacity as CEO of AIPAC The American Israel Public Affairs Committee )<br><br>*Defendants.* )<br>_____/ ) | Case No. _____ |

## COMPLAINT FOR VIOLATION OF
## <u>CONSTITUTIONALLY PROTECTED RIGHTS, DEFAMATION,</u>
## <u>PRIVACY, AND DECLARATORY RELIEF</u>

# Contents

FOREWORD ........................................................................................................................... 3

INTRODUCTION ................................................................................................................... 3

PARTIES ................................................................................................................................ 38

JURISDICTION…………………………………………………………………………...………..38

FACTUAL BACKGROUND ................................................................................................. 39

    COUNT 1 ........................................................................................................................ 139

    COUNT 2 ..........................................................................................................,............. 139

    COUNT 3 ........................................................................................................................ 140

    PRAYER FOR RELIEF .................................................................................................. 140

# FOREWORD

BIBLICAL HISTORIAN AND CHURCH REFORMER MINISTER RICK JOHNSTON, asks the court to consider the following. The court's requirements, from paperwork to procedures, make it nearly impossible for a citizen to present his case without a law degree. At the same time, we understand the reasons for such procedures with the massive litigations today. The subject matter of the action has caused lawyers to deny paid services even advice in fear of their practice being labeled as antisemitic. We feel it is constitutionally unfair to take away the rights of an American citizen to be heard by the court based on court procedural litigation, rules and procedures, or the requirement of a law degree. We ask the court to consider some leniency as we present our case. The Plaintiff will exercise free speech in this document.

# INTRODUCTION

1.      Biblical Historian and Church Reformer Rick Johnston is not a conspiracy theorist or someone who overly exaggerates matters. The plaintiff at 76 years is still a well-known active church reformer based in Oviedo, Florida. The plaintiff's teachings normally shock most people, when they first hear, and then understand, that the people claiming to be the ancestors of the biblical Judeans are not jews at all. The plaintiff is the opposite of conspiracy theorists. He is a factual documented truth seeker determined to find evidentiary facts; and has over 40 years of historical and biblical evidence that will completely unmask the defendants as world imposters using counterfeit stolen identities. The defendants claim to be the ancestors of the biblical Judeans. They are not. In his teachings, the plaintiff also teaches that the religious ancestors of the defendants were one of the largest slave traders in American and world history murdering

over 3 million people. That image and story, for the most part, have been buried by the defendants' to hide the truth from public knowledge, exposing their ancestors' true character. In the defendants' world today, accusing and labeling everyone who disagrees with their religious views of themselves are labeled as being racist and hateful antisemitism; the defendants do not want any public knowledge or exposure of religious jewish slave traders. A teachable right by the plaintiff.

2.    The truthful teachings by the plaintiff with factual evidence historically and biblically will expose the true counterfeit identities of the defendants'. This information has made the plaintiff a collective target of the defendants. The plaintiff continues to openly confront the defendants publicly, at their business locations, throughout the internet on the plaintiff's websites, and with thousands of emails and banner advertisements.

3.    The Defendants method of operation for over one hundred years has been to create a file on a suspected antisemite through covert acts of spying. Then, give the exaggerated illegally obtained file to law enforcement who are already under the Defendants' influence and then encourage law enforcement to go after the individual. The Defendants are paranoid about the Plaintiffs teaching because they fully expose the defendants true identities, so they try to remain quite. Using anti-Semitic and anti-Zionism rhetoric together create a negative perception to their employees and a false narrative about the plaintiffs beliefs and actions. Exposing me too much will not end in a healthy public perception but keeping the employees silent about my teachings and public demonstrations is what motivates ADL Johnathan Greenblatt. Frankly the defendants work together trying to figure out how to keep the plaintiff silent.

4.   With evidence, the plaintiff also exposes the defendant's participation in the unconstitutional training of U.S. law enforcement at every level of government by a religious organization. The defendants provide and pay for training in the United States and the foreign government of Zionist Israel. The plaintiff's teaching also exposes how the defendants act together as unconstitutionally, unapproved, quasi-government agencies receiving taxpayer funds by fraudulent methods. The plaintiff in his teachings blows the whistle on the defendant's criminal acts historically, and their spying on and collecting information on the plaintiff. The defendants operate under the color of law, acting as the 'jewish police' sent to spy on American citizens, by bringing public correction when anyone speaks out against jews and Zionist Israel. The defendants spied on the plaintiff without a constitutionally defined legal warrant. The defendants have no right to provide information that was criminally obtained without a legal warrant about the plaintiff and share that information with law enforcement. Law enforcement understood the instant they received the file that the information was obtained illegally. This is a causable action by the plaintiff against the defendants.  [Exhibit A The Plaintiffs Teaching]

5.   The Anti-Defamation League (hereinafter referred to as the **"ADL"**), in violation of the rights and protections guaranteed by the First Amendment and Fourth Amendment of the United States Constitution, have engaged in criminal actions which hinder, violate, and are meant to intimidate the plaintiff. The defendants fear the plaintiff's messages and constantly seek to destroy the message and the plaintiff's reputation by any means necessary.  Upon discovery and deposition, the plaintiff will produce evidence of the plaintiff's claims that are in possession of the defendants and law enforcement. The plaintiff expects every legal maneuver by the defendants to disavow the plaintiff's claims. The plaintiff's case is not only about the constitutional violations of the plaintiff's rights by the defendants. **The bulk of the plaintiff's**

**case** is about the defendants' being imposters and identity thieves, lying to the United States Government, American citizens, and churches by claiming to be the ancestors of biblical Judeans. The plaintiff will offer full historical and biblical evidence that will convincingly demonstrate the defendants' are what the plaintiff calls '**fake jews**' and that bogus Zionist Israel is not a legitimate biblical country. This is a causable action by the plaintiff against the defendants.

6.     Through the *cunning use of reversing and projecting poisonous* religious word terms into society, the defendants devised a way to immediately place racist labels of hatred on anyone, on so many levels. This form of religious societal manipulation by the defendants has never been found in all of history. Anyone who disagrees with the defendant's *worldview of their religion* is immediately labeled as a hateful racist, a jew hater, an anti-Zionist, anti-Israel, white supremacist, or someone who could commit a hate crime. The plaintiff contends this hate-filled religious societal manipulation is how the defendants hid themselves from the world; because the defendants know they are the *first religious identity thieves* in world history. By using make-believe 'religious weaponized word terms' the defendants used trickery intended to stop anyone who held another view of jews or Zion. ADL CEO defendant Johnathan Greenblatt expressed to his [jewish staff] saying "These are my religious beliefs about Zion and antisemitism towards jews, they are the same, and if you do not agree with me maybe you should leave." Effectively ADL CEO defendant Johnathan Greenblatt proclaimed that anyone listening who did not agree with his warped world religious views would be considered guilty and labeled as jewish race haters.   If the plaintiff is considered by the defendants as a racist hater of jews and Zion Israel, wouldn't the ADL staff, who also disagreed with the warped

religious perspective be considered the same jew haters in the same manner as the ADL has labeled the plaintiff?   [Exhibit B ADL Employees Speak Out]

7.    The ADL, while acting under the color of law without any legal authority or a court-ordered warrant, has collected, and provided information to U.S. Law enforcement for over 75 years by covert acts of spying. Information, that law enforcement knew was obtained through the ADL's secret surveillance by spying on American citizens, especially the plaintiff. Surveillance conducted both physically and electronically, targeted individuals holding opposing views about *"Jews,"* *"Zion,"* and *"Israel."* U.S. law enforcement is aware of and has seen the equipment used by the defendants to spy on American citizens. This is a causable, discoverable action by the plaintiff against the defendants.

8.    The defendants' are aware that the historical and biblical facts as taught by Church Reformer Rick Johnston exposes to the world the actual origins, of who, or what, is a *"Jew"* today. The factual teachings by the plaintiff will substantiate by evidence without any disbelief, that the self-proclaiming defendant fake jews, are interconnected in unison with Zionist Israel acting as world counterfeits together and histories as spies. The defendants' are swindlers who knowingly operate by deception in the world, as thieves, they use stolen identities claiming to be relatives of biblical Judeans. They are not biblical Judeans, nor are they 'people chosen by God.' These are the reasons the defendants actively seek to silence and discredit the plaintiff's teachings, perhaps more than others. The defendants cannot defend the undefendable truths, and factual evidence, provided by the plaintiff about the true origins of the defendants.

9.    For over 40 years the plaintiff has observed the defendants operating collectively throughout the world against anyone who remotely begins to uncover their true identities. The

defendants work tirelessly to bury historical facts, rewrite history, and use false lying narratives about themselves throughout the internet. When exposed, the defendants immediately use slanderous accusations, smearing a person's character, labeling people as jew haters, a racist, or a suspected jew hater who might also be capable of committing a hate crime. The defendants attack the plaintiff's teachings to hide and silence the truth of the plaintiff's message from the world and by censoring the plaintiff's free speech through [discoverable] false claims about the plaintiff. The plaintiff asserts that every defendant acts in unison with complete foreknowledge by willful acts of intentional malice against the plaintiff. The defendants implied using hostile innuendos inferring, that the plaintiff is a liar, a racist, or someone that may be capable of committing hate crimes against jews or Israel. Lies the plaintiff denies. This is a causable action by the plaintiff against the defendants.

10.    The defendants' manipulative lies. "A Play On Words." Through the cunning use of reversing historical word terms, the defendants spew hatred poisoning society on every level. The defendants contrived *religious weaponized word terms* that have nothing to do with being a jew. Using deceitfulness, the defendants 'race baited' world leaders, politicians, christians, muslims, schools, courts, and all media outlets intentionally poisoning society with racist labels of hatred. Today, by trickery, the defendants sit back smiling at one another as they watch the entire world shouting at each other. The defendants successfully poisoned the world with racist hate labels. It appears as if the world has gone mad shouting at one another, *you are* "anti-Semite" "anti-Semitic," "anti-semitism," or an "anti-Zionist!"  This hatred is precisely what the racist baiting defendants' intended to use to poison society by making everyone who does not agree with who, or what the defendants say they are … makes you into a jew hater and many other derogatory remarks.

11.     The plaintiff restates this is a play on words by the defendants. It is a cunning trick by the defendants because of the lack of human historical knowledge. Worldwide jews, and Zionist Israel know they are not now and never have been a part of any of the early Old Testament or peoples who spoke the early *semitic world languages*. The plaintiff seeks to establish clarity of the defendants word tricks. If we remove [-anti] from the defendants' chicanery, we are left with the words *"Semitic," "Semite,"* and *"Semitism.* Each word is simply a derivative from the world's early languages, known as *Semitic languages*. There were hundreds of variations of early *Semitic* languages. Historically, <u>*Semites*</u> spoke in a native tongue that was developed from using an early <u>*Semitic*</u> world language. Local towns and countries often spoke variations of the *Semitic* original wording. Down through the centuries of early history, local cultural words were adapted that differed from the original *semitic languages*. The defendants' have absolutely no connection to an original old semitic language, nor are they related to any Judean in the Old or New Testament that might have spoken, or written something in Aramaic. The defendant, 'fake jews,' decided to use the word terms *"Semitic," "Semite,"* and *"Semitism"* b*e*cause the defendants' knew they had <u>no</u> semitic identity in all of their histories. The defendants are so distraught by these facts that they have attempted to change the world narratives, claiming that everyone from Adam spoke Hebrew. The defendants' ancestors all spoke Yiddish. The plaintiff will prove historically and linguistically there is nothing semitic about Yiddish,

12.     Abraham and his immediate family would have spoken Ancient Akkadian, the oldest known *Semitic* language that was written down. Abraham did not speak Hebrew. Hebrew did not emerge as a distinct language, and it was a rarely used language. Hebrew was mainly used by scholars. It did not appear used with Semitic languages until about 1000 years after

Abraham's time. Moses clearly spoke Egyptian. It is essential to remember Hebrew is not a race, speaking Hebrew does not prove that anyone is an authentic Judean. No more than learning to speak Spanish makes someone a Spaniard. Hebrew was the least of all semitic languages falling in and out of history as a language many times. Hebrew in ancient times was not spoken as a native language but was used mainly in liturgical contexts. *"Semitic Aramaic"* was the language of the biblical Judeans as early as the 6th century B.C. Jesus spoke Aramaic as did Palestinians. The Babylonian and Jerusalem Talmud practiced as a religion by the defendants today were written in Aramaic not Hebrew around 500 A.D. and are not considered by biblical scholars as a scriptural text or a part of the bible. *"Semitism"* is a well-formed or syntactic structure that deals with the formal properties of languages in which the influence of the *Original Semitic language* is present in the dialect.

13. The plaintiff's teachings clearly demonstrate the defendants cannot establish any historically bioidentical biblical supremacy of any kind. The defendants' are not found in biblical world history, nor can they validate any connection to the old semitic languages of the world. The defendants are *NOT* from Noah, Shem, Abraham, Jacob, Moses, King David, King Soloman, King Herod, or The Prophets, Not A Single Name, … of anyone named in the entire Old and New Testament has ever been a relative of any of the defendants. The defendants know this about themselves. Over 80 years of spurious DNA testing in Israel has confirmed they are not relatives of the biblical Judeans, nor were they ever historically from any of the original *semitic language-speaking* people. The defendants have an indescribable hatred against the plaintiff because they know everything the plaintiff says they cannot refute. The plaintiff's truthful teachings are the reason why the defendants seek to hide behind their counterfeit

identities in the false hope they can appear as real jews and the legitimate heirs of bogus Zion to the world.

14.    The plaintiff gives the defendants props; through the use of the conceived *religious weaponized* word terms *"anti-Semite" "anti-Semitic," and "anti-semitism,"* the defendants twisted words they knew did not apply to them [they applied to you]. The *religious weaponized word terms* conceived by the defendants did precisely what the defendants intended.  The word terms used by the defendants immediately spawned the mass production of 'implied racist hate labels' against people all over the world, and the spreading of societal poison against anyone who spoke critically 'anti' against jews or Zionist Israel. Today the defendants have everyone in the world shouting at each other. People are labeled either a 'racist jew hater,' or a 'Pro-Palestinian anti-Zionist.' The gentile defendant fake jews are smiling; as this is a win … win, everyone hates as they legislate new anti-jew laws.  The hate on October 17 did not begin then; the hate began *within* the entire Arab world, when the first Palestinian plot of land, was stolen by a GOYIM fake gentile jew trying to conceal their true identity claiming to be ancestors of the biblical Judeans. They were issued a fake jew ID because of the historical ignorance of British Colonialism and a Balfour declaration deal designed to implement Zionism.

15.    Understanding the defendants' *religious weaponized word terms,* and how the defendants use the holocaust for world sympathy is best understood from a jewish perspective. On August 14, 2002, on a program entitled, "Democracy Now," a former Israeli official by the name of Shulamit Aloni, made this very point when she said regarding the false use of the phrase, "anti-Semitic:" "Well, it's a trick. We always use it … the ADL uses the term "anti-Semitic" as a "trick," and as a bludgeon, to beat people into submitting to its will, and their

actions. When, in this country, people are criticizing Israel, then they are "antisemitic." And the organization is strong, and has a lot of money, and the ties between Israel and the American Jewish "establishment" are very strong and they are strong in this country, as you know. And they have power, which is OK. They are talented people, and they have power and money, and the media and other things; and their attitude is "Israel, my country, right or wrong…." And it's very easy to blame people who criticize certain acts of the Israeli government as 'antisemitic,' and to bring up the Holocaust, and the suffering of the Jewish people, and that is [to] justify everything we do to the Palestinians.   https://www.youtube.com/watch?v=q0TFxpp7pco

16.     What a difference a [– hyphen makes]. It took the defendants around ten years to remove the hyphen in *"anti-semitism,"* making antisemitism a perfect weaponized word for the label of racial jewish hatred. The word *Semitic,* historically, had nothing to do with the term as being jewish anywhere in the bible.   The defendants ADL, Bnai Brith, AIPAC, Eric Ross, and Seth Hyman work together in unison along with hundreds of pro-jewish and pro-Israeli websites throughout America. Defendants Eric Ross and Seth Hyman recently intimated that their secretive surveillance methods are very sophisticated, and they train over 15,000 law enforcement officers yearly.   The defendants seek to falsely influence society while at the same time assassinating the plaintiff's character by willful acts of intentional defamation. The plaintiff contends his right under the First Amendment of the constitution of free speech should be without intimidation by the defendants. It is the plaintiff's right to speak openly and publicly without any concern of being automatically labeled as a racist jew and Zion hater by and through the defendants' weaponized religious word terms.

17.     The Plaintiff agrees with the U.S. Constitutional rights for anyone to practice their religious beliefs freely. The fear of being exposed by the plaintiff, along with the

'embarrassment of the defendants' unbiblical religious beliefs, was the motivating component that compelled the defendants into the religious weaponization of [-anti] word terms used against anyone. The defendants are embarrassed on so many levels as they fight to defend their religion against anyone who does not accept the defendants' *false religious beliefs* about themselves. The defendants are embarrassed by the publicity of revelatory historical truth and biblical facts about the defendants as taught by the plaintiff, facts that reveal, without any doubt, that the defendants' true origins *are not* related to the actual biblical Judeans in any manner.

18.     The plaintiff stands alone against the gentile defendants. This is important for world understanding because the entire world generally functions according to some form of religious belief system. We are talking about the religion of all religions … the biblical Judeans and their biblical identity being stolen by counterfeit gentile GOYIM jews. This is about biblical Abraham and his circumcision, Moses splitting the Red Sea, and Jesus bodily raising Himself from the dead.  The argument doesn't get any bigger religiously for everyone in the world, especially jews, Muslims, and Christians. They each claim Abrahamic covenants. The plaintiff will authenticate that one of them is a prevaricator, a person who speaks to avoid the precise truth, a two-faced hypocrite operating under a stolen identity *with a satanic purpose to deceive the world.*  For every Original, there is a Counterfeit; there is no bible without a devil, and the battle will continue between the kingdom of darkness and the Kingdom of Light until the end of time.  The Middle East is where biblical religions began and are revealed. Today, the Middle East is where all politically empowered religions are practiced, and that practice of politically empowered religions still ends in murders.

19.     The plaintiff argues that to understand the scope of the defendants' deceptions fully, it will be necessary to understand how they build deceptions that work together as

interlinking spiderwebs. This is why the defendants created and used religious weaponized terms to catch and destroy anyone who opposes each of the defendants' fictitious existences as they lie about their veritable origin. *In the defendant's own words*, ADL Defendant CEO Jonathan Greenblatt, "The ADL is a Zionist organization. We will never apologize for this. This fact will never change. I am a proud, unapologetic Zionist. I was long before I came here, and I always will be, because Zionism is a liberation movement based on the simple premise, a simple idea: that the Jewish people have the right to self-determination in their *ancestral homeland*." Defendant Greenblatt placed any opposition to Zionist Israel by the plaintiff on par with "white supremacy," and a source of antisemitism against anyone by proclaiming "Anti-Zionism is antisemitism," in a speech before ADL leaders and staff. Defendant Bnai Brith is the creative father of nearly every fake jew website and works through the extended arm of the ADL. The ADL and Bnai Brith have been caught spying together on America and American citizens. Bnai Brith claims to have established its presence in what they call the Jewish homeland in 1888. Locking arms together with defendant CEO Johnathan Greenblatt. Bnai Brith states, "Israel is the eternal home of the Jewish people. Bnai Brith works tirelessly to support and defend Israel, the only Jewish state in the world." Politically empowered AIPAC declares, "We encourage the U.S. government to enact specific policies that create a strong, enduring, and mutually beneficial relationship with our ally Israel; we stand with those who stand with Israel." The plaintiff publicly exposed each defendant directly in front of their places of business. Many of the defendants' employees were threatening, authoritatively hostile, and lied to the plaintiff as he pointed out that AIPAC has over 360 U.S. Politicians under their spiderweb of monetary and political influence. The plaintiff publicly pointed out that AIPAC was buying American influence for Israel, and the plaintiff pointed out they were no different

than the jews who owned 454 plus slave ships buying and selling Africans. The defendants hate the historical truth about themselves as relatives of the slave ship owners. [Exhibit C Slave Ship Owners ONE and TWO]

20.     The defendants asseverate *three deceptive religious progenies* about themselves. The first deception by the defendants happened when they declared to the world, 'We are an original progenitor; [an ancestor] we are the descendant inheritors, the 'actual ancestors' from the original biblical Judeans in the bible.' Biblically and historically, this is a felonious, unprovable declaration by the defendants.  Such a statement would need to be established by birth certificates stating so and so, begat so and so. There are recorded biblical birth linages from Adam to Christ in the bible. The plaintiff asserts this deception as an ancestral progenitor by the defendants is a perpetuated world lie, contrived secretly and intentionally by the defendants, and was introduced into the world by covert trickery. The defendants already understand from the plaintiff's teachings that they are not the biblical Judeans, and they know they will never be able to ascertain by any means necessary to the world that they are the 'actual ancestors' of the original biblical Judeans. The defendants know they are not Originals ... they are imposters and counterfeits.

21.     It is that first counterfeit progeny, 'we are the original jews,' that led to *the second counterfeit progeny*.  The defendants spread theological Zionist lies, saturating the world with lies about the defendants' rights to self-entitlement land rights, knowing this would instigate a massive world problem.  'If we claim we are the original jews, then by *progeny,* we must be entitled to our promised land.' The defendants are mendacious mavens and *knew* they were premeditated world deceivers when they announced to the world that the land of Palestine is '*their eternal homeland'* and 'our people' have a right to self-determination. The defendants

especially seek to abolish, discredit, and slander the plaintiff's teachings and have done so in company meetings and staff training sessions because the plaintiff openly confronts the defendants, publicly exposing the worldwide deceptions of the defendants and their unbiblical gentile origins.

22.     Besides their wild, unprovable ancestorial historical claims, the third progenitor about the defendants is a complete blood hoax. The plaintiff has proven to the defendants that, biblically, there is no such thing as a jew. There has never been a jewish race of people, not today or historically, in the bible at any time. There is no such thing as *jewish blood* at any time in world history.  In a recent Jewish podcast entitled Jewish History Nerds, the subject was 'Revisionist Zionism: and Ze'ev Jabotinsky's journey; 'Yael, the commentator, explained, "One thing that I just want to point out about the present-day Likud party, many of the people in its leadership say that the Likud party are descendants from Jabotinsky's revisionist Zionism." Ze'ev Jabotinsky met with Menachem Begin and is still considered by many to be the foundation of *Netanyahu's Likud Party*. Ze'ev Jabotinsky wrote that Jewish national integrity relies on "racial purity" and that "the feeling of national self-identity is ingrained in the man's 'blood,' *in his physical-racial type, and only in it."* that Jewish national integrity relies on "*racial purity*."  What a crock. The defendants' are not a race of people, and they have bred with every race on the planet for over 1500 years, like gerbils. Ze'ev's comments embarrassed the defendants, as well as every fake jew throughout the world, with his imbecilic comments about jewish 'racial blood purity.' Demented, wild, irrational, crazy, unreasonable, frenzied, fanatic, manic, and it was Ze'ev Jabotinsky who laid the foundation of the LUKID party. [Exhibit D Nerd Podcast] https://jewishunpacked.com/revisionist-zionism-zeev-jabotinskys-journey/

23.    The defendants know they are not the original biblical Judeans, and they also know they have no inherited right to anyone else's land; obtained under Zionistic lies, they invented and duped the world into believing their lies. The defendants profess themselves to be 'jewish people,' when using the term 'jewish people', it implies they must be a blood type or a race. They are frauds on every count, identity thieves, and liars sent to deceive the world.  None of what they falsely allege about themselves will ever become an attestable reality that will validate the defendants as biblical Judeans or a race of people.  The defendants humiliate themselves with self-embarrassing claims. Especially in light of the defendants' unbiblical gentile religious origins. 'Racial Purity' is embarrassing.

24.    The defendants invented religious word terms that have essentially backfired on the defendants.  The weaponized religious words *"anti-Semite"* *"anti-Semitic,"* *"antisemitism,"* and *"anti-Zionist."*  The plaintiff submits simply and excitedly that the religious weaponized words the defendants twisted and spun into the world compel the defendants to prove they are, in fact, relatives of the original biblical Judeans. The simple question: the defendants need to explain how they can use such hateful religious weaponized word terms against people if they cannot first authenticate that they are the actual ancestors of the biblical Judeans all the way back to Moses. Can the defendants' offer any shred of proof to the court that will substantiate their lying claims, asks the plaintiff.

25.    The defendants' are supporters of Zionism and the false Zionistic unbiblical theologies.  Every defendant embraces the same illegal Zionist world lies as those perpetrated by ADL defendant CEO Johnathan Greenblatt. The defendants, individually or collectively, cannot now, and they will never be able to establish a 'bioidentical factual' history or any 'biblical supremacy' about themselves.  Not a single historical big toe of any ancestral relative

of today's fake jew gentile defendants has ever dipped itself into the time period of biblical Judea. The fake jew defendants practice an unbiblical evil religion known as Babylonian Talmudism written in Iraq. It is not a biblical religion mentioned or practiced anywhere in biblical Israel's history. The defendants operate behind a tricky smoke screen as they accuse everyone of being antisemitic to keep the focus off of the defendants and on you. The reason they do this is to hide their true identity, sell the lie, and talk about everything Jewish, but not let anyone find out their true identity.  Such religious weaponized language has one intention for the self-proclaimed 'Chosen Race by God': to silence people who know the true origins of the fake jews today and the false Zionist state of politically empowered religious Zionist Israel today. The religious weaponized words are used repeatedly by the defendants against the plaintiff, with the full intention to discredit, slander, and stop the constitutional free speech rights of the plaintiff and his teachings. Teachings that expose the defendants as biblical frauds and historical identity thieves working together having deceived the world.

26.     FREE Speech Laws: Incitement — speech that is both "directed to inciting or producing imminent lawless action and is likely to incite or produce such action" — is unprotected by the First Amendment. *Weaponized Word Terms*: He is a threat to democracy, the most dangerous man in this nation, Hitler. Supreme Court immunity means he can kill someone and get away with it. We will not have a nation if that man gets elected.  He is a dictator, a hateful man who is going to destroy America. These *weaponized word terms* were broadcast across the nation repeatedly by news organizations and led to an assassination attempt on Donald Trump. *Weaponized Word Terms*: ADL's expressed views.  If someone uses hate speech, it could lead to the possibility of them committing hate crimes. White supremacy is hate; antisemitism is Jewish hatred; antizionism is Jewish and Israeli hatred. If you are against

Zionism, you are also antisemitic. The weaponized word terms are dangerously inciteful and manipulative and represent a slick trick, invoking <u>all</u> of society as racist haters if anyone has another opinion about the defendant perpetrators' world views of themselves.

27.     The First Amendment protects false speech, with minimal exceptions, including defamation and fraud. Defamation is a false statement of fact that (1) is communicated to a third party, (2) is made with the requisite guilty state of mind, and (3) harms an individual's reputation. To be defamatory, a statement must be an assertion of fact (rather than mere opinion or rhetorical hyperbole) and capable of being proven false. As to the state of mind, if the person allegedly defamed is a public figure, he or she must prove "actual malice" — namely, that the speaker made the statement either with knowledge of its falsity or with reckless disregard for the truth. A non-public figure need only prove that the speaker was negligent in making the false statement.

28.     While, again, the First Amendment makes no categorical exception for false or misleading speech, certain types of fraudulent statements fall outside its protection. The government generally can impose liability for false advertising or on speakers who knowingly make factual misrepresentations to obtain money or some other material benefit (such as employment). Prohibitions on perjury — knowingly giving false testimony under oath — also are constitutional.

29.     In Giboney v. Empire Storage & Ice Co. (1949), the Supreme Court held the First Amendment affords no protection to "speech or writing used as an integral part of conduct in violation of a valid criminal statute." A robber's demand at gunpoint that you hand over your money is not protected speech. Nor is extortion, criminal conspiracy, or solicitation to commit

a specific crime. The plaintiff contends the defendants' are not protected on any level constitutionally because they are imposters and operate by using stolen identities, presenting themselves as the original. They know history proves they are counterfeits. The defendants, using identity theft and intentional misrepresentation as frauds, have stolen taxpayer money as criminals by lying about their true identity. The government generally can impose liability for false advertising or on speakers who knowingly make factual misrepresentations to obtain money or some other material benefit (such as employment). The defendants are not the protectors of America.  They are spies and thieves working together to undermine the United States Constitution and the Government appearing to be something they are not.

    **30.**    The exposure of religious groups and their fraudulent deceptions historically almost always ends in murder. The plaintiff contends this action is not about the rights to practice religious beliefs or even the practice of deceptions found in many religions. When politically empowered duplicitous religions are exposed, that is when religion historically progresses into criminally fraudulent prosecutions of people that normally end in murders. Politically empowered duplicitous religions will always commit murders. Even the defendants cannot deny that the Zionist state of Israel is anything other than a politically empowered, duplicitous, unbiblical religion, a religion the defendants swear full allegiance to as Americans, knowing that Zionist Israel is a murderer and murdering. There was a day not so long ago when over 300 million people were murdered for speaking against the Catholic Institution and their Pope, simply because people were translating the bible into a readable language other than Latin. The Salem witch-hunts were politically empowered Christians, murdering Christians. There were no witches murdered, but history covers the religious murdering lie with the term witch-hunts.   The defendants' self-willed determinations are intended to intimidate people

through the use of counterfeit religious weaponized terms that, within themselves, are hateful racist baiting word terminologies used publicly against anyone in the world.  This malevolent word charade is orchestrated throughout the world by the defendants in an attempt to control those who oppose their view of themselves. It is an attempt to silence the free speech of the plaintiff and others, who disavow the defendants' evil religious society because it is filled with illegitimate, false biblical religious claims and lying unbiblical historical narratives by the defendants. The plaintiff renounces the falsity of the defendants' birthright declarations about themselves. The defendants are not semites and were not derived from people who spoke a semitic language. The truth, historically and biblically, will prove the defendants are collectively imposters, pretending to be relatives of biblical Judeans. The defendants' while claiming to be biblical Judeans, are a false, fanatical, life-threatening evil religion with continuous worldwide criminal and murderous political ambitions. World history will provide ample evidence exposing the full fraudulent practices of the defendants. The plaintiff, who lives by mandate, is fully aware of what politically empowered duplicitous religions are capable of doing. Even accidentally. This is a causable concern and actionable cause by the plaintiff against the defendants.

31.     The defendants' religious word choices are so malformed they are used in an ugly, undesirable, socially disapproved manner. While the ADL claims to be a civil rights organization, the ADL defendant CEO Jonathan Greenblatt wild claims that anti-Zionism *is antisemitism.*" That makes anyone rejecting the socially undesirable warped, evil religious views of Mr. Greenblatt and causes them to be placed on his racist list. That person on Mr. Greenblatt's malformed ugly list and his 'jew views' are immediately slandered as jew haters and Zion Israel haters. The weaponized racist religious words crafted by the defendants and the

ADL are not about civil rights or the exercise of free speech by the ADL, but speech under the constitution meant to cause incitement, spreading hate, or speech under the fighting words category of free speech. This is a causable action by the plaintiff against the defendants.

32.    When the defendants use these phony religious weaponized word terms privately and publicly against individuals, especially the plaintiff, their religious intentions are meant to destroy a person's reputation by willful acts of intentional malice and with the full intent to harm the plaintiff any way they can.   The plaintiff believes the defendants have hacked his websites many times. What other entity would be interested in hacking and spreading malware on a website named fakejew.com?   Often, the defendants follow up on individuals they categorize as 'jew and Zion haters.' The defendants make up interoffice secret files about individuals whom they deem to be anti-jewish and anti-Zion.  In most instances, the defendants spy on American citizens by covert actions physically and electronically without their knowledge. With full knowledge, the defendants spy while acting together under the color of law without a court-ordered warrant. Acting with foreknowledge in total disregard of the United States Constitution, they operate as spies in America, for and in total defense of the bogus Zionist religiously empowered political state of murdering Israel. Discovery and the known history of spying by the defendants and evidence offered by the plaintiff will validate the facts of spying now and throughout American history. All law enforcement files usually will not lie. So many files have been turned over to U.S. law enforcement at every level of government by the ADL, perhaps over 500,000.   They are full of evidence and proof that the ADL has been providing secret files to law enforcement by spying without a legal warrant on American citizens for over a century. Who authorized a religious organization to collect secret files by

spying on people speaking against them? This is a causable action by the plaintiff against the defendants.

33.    The defendants are not the police, nor the jewish police operating in America. Although it appears that they think they are, and they are intertwined with U.S. law enforcement at every level of government: federal, state, and city. The defendants are entrenched like a snake; the plaintiff believes it will not be hard to find a law enforcement agency that the snake has not been bitten.  The defendants love to use the term 'hate speech' against individuals as another weaponized word term that is meant to destroy the image of an individual; the defendants use the term as an intentional act of malice with the intent to cause harm to the plaintiff and his reputation because the defendants foreknew the term *'hate speech'* was proven by the U.S. Supreme Court by a unanimous vote that hate speech is unconstitutional under the U.S. Constitution first amendment's rights for free speech. President Biden needs a reminder. The defendants still use the term 'hate speech,' connecting the term together with 'hate crime,' implying with full knowledge and with forethought by willful malice that the individual using hate speech could be a possible candidate for committing a hate crime. These are the secret files the defendants share with law enforcement.  The use of such connective weaponized religious terminology by the defendants is extremely slanderous against the reputation of Historian and Biblical Church Reformer Rick Johnston. The slander towards the plaintiff, individually and as a group, may be unrepairable. The defendants' religious words are inciteful, filled with hatred, and entirely acting with politically empowered duplicitous religious intentions. The defendants have full intentions to harm the plaintiff's reputation by willful acts of aggravated intentional malice or by any other means because, more than anyone else, the defendants fear the plaintiff's total exposure to the world of the massive religious HOAX the defendants have committed. The

defendants' and their staff have copies of the plaintiff's teachings exposing them. This is a causable action by the plaintiff.

*34.*   The plaintiff states: None of the defendants can collectively, together or individually, demonstrate to the court or the world that they are the so-called "Jews" that descended from the original 12 tribes of biblical Judeans or biblical Israel. They cannot validate who they are biblically or historically in the bible, nor can they prove a connection as a relative of any kind to what they call the *"Jews"* who left Egypt with Moses, as described in the Bible, or the Torah. The defendants are perpetuating a global religious hoax. The defendants unmistakably explain on each of their websites that their primary purpose is to serve as defenders of the religious and political reputation of the illegitimate state of Zion Israel within the United States. The plaintiff has shown how the defendants falsely use the weaponized words *"anti-Semite," "anti-Semitic," "antisemitism," and "anti-Zionism,"* despite the fact they are not and never have been related to the actual *"Judeans"* in a biblical or historical sense. Biblical Historian and Church Reformer Rick Johnston have exposed them as imposters and "fake jews," operating as counterfeits under stolen identities while impersonating themselves to the world as the actual biblical Judeans. They have no right to use the religious weaponized terms they twisted against all of society because they are not related to the actual biblical Judeans and never have been a semitic language people in their entire gentile history. The defendants' use of the terms *"anti-Semite," "anti-Semitic," "antisemitism," and "anti-Zionism"* is nauseatingly deficient historically and a show of massive biblical ignorance by the defendants because there has never been an 'Original Semite' amongst any of the defendants. Historically, the defendants are known as GOYIM jews. [gentile jews] As the plaintiff will prove beyond any reasonable doubt.

35.     The ADL has collected and provided private information on American citizens without their knowledge for over 100 years. The ADL was caught spying on the John Birch Society in the 60s using every covert operation known to be used by spies. What was the ADL, a self-styled 'religious civil rights' group, trying to accomplish by spying on the John Birch Society in the sixties? At that time, the ADL was operating under the full religious authority as an extended arm, a clone created by their father, Bnai Brith International.  Today, the ADL still collects and shares information with various law enforcement agencies throughout different countries, cities, and states, including United States law enforcement at every level of government: city, state, and federal entities, especially the F.B.I.  [Exhibit E ADL Spying On John Birch Society]

36.     The ADL also receives monetary funds from U.S. government agencies, while at the same time, the religious organization was acting in concert with U.S. law enforcement under the color of law. Paula Mcmahon, [witness] spokeswoman for the Broward State Attorney's Office, announced Eric Ross, ADL Southern Division Director of Jewish Communal Outreach, on becoming an inaugural member of Broward County State Attorney's Office Harold Pryor's new #HateCrime Task Force.  The ADL also received funds from American taxpayers without their knowledge from various United States Government entities across the nation many times, including funds from Florida Governor Ron DeSantis, the plaintiff's home state, and over $ 1,517,900.00 Billion from the President of the United States, i.e., Joseph R. Biden and the OMB knows the ADL is not a quasi-government agency.

37.     The defendants are an American extension of the self-proclaimed nation of Zionist Israel, and the defendants are in full support of promoting and perpetuating the political positions and the religious beliefs of that religiously empowered state of Zionist Israel.  Each of the defendants has sworn allegiance to Zionist Israel *above* their allegiance to the United States of America. The defendants continue with rampant, distorted political attacks upon anyone who says anything against Israel or a jew. The defendants claim antisemitism is always on the rise when actual crimes are not.   The defendants like to use the categorized label of 'white supremacist' as an act of blatant chosen individual slander for a race of people without merit. They seek to distort and disgrace the lives of anyone who openly disagrees with their perversion of created words and stolen religious identities. If they are white, blame it on whitey, and call them a supremacist; that sounds better with jew hater.

38.     The rights and protections guaranteed by the United States Constitution must be applied equally to all, regardless of race, creed, class, color, or religion. The First Amendment's establishment clause separates any 'private religious organization' from working under the color of law. Indeed, it excludes the government from providing funds to promote or protect any religious institution or organization's personal agenda over other religions or religious organizations.  The establishment clause of the First Amendment would also naturally deny the rights of any religious institution or organization the right to become an independent vessel approved to secretly and criminally operate under the color of law. Nor would such an organization be allowed to work in conjunction with law enforcement by providing law enforcement agencies with the private information collected by the defendants' by spying on American citizens. Most often, U.S. law enforcement is aware that the information obtained by the defendants' was done by physical and electronic surveillance through spy equipment owned

and used by the defendants. The plaintiff contends that Bnai Brith, the founder of the ADL, and AIPAC together act in concert collectively. Especially such persons as Biblical Historian and Church Reformer Rick Johnston, who is a severe threat to the defendants by exposing their false illusions to the world. Zionist Israel is a biblical and historical lie, and the fake jews are frauds posing as the ancestors of biblical Judeans. The plaintiff will offer indisputable historical evidence that Zionism is the foundation of communism.

39.    The Plaintiff finds it incomprehensible that weaponizing word terms by other religions like 'anti-Baptist,' 'anti-Catholic,' 'anti-Methodist, in the same manner as the defendants, would also be seen as an attempt to shut the mouths of people who hold other views about those religions. The weaponized words of 'anti-Semite,' 'anti-Semitic,' 'antisemitism and anti-Zionism' created by the defendants are a nefarious manipulation to silence people who hold another opinion. The latter terms are currently employed and weaponized to unjustly deprive American citizens of their constitutional rights through intimidation and the fear of being labeled a racist hater of jews. U.S. law enforcement has been trained by the defendants in the United States and Zionist Israel, by the Israeli police, and the IDF military, as well as the Israeli secret police. The defendants trained law enforcement, making them familiar with the use of the religious weaponized word terms 'anti-Semite,' 'anti-Semitic,' 'antisemitism,' and anti-Zionism. What in the world is going on when U.S. law enforcement is trained at every government level in America by the defendants and are paid by the defendants to also train in Zionist Israel? The plaintiff asserts, how in the world can law enforcement act without bias after training under the defendants' religious weaponized word terms created only for the benefit of jews and Zion? There is not a person in the world that would benefit from those word terms. What another slick con by the defendants, training U.S. law enforcement and seducing them

under the false pretense they are fighting for 'jewish civil rights, and against hatred.' Lots of luck with that; eradicating hate is like trying to legislate human morality … it ain't going to happen. The ADL is not a civil rights organization. It is a fake jewish puppet defending fake jews and acts 100% in total defense of Zion Israel in America.  [Exhibit F ADL Partnering with Law Enforcement ADL]

40.     The U.S. Constitution unambiguously forbids any religious institution to promote its own agendas through law enforcement agencies. The Constitution and U.S. laws forbid any organization, religious or otherwise, as the ADL and all defendants, any right to act under the color of law or even the appearance to act under the color of law without a legal court-ordered warrant. Have the defendants duped United States Law enforcement. The plaintiff must ask and intends to ask many law enforcement and government agencies for any government evidence or by an act of the Congress or the OMB; the names of other religious organizations are training law enforcement and receiving taxpayer money as a quasi-government agency.

41.     The defendants also seduced FBI Director J Edgar Hoover. Nearly every law enforcement agency in the United States is cognizant of the defendant ADL's involvement in extensive physical and electronic surveillance activities. The defendants operate under the pretense that they are a legal government authority. U.S. Law enforcement is aware of what the defendants are doing, but law enforcement looks the other way. This surveillance, which scrutinizes the private lives of American citizens, is known to require a warrant and a court order typically. The plaintiff declares it is kind of freaky that the fake jews are spying on the private lives of American citizens and that it is acceptable by law enforcement.   Meanwhile, law enforcement and government agencies financially support the ADL with taxpayer money. Most law enforcement agencies do not ask the ADL how they obtained this information or why

the defendants did not report this directly as a legitimate crime. If any other religious organization operated as self-made policemen defending their religion by spying on American citizens and training U.S. law enforcement to keep an eye on everyone who appears to be anti-Baptists, anti-Catholics, or anti-Pentecostals, there would be an uproar across America. Add to that thought those religious leaders with over 1,000 websites would be swearing allegiance to China over America.

42.    The ADL claims to support and defend individuals of all races, creeds, and colors, but this assertion is very misleading. Their primary focus is overwhelmingly disproportionate on defending other racial groups, compared to defending accusations and claims from fake jews who report that someone acted *"anti-Semite," "anti-Semitic,"* or *"antisemitism and spoke in an anti-Zionism manner"* towards them. They take those complaints from offended fake jews as if they are the 'jewish' American police, defending the honor of offended fake jews around the world. From the river to the sea was originally a jew term, as was the rock throwing by jews in Zionist Israel for speaking Yiddish. Once the defendants decide to 'take a case,' they engage in extensive physical and electronic surveillance of those American citizens' private lives, quashing the American Constitution with full knowledge. This private information, collected for their personal religious and political agendas, is shared with law enforcement at all levels of government. This criminal illegal practice starkly contrasts the constitutional protections afforded to American citizens. The defendants have absolutely no right to operate as 'jewish police,' even to the jewish community, as a police station desk sergeant handling complaints from 'offended jews.' The plaintiff asserts the complaints need to be directed immediately to official U.S. law enforcement agencies. There is no need for an intermediary between the offended and law enforcement. This chain needs to be broken, and 911 is the route to go.  In

nearly every complaint received by the defendants' the complaint begins and is first investigated by the defendant ADL by using covert acts of spying on private U.S. citizens. The defendants continue to spy without a legal warrant, a warrant that would contain specified parameters through a court order issued by a Judge. This is an actionable cause against the defendants by the plaintiff.

43.   It is imperative to immediately halt the practice wherein the American government permits the intertwining of religious groups or organizations that are forbidden together with law enforcement. Especially when the defendants masquerade as society's civil rights 'watchdogs' when they are actually creating false civil rights issues through their religious lies and actions.   The defendants seek to hide their true identity from the world by using religious weaponized words against innocent individuals who hold another educated opinion. Words they created that are racist labels against everyone when used in their context. The defendants use racist words that have only one purpose: to protect fake jews and defend the bogus state of Zionist Israel. The defendants use the United States government against the United States government and have done so for decades, creating expatiated crime scenarios and taking grant money from American taxpayers to support their false racist narratives. They are not a civil rights organization and never have been one. The defendants know how to use fraudulent identity to work the system to receive direct governmental funding. Funding that is often perceived as a political gift or a donation by a politician. The defendants use the falsified funds to spy on American citizens, to buy spying equipment, pay staff investigators, chatroom surveillance, and develop new A.I. technologies. The defendants have a new ability that enables them to scan everyone's social media accounts in the world for postings; using AI, they can check every social media account searching for anyone that has posted something considered

to be negative against jews and Zionist Israeleveloped, by intrusive, fake jews under the influence of <u>unwarranted</u> paranoia.

44.     The defendants' are absolutely paranoid about being exposed to the world by the plaintiff. That paranoia is understood if one seeks to understand why the defendant ADL's new A.I. is needed to scan the world searching for any negative comments about anti jews or anti-Zionism. Who or what is so paranoid about something hidden that they need to develop a world AI scanner to monitor every comment made about them on every social media platform? The defendants promote racial hatred through the marketing of religious weaponized words to initiate 'racist distortions' throughout the world. The defendant's actions prove they act with intent, and they operate with full criminal knowledge every time they use covert actions by spying on innocent people. The defendants know they are violating the civil rights of innocent individuals; the defendants are also aware their own staff and other 'jewish' organizations have complained about their illegal Zionist actions in America. What do communist Zionism and its false religious ideologies have to do with Americans or America? Jewish employees know about the defendants' repeated covert actions and have complained openly against the views of Zionism by defendant CEO Johnathan Greenblatt. The defendant's ADL staff knows that participatory crimes are punishable under the law. The defendant's ADL employees knowingly operate with full knowledge that their actions are criminal and premeditated spying as they disregard every aspect of the United States Constitution. This is an actionable cause by the plaintiff against the defendants. The plaintiff will request immunity for employees to testify by the evidence that will validate the plaintiff's claims.

45.     When any religious organizations are intricately linked with law enforcement, influencing law enforcement, and providing secret files obtained by criminal actions to law

enforcement, every member of Congress would immediately recognize the relationship as criminally negligent and an unconstitutional violation. If that religious organization were also to receive funding from various government agencies, such as the OMB, then by definition, the defendants would be unlawfully acting as a quasi-government agency. This illegal appearance, acting as a quasi-government agency by the defendants, constitutes a complete violation of the constitutional rights of 'we the people.' The defendants do not meet the requirement laws for being a quasi-government agency to receive funding. Nor has the plaintiff found any proof that Congress has ever voted to approve any of the defendants to be a lawful religious government agency of any kind.  The defendants each file and claim to represent varied community purposes on their websites. They describe their organizations as not-for-profit organizations within the IRS 501(c) (3) and (4) categories. The defendants also clearly specify they have two purposes on their respective websites: to defend the fake jews and stand together in full support of the politically empowered religious Zionist Israel.  The defendants also support many causes in bogus Israel with monetary funds. Funds, upon discovery, disclosure, and depositions, will produce factual evidence proving the defendants received funds from U.S. taxpayers while acting as an illegal quasi-government agency in the United States, and some of the money ended up supporting the religious murderous political actions of bogus Zionist Israel. [EXHIBIT G and GG OMB and CONGRESS]

46.    Freedom of speech has been a costly human facet of all religious reformation movements throughout history. The defendants use a two-edged sword to deceive the world by claiming they have the same religious beliefs as the biblical Judeans … yet they practice the unbiblical evil religion of Babylon, Talmudism. The unbiblical world religious views practiced by the defendants are clearly observable and filled with massive hatred, anger, and endless

character assassinations of people, especially Christians. The defendants' profess they are the ancestors of biblical Judeans but do not practice the religion of the Judeans. The plaintiff declares the defendants have failed embarrassingly and miserably, and they cannot offer to the court any evidence that can support they are the original *progenitors* of biblical Judeans. The defendants cannot prove they are a blood race of people, nor are they able to establish any bioidentical or racial biblical supremacy whatsoever. The defendants actively seek to punish or destroy the character of anyone in the world, resisting the defendants' counterfeited, egregious, wild lies about their self-embarrassing, unbiblical religion. The defendants are demented and demonically controlled unbiblical religious people who historically make wild, uncontrolled, fanatical claims when exposed to the truth. The defendants know they are not the original biblical Judeans, coupled with the false biblical allegations that the land of Palestine is their eternal homeland, which makes them the most dangerous religious organization in the world, capable of murdering people at will.  For many apparent reasons, the defendants are considered extremely dangerous by, and potentially towards, Biblical and Historical Church Reformer Rick Johnston. If any religion will spy on you and seek to silence you, they may seek to kill you. No other religion in history has created and used religious weaponized racist, hateful words against people like the fake jews have used against the plaintiff, Americans, and world societies. 'Anti-Zionism is antisemitism,' says who - says every defendant in concert together.

47.    This lawsuit is to ensure that the directed abuse, misuse, and use of religious weaponized words by the defendants are a racist baiting attempt to remove the First Amendment Free Speech Rights by shouting hateful 'racist' terms at innocent individuals as the plaintiff. The defendants, through the use of public intimidation on social media platforms, are intentionally slanderous, making defamations of a person's character in almost every instance

without any legal merit or right to do so by the defendants. Through the teachings of Biblical and Historical Church Reformer Rick Johnston, American citizens are finding out the biblical truth of who or what is really a jew today and that Zionist Israel is a murdering bogus land thief. The defendants have copies of the plaintiff's teachings, and they seek to shut down the plaintiff's teachings every day; they continue infringing upon the constitutional rights of American citizens and the rights of those who follow the plaintiff now, and in the future, both known and unknown.

48.     The Plaintiff declares the defendants' intends to destroy his reputation through willful acts of intentional malice with the full intent to harm as they try to stop and prevent the plaintiff from carrying out his rights of expression as a historical church reformer, to educate people on what, or who is really a jew. The defendants are not the law; the plaintiff will prove with evidence the defendants are violators of many United States laws and have done so criminally for years. The defendants have no right to publicly defame, discredit, or slander the plaintiff's reputation by implying that the plaintiff is a racist and uses 'hate speech.' The term 'hate speech' is always used by the defendants in conjunction with the term 'hate crime,' implying, 'You need to watch this guy.' he may be someone who could be guilty of committing a 'hate crime' in the future.  The defendants are known, and they have acted together collectively to destroy the reputations of many public figures at any cost to the defendants, from Elon Musk to Steph Curry, an NBA player, and Kanye West. There is a massive list of 'people and celebrities that have been intimidated through the use of the religious weaponized racist word terms created by the defendants, which the plaintiff will provide as evidence.

49.     The plaintiff argues that American citizens have a right to know where the term **"Jew"** was first used in biblical history and where and how unbiblical false Zionism originated.

The American people and the world have a right to fully understand the real origin of where the defendants' roots began – historically – DNA – and proof that the biblical act of circumcision did not make anyone a jew, not even Abraham.

50.    The plaintiff realizes that all of the defendants dangerously seek to shut the mouth of the plaintiff most virulently. Understanding dangerous religious history, the plaintiff knows this exposure of the defendants is the same as it was at any other time when, in religious history, truth exposed the religious lies of trifling men. As a biblical historian, the plaintiff understands the reality of the defendants' capabilities. This reality is based on the understanding of how dangerous men were during the historical Jewish mafia and the Rosie Gold's candy store murder, inc., filled with jews who cut people up. The defendants and history are also filled with jews that have been caught spying in America. No one knows how many times they never got caught. The defendants seek to hide two facts from the world.  The first fact is that <u>none</u> of the defendants are the real biblical Judeans, and the second is the use of the term Zionism; it was used to create an evil, premeditated deception in the minds of unlearned, ignorant people.

51.    The First Amendment to the U.S. Constitution guarantees certain freedoms, including free exercise of religion, freedom of speech, freedom of association, freedom of assembly, and freedom of expression. These First Amendment freedoms form the core of the rights guaranteed to the plaintiff and the American people by the Constitution of the United States.

52.    The Fourth Amendment to the Constitution guarantees certain freedoms, ***"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but***

*upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."* The plaintiff considers the new AI scanner recently developed by the ADL to scan the web for individual posting and all social media as a violation of the Fourth Amendment rights. Even if the information is on a public platform, the information of the plaintiff or anyone therein cannot be copied without permission or used by the ADL to make 'anti-files' on individuals simply because their opinions differ from the ADL's unbiblical religious [anti] viewpoints. Files that, potentially based on ADL history, would be shared with law enforcement should be considered unreasonable searches and seizures by 'fake jews' acting as if the defendants are the jewish police in America. Spies are always paranoid. The plaintiff considers this invasion of privacy a causable action. [EXHIBIT H ADL AI]

53.     As "friends" of law enforcement, the defendants have stage-managed various U.S. law enforcement agencies of the United States Government and purchased the political influence of Senators, Congressmen, and women with substantial monetary gifts and trips on behalf of Israel. This is referred to by the plaintiff as AIPAC buying influence with a profit that is visible in Zionist Israel.

54.     It is an established fact with evidence that law enforcement agencies at all levels within the United States have received training from the defendant ADL both in America and within the bogus state of Israel. These law enforcement agencies regularly obtain secret reports directly from the ADL on American citizens: citizens whom the ADL, by its own judiciousness as judge and jury, convicted people the ADL deems are *"anti-Semite," "anti-Semitic,"* or engaging in *"antisemitism." and "anti-Zionism."* U.S. Government agencies at nearly every

level of government have provided financial support to the defendants ADL. The defendants share the secret spying files they obtained illegally as "friends" of law enforcement. The files identify private citizens as the plaintiff or individuals whom the ADL classifies as threats to the so-called jewish faith or Zionism. Most of the information is gathered exclusively by the ADL, which acts as the extended arm of defendant Bnai Brith. Both defendants have operated in the United States of America as criminal spies without any actual legal authority for over 100 years. The defendants love to appear at law enforcement and political events. They train law enforcement because 'We are your friends in the fight against hate.' They masquerade, hoping to appear as quasi-government agents, filling out papers, collecting and taking U.S. taxpayer funds as imposters with false identities. The defendants take more funds from the United States Government than all other religions combined. [EXHIBIT J and JJ ADL Training police]

55.    The defendants have persistently engaged in defaming and surveilling the plaintiff, particularly targeting his research entitled 'JEWISH ROOTS BIBLICALLY, HISTORICALLY, DNA, and CIRCUMCISION.' By labeling the plaintiff's work as 'anti-Semite,' 'anti-Semitic,' and 'antisemitism,' anti-Zionism, the defendants' aims are to portray the plaintiff as a racist minister, a jew hater against Zion Israel, a white supremacist, who promotes hate speech and as a potential perpetrator of hate crimes.

56.    The Plaintiff seeks to find the defendants jointly and severally together liable in all claims in the amount of $110 billion. The plaintiff seeks the largest award in history: one billion for the 110 years the defendants' have used intentional counterfeit deceptions, acting as imposters and ancestors of the biblical Judeans. The plaintiff seeks this massive award to remove the defendants infection and hopefully put them out of business. Using fraudulent

Identity theft, the defendants' took American taxpayer money by deception and supported a foreign government with taxpayer money. The defendants' knowingly spied, lied, and used weaponized word terms of hatred without any conscience into the world, America, and upon its citizens. The plaintiff also seeks declaratory relief, attorneys' fees and costs, and any other relief warranted due to the defendants' proven actions, be they civil or criminal.

## PARTIES

### PLAINTIFF(S)

**57.     The Honorable Biblical Historian And Church Reformer Minister Rick Johnston** Church Reformer Rick Johnston is an individual who is currently domiciled in Oviedo, Florida, a church historian, and an active church reformer.

### DEFENDANT(S)

**58.     Anti-Defamation League** Defendant ADL, hereafter referred to as [ADL], is a nonprofit corporation organized under the laws of the District of Columbia, and its principal place of business is 605 3rd Avenue, New York, New York, 10158.

**59.     Jonathan Greenblatt** Defendant Jonathan Greenblatt, in his official capacity as CEO, is the National Director and CEO of Defendant ADL and, upon information and belief, is domiciled in 605 3rd Avenue, New York, New York, 10158.

**60.     Bnai Brith International** is a nonprofit corporation organized under the laws of New York.  1120 20th Street NW, Suite 300N, Washington, D.C. 20036

61.    **Daniel S. Mariaschin** in his official capacity as CEO and top executive of Bnai Brith International 1120 20th Street NW, Suite 300N, Washington, D.C. 20036

62.    **AIPAC The American Israel Public Affairs Committee** is a nonprofit corporation organized in under the laws of Washington D.C. **251 H St. NW Washington, DC 20001**, United States

63.    **CEO Howard Kohr** in his official capacity as CEO of AIPAC The American Israel Public Affairs Committee **251 H St NW Washington, DC** 20001

## JURISDICTION

64.    This Court has subject matter jurisdiction pursuant to: 1) 28 U.S.C. §1331 because this action presents a federal question for violation of rights under the First Amendment and Fourth Amendment of the United States Constitution, 2) 42 U.S.C. §1983 because Defendants are acting under color of state law when they violated Plaintiffs' rights, 3) 28 U.S.C. §1332 because this action involves parties of different states and the amount in controversy is $100 billion, 4) 28 U.S.C. §2202 because declaratory relief is sought, and 5) supplemental jurisdiction pursuant to 28 U.S.C. §1367 over the state law claims.

## FACTUAL BACKGROUND

65.    To grasp the essence of this case, it's crucial to comprehend the perspective and the significant intentions of the Plaintiff, a Biblical Historian and Church Reformer. We aim to

provide a concise understanding using world and biblical historical evidence that will clearly define who or what is a jew in the world today.  Most people, including those claiming to be jews today, struggle with a characterization of what is a jew.

66.    The plaintiff is a staunch advocate for the First and Fourth Amendments of the United States Constitution. He believes everyone should be free to practice their religion without any surveillance from religious bodies or political groups funded by government agencies.

67.    A critical error has been made by the United States Government, The United Nations, The World Court, Islamic Arab Nations, European Nations (particularly Germany), and most other nations and courts worldwide, along with the majority of the global population, in their understanding or misunderstanding of who or what is a 'Jew' today.

68.    The widespread lack of knowledge among world leaders about the identity or false identity of a 'Jew' is inexcusable. This needless ignorance, coupled with the acceptance of anyone saying I am a jew, has led to the deaths of many people identifying as 'Jews,' 'Palestinians,' 'Arabs,' 'Muslims,' 'Christians,' and other innocents globally.

69.    The plaintiff accuses the defendants' of spreading a deceptive and false narrative about Israel, the temple, and the varied definitions and uses of the term 'Jew.' The plaintiff, with over 40 years of study, alleges a concerted effort by Jews, Jewish scholars, Jewish groups, and the state of Zionist Israel are attempting to distort and alter historical and biblical facts about who are the real biblical Judeans. He claims the terms *"anti-Semite," "anti-Semitic,"*

"antisemitism," and anti-Zionism used by the defendants, especially the ADL, are used as "religious weaponized racist word terms" against anyone who holds a differing opinion of the terms jew or Zionism.

70.     Understanding the origin of the term "anti-semitism." The term was first coined in 1879 by Wilhelm Marr, a German believed to be Jewish by several scholars. He founded the "League of Anti-Semites" in Berlin in 1879, an organization dedicated to combating what he perceived as a 'Jewish threat to Germany.' Marr's publication promoted antisemitism as a counterbalance to "anti-Germanism" that was propagated by German Jews, according to Marr. At the time Marr wrote his book, Jews controlled most banks and nearly all of the printed papers in Germany. Marr predicted a future struggle between Jews and Germans over money, printing, and government leadership that would end only with the triumph of one and the demise of the other. Marr hypothesized that a Jewish victory would spell the end for the German people. In 1871, the Jews in Germany were given the same rights as Christian Germans. By 1933, when the Nazis came to power, Germany's Jews were well integrated and even assimilated into German society, with over 400,000 jews holding German citizenship. WW2 was not about religion; it was about money, betrayal, and political control.

71.     Marr defined the Jewish problem in Germany with Jews as also a matter of 'race.' It was not a matter of religious compliance in Germany. This misunderstanding by global leaders about the identity of a "Jew" as a 'biblical race of people,' has, according to the plaintiff, led to numerous deaths globally. If Hitler had understood who or what was a jew there is a strong likelihood there would not have been a holocaust. However, the betrayal of Germany in WW1 would ignite a hatred that would manifest itself.

72.     The defendants' claim to be a race of jewish people from the bible and often refer to themselves as *"Jewish people."* This false implication of being a 'racial group of people' is a point of contention by most biblical history scholars all over the world. Biblical history clearly proves there is no such thing as a jewish race of people found anywhere in biblical scriptures. There never was, nor has there ever been, a jewish race at any time in the history of all mankind; not even the Judeans, in the bible, were a race of people. World leaders and most people still do not understand what or who the meaning constitutes when they use the term jew.

73.     The plaintiff asserts there is no such thing as a '*Jew,*' based on the blood type of a man, and asserts that none of the defendants' has ever possessed, nor can the defendants prove to the court or offer any evidence there is such a real thing as 'jewish blood.' From creation in the Garden of Eden, jewish blood did not exist and has not existed in the body of any living human being from the beginning of biblical creation to this present day. The plaintiff argues that the defendants are 'fake jews,' who are pretentiousness imposters and counterfeit thieves operating under the stolen identity as ancestors of biblical Judeans. The defendants' are not, and have never been, defined to be a race of people biblically, nor are any of the defendants' related to the actual biblical Judeans in the entire bible.

74.     The question remains: Are the defendants a group of *people chosen* by God for a special purpose in this present day?  Can the defendants establish "biblical supremacy" by proving to the court that they are relatives of the biblical Judeans in any manner? The plaintiff declares the defendants cannot establish a jewish " biological self-definition, identification, or a biblical supremacy" that will prove to the court who they are and where they came from

biblically or scripturally. The plaintiff will, by evidence, prove the defendants are absolute historical imposters and biblical frauds. The defendants are thieves, stealing money from many U.S. Government agencies using false pretenses. The defendants sent U.S. taxpayer money they obtained illegally to support the ethereal religious theologies that created the Zionist state of Israel. The world has been duped.

75.     The plaintiff has grave concerns about each defendant, especially the profoundly serious capabilities to harm by the defendants, ADL, Bnai Brith, AIPAC, and defendant CEO Johnathan Greenblatt. The plaintiff, by use of discovery and depositions, knows the evidence obtained will validate thousands of innocent American citizens have constantly had their First and Fourth Amendment constitutional rights criminally violated by the defendants'. This actionable causable request by the plaintiff will be evidence, validating to the court the size and scope of the defendants' spying network. Acts that were committed against the plaintiff with foreknowledge and by willful, intentional acts on the part of the defendants. The ADL is notorious for appearing publicly with law enforcement as an officially endorsed law enforcement organization. When, in fact, the ADL is a religious Zionist spying organization composed of fake jews defending the murderous image of Zionist Israel. What would happen if Catholic priests appeared publicly and influenced Congress using money as a tool to defend the Pope's 300-plus million historical murders and child molesting priests?   The defendants' act as if they are jewish law enforcement sent to protect jews against antisemitism in the United States and any Americans who are against Zionist Israel. The defendant ADL shares the information it has gathered on U.S. citizens through known criminal activities with 'friendly' law enforcement, which the ADL trained at every level of government city, state, and federal

agencies to spot antisemitism and antizionism. The defendants' tricky deceptions exasperate the plaintiff; the term antizionism has *no application* or reasoning to Americans whatsoever. The term Zionism applies only to the unbiblical religious theologies and beliefs of a foreign country. Zionism is an illicit fake jew religious theology that is rooted in communism and practiced as the unbiblical Talmudic religion of Zionist Israel.   The defendants' label everyone in the world as an antizionist who does not believe their misguided Zionist religious theologies.  In the same manner, someone who is not a German and does not live in Germany would be called an anti-German by the defendants because they do not share the same views or swear allegiance to Germany.  Americans are, for the most part, non-jews who have no fundamental understanding of the word Zionism and the lies that created the word term.

76.     The defendants' allege to be a group of individuals who collectively devised a false unbiblical religious identity together by declaring themselves to be 'the ancestors of biblical Judeans. According to biblical history, the defendants do not represent or practice any genuine religious biblical beliefs or values practiced by the biblical Judeans in the bible. The plaintiff states the issue is not about the right to practice religious freedom. This is about claiming to be an heir to the throne, all the while knowing at the same time you are a lying imposter. The defendants know history, and biblical history proves they are fraudulent liars trying to pass themselves off as original royalty. Every defendant has read the plaintiff's teachings. The ADL is accused of misusing and weaponizing religious words "anti-Semite," "anti-Semitic," "antisemitism," and "anti-Zionism," employing them as racist tools to humiliate, slander, and create emotional distress as they seek to suppress the plaintiff's freedom of speech. The plaintiff argues that the ADL disguises itself as a protector of everyone's civil rights.  When in actuality, the case numbers prove they are not a civil rights group or a Superman fighting

hate. The defendants use these weaponized religious words to call people racist by inference and place a racist label on people in order to slander a person's character publicly. What a slick trick; the defendants race bait people and automatically label people as racist because people have another belief about the falsity of the unbiblical religious claims by the defendants. Through the use of slanderous religious word terms, the defendants seek to silence free speech by public criticism against anyone who exposes their counterfeit unbiblical religious practices. Talmudism as a religion is not in the bible; the defendants are not original Judeans, nor are they race of biblical jewish 'people chosen' by God.

77.    The plaintiff states the defendants serve as covert operatives, gathering intelligence and exerting and buying political influence throughout the United States government on every level. The defendants have been working with Congress in Washington and every politician in America for more than 100 years, draining taxpayer dollars as masked forgeries pretending to be civil rights hate fighters and having *ZERO* success.  All they can report is antisemitism is going up, and if it does go down, they don't understand why. The defendants swear full allegiance together and openly admit to working together on behalf of the counterfeit, ethereal, religious Zionistic state of Israel. Fighting together, the defendants vehemently defend the reputation of Zionist Israel, especially when it murders people and steals land. In this framework, the defendants act together, appearing as activists in America, and pledged together to fully defend counterfeit Israel.  The defendants use their collective power against the plaintiff, hoping to silence his voice.

78.    The defendants act as collective individuals and organizations, especially the defendant AIPAC, the American Israel Public Affairs Committee. The plaintiff unyieldingly

asserts AIPAC is a dark organization that has been spying for Israel since its inception. AIPAC, a total Zionist began in 1951 as a totally 'jewish lobby' developed by Israel to supposedly lobby Congress for American aid to resettle Jewish refugees in Israel. Formally known as the American Zionist Council, [AZC] the plaintiff points out there was nothing then or now that was *American* about the Zionist AZC. That flopped, so in 1954, they changed their name to the American Zionist Committee for Public Affairs, and when that flopped again, they went with AIPAC. AIPAC diligently works to sway U.S. government policies in favor of the religious counterfeit Zionist Israel's interests. The defendants together represent a coalition of pro-Israel religious and political policies worldwide and American Jewish groups. AIPAC declares it has 360 American politicians receiving funds at over seventeen million US dollars on its website. [2024] The defendants, together, by inadmissible connective lies, will never admit they worked together against the plaintiff to silence him. Evidential, judicious discovery will show the facts. However, AIPAC will have to admit that the plaintiff sent proof about who is a "fake jew," along with a draft copy of this lawsuit, to every Senator, Congressman, and woman, including the United States President and his staff. The plaintiff exposed the biblical facts about the true origin of fake jews and the biblical lie about the fabrication of the religious unbiblical Zionist state of murderous Israel. [EXHIBIT K AIPAC DANGEROUS ZIONIST]

79.     Using false pretentious definitions, the ADL deceptively claims to be a civil rights organization. The ADL knows the majority of their cases are about jewish Boohoo complaints and complaints not in support of Zionism. The ADL investigates anti-Israel, antizionism complaints that are factored into the false numbers. The plaintiff reiterates that antizionism is not an American issue; it is another foreign government issue. The ADL is a foreign spy and uses civil rights as a disguise; they are a false fighter against hate. The

defendants work diligently, continuing to infiltrate and influence U.S. law enforcement at every level of government. The ADL trains law enforcement in the United States, especially the FBI directors, all the way back to J. Edgar Hoover. The defendant ADL also provides training to U.S. law enforcement at every level of government and pays to send United States law enforcement for training in the Zion state of Israel. The training provided for U.S. law enforcement by Israeli police and the Israeli military has caused many problems within the United States. It is believed by many that George Floyd's knee on the neck was a tactic learned through ADL training in U.S. law enforcement.  The ADL is a fake religious spy posing as a civil rights organization when it has only 'two religious' purposes: protect the fake jews and defend the bogus state of Zionist Israel's reputation in the United States. The Plaintiff contends the defendants have spied upon his personal life, and has operated covertly in every manner since its conceived inception by defendant Bnai Brith; the ADL is a known spy historically in the United States. The Defendants are always in constant surveillance of the United States of America and its citizens. Their every effort is to falsely obtain influence into and upon the American government politically and to influence American public opinion of Zion Israel.  The plaintiff has every right to address these issues because it exposes all of the defendants' lying false narratives used in society as biblical Judeans. The defendants' biggest target audience by the defendants are spiritually ignorant Christians who think the defendants are real jews. Were it not for the ignorant Christians waiting for the rapture bus, there would be no Zion Israel. Political American Christians saw to it that America supplied military might to the unbiblical religious murderer Zion Israel.  The defendants clearly demonstrate their open protection of false Zionist religious ideologies, telling Americans they are America's biggest ally. That is an un-factual reality. Zionist Israel is its own ally with no true American allegiance. The

defendants cannot offer any evidence showing where Zion Israel is an American ally other than empty words. [EXHIBIT L FBI and ADL]

80.     There is a prevailing belief among the U.S. government and its Christian citizens that the jewish populations in America and Israel are direct descendants of the biblical Judeans who followed Moses out of Egypt. The defendants also claim they are the direct descendants of biblical Abraham.  The plaintiff will establish by evidence that will prove that the defendants cannot produce any substantial evidence, either historically or biblically, that will confirm the defendants have a direct connection to a single biblical Judean mentioned in the bible or biblical Abraham. The Plaintiff will prove to the court, using overwhelming evidence historically and biblically, that the defendants are frauds deceiving the world, themselves, and especially the United States Citizens and World Governments at every level.

81.     The plaintiff contends the defendants are functioning globally under known concealment and practicing a misrepresented illicit version of the actual biblical Judean faith. Professing themselves to be the true Judeans depicted in the bible, the defendants know they are not. This claim will openly prove on a witness stand from the defendants' own testimony that they are fully aware that their connection to the biblical Judeans is not based in any provable reality; it is a deception and a product of their intentional deviation from biblical truth. Factual evidence by the plaintiff will corroborate the defendants' utilize these false religious assertions as a means to obscure their actual non-Jewish gentile GOYIM origins from the world. The defendants are Poker-faced liars. It's time to call their all-in double-down - bluff. The defendants cannot validate authentic biblical roots of any kind.

82.      The Plaintiff intends to expose the defendants because of their inability to dispute historical and biblical facts; there is no such thing as a biblical Judean today and no true biblical Judeans anywhere in the world today. The plaintiff will also establish by factual evidence that Zionist Israel is a false foreign religious country established by mendacious mavens who are communists, and the defendants, under oath, will validate the plaintiff's evidence.  The Plaintiff will present this as clear evidence of what he terms as "fake judaism," asserting that this is vital to address because it is believed that a significant misconception has been accepted globally. The plaintiff argues that misconceptions are often accepted as truths until they are contradicted by historical and biblical factual evidence. A misconception will cause you to believe a lie as truth until it is revealed to you that what you believed was, in fact, a lie.  During this pursuit of factual evidence, the plaintiff will frequently use the terms "fake jew(s)," "bogus Israel," "ethereal Zion," and "Zionist Israel" to describe those who falsely claim to be descendants of the original biblical Judeans and those who claim to be 'the chosen people' by God, for a biblical purpose.

83.      The plaintiff emphasizes that discerning the origins of what educated people refer to as "fake Jews" will require an understanding of specific historical facts and a proper interpretation of hermeneutical biblical texts. The plaintiff argues that over the past 40 years, numerous historical and biblical documents have been altered by "fake jewish scholars" to help perpetuate global misconceptions. The defendants', fake jews, are easily spotted under the authorship name or website. The Encyclopedia Britannica has been altered with favoritism slanted with jewish views and questions. Wikipedia is a personal jew opinion authored privately and not worth reading. The plaintiff has verifiable evidence of lies and fake jew influence upon historical documents.  The issue is extremely serious because the world has believed a lie, a

spider web woven containing multiple levels of misconceptions, a web woven so finely that they tricked the entire world into believing their lies. As outlined previously by the plaintiff, the issue is not about the freedom to practice one's religion, even the *unbiblical evil religion of Talmudism* the defendants practice. The defendants lie to the world, claiming they are from "God's Chosen People" in the bible, from Moses and Abraham. They are not. The defendants <u>do not</u> practice the biblical religion of the original biblical Judeans, and that is their right.

84.     The issue is a much bigger legal issue today. This action is about planned willful acts of fraudulent, multi-layered, world deceptions by the defendants. The problem is also related to the new United States laws against identity theft. IMPOSTERS Definition. "A person who pretends to be someone else in order to deceive others. A person who assumes a deceitful false identity, or in a title, for the purpose of deception." Impostors received a new title in 1964. The phrase "identity theft" was first coined in 1964, according to the Oxford Dictionary. Prior to the 1964 definition, people murdered people and took their identity just to start a new life under another name, and they still do so today.  The plaintiff stands firmly on the factual evidence that will stipulate with common understanding the defendants are liars and, historically, the largest identity thieves in the world. The defendants are 100% fake jews, operating in the United States as ethereal Zionists and spies pledged to defend Zionistic Israel's murdering reputation in America. The defendants, by fraudulent deceptions, infect the American conscience with fake jew theologies claiming they are the chosen people of God. The evidence of over 100 years of deception and lies by the defendants can be seen in the American people, especially in the misguided, unbiblical, politically active American Christian churches. Biblical hermeneutical historians agree that there is no such thing as a political Christian found anywhere in the bible. Jesus was not a jew. Every defendant and their allied entities are

connected and work together as a massive world spyder web, operating under lies and false stolen identities.

85.    U.S. Law Says: Identity theft and identity fraud are terms used to refer to all types of crime in which someone *wrongfully obtains and uses another person's personal data* in some way that involves fraud or deception, typically for economic gain.  Schemes to commit identity theft or fraud may also involve violations of other statutes such as identification fraud (18 U.S.C. § 1028), credit card fraud (18 U.S.C. § 1029), computer fraud (18 U.S.C. § 1030), mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), or financial institution fraud (18 U.S.C. § 1344). Each of these federal offenses is felonies that carry substantial penalties —¬ in some cases, as high as 30 years imprisonment, fines, and criminal forfeiture.

86.    The defendants collectively claim to fight against hate. The plaintiff contends the defendants' fight against hate is just another fraudulent world deception by imposters. The defendants are multiplying hatred throughout the world, especially towards the plaintiff. The defendant CEO, Johnathan Greenblatt, promotes the ADL as a civil rights crime-fighting superman organization that fights against the world 'hate' in all forms. In the ADL's own words, "For over 100 years, ADL has been a leader in identifying and calling out *antisemitism and hate*."   The defendants, once again, by using religious weaponized word terms, merged antisemitism and hate together, immediately making anyone who was just antisemitic; they quickly made the person into a jew hater and placed that additional label on the plaintiff's reputation. The ADL continues, "An important part of our work is ensuring that law enforcement agencies and personnel at the local, state, and federal levels understand the threats to *vulnerable populations*."   The ADL continues: "In 2021, the ADL Center on Extremism

(COE) provided law enforcement with *critical intelligence* about extremism over 1,300 times and tracked *over 7,300 incidents of hate on our online heat map.*" U.S. law enforcement is not as stupid as the defendant fake jews think they are. Still, the plaintiff must ask, by discovery, what critical information was criminally provided to law enforcement and how and why the ADL found it was necessary to collect 7,300 acts of hate online. How were 7,300 acts collected by the ADL? Were the hate incidents mainly against jews? It appears to the plaintiff the defendants are acting as jewish law enforcement in America, to and thru American law enforcement, as if the American Law enforcement agencies are stupid. Every act by the defendants and every weaponized word term are smoke screen deceptions.

87.     The false Zionist communist ideologies of the defendants have manufactured terrorism since its carnal, land-stealing inception. — Ariel Sharon, "Everybody has to move, run and grab as many (Palestinian) hilltops as they can to enlarge the (Jewish) settlements because everything we take now will stay ours…Everything we don't grab will go to them. Israeli Foreign Minister, addressing a meeting of the Tsomet Party, Agence France Presse, Nov. 15, 1998. Listen to the mind of a communist: "I don't know this thing called 'international principles.' I vow that I'll burn every Palestinian child that will be born in this area. The Palestinian woman and child are more dangerous than the man, because the Palestinian child's existence infers that generations will go on, but the man causes limited danger. I vow that if I was just an Israeli civilian, and I met a Palestinian, I would burn him, and I would make him suffer before killing him." Ariel Sharon, The plaintiff states Sharon is a Zionist communist with a murdering Bolshevik jewish mind defended by the ADL.

88.    The plaintiff emphasizes that only dangerous, ludicrous people, like the defendants, would believe that it is possible to legislate God's or a human being's emotions and morality. The defendants use racist ideologies and weaponized word terms that create hatred, anger, strife, and bitterness, pitting one race against another and creating hatred all over the world, and America is their playground.  Try as they might to control morality and human emotions, the godless communist defendants do not understand that it is impossible to legislate morality or human emotions. The defendants believe they can do otherwise through the use of their weaponized word terms. All they accomplish with their weaponized word terms is spreading hate so deep that it always leads to the same murderous Zionistic violence. "There is no such thing as a Palestinian people... It is not as if we came and threw them out and took their country. They didn't exist." — Golda Meir, statement to The Sunday Times, 15 June, 1969. The female voice of Zionistic communism. A true Russian jew from Kiev.

89.    The bible clearly states that: God hates, God is angry, God is bitter, God laughs, God mourns, God resents, God regrets, God loves, God cries, God grieves, God feels joy, God has compassion, God is jealous, God rejoices, God feels pleased, and God feels displeased. God is displeased and angry with the defendants in so many ways.  The defendants are small-minded, tricky people, hypocritical, ungodly, evil people without any actual biblical knowledge about the truth contained in biblical scripture or the emotions of God. The defendants follow the Babylon Talmud that teaches, "Every Jew is allowed to use lies and perjury to bring a Non-Jew to ruin." -Jewish Babylonian Talmud, Babha Kama 113a. Worshiping the God of the Babylonian Talmud is not a minor issue to the defendants. That act by the defendants worshiping an unbiblical god proves they are not the ancestors of biblical Judeans. If the defendant fake jews do not practice the same religion as the biblical Judeans, what can they be

other than imposters? The world needs to hear the truth about the defendants' practice of the evil unbiblical religion of the Babylonian Talmud written by dark, souled, sexually demented men. "When a grown-up man has intercourse with a little girl, it is nothing, for when a girl is less than this 6, it is as if one puts a finger into the eye?" -Kethuboth 11b, jewish Babylonian Talmud. "The intercourse of a small boy is not regarded as a sexual act." - Kethuboth 11b, Footnote 1, jewish Babylonian Talmud. While the defendants attempt to cast a nice persona, they are like shaking hands with a basket of rattle snakes. No one in their right mind would emotionally or morally embrace such evil darkness unless you are godless.  Everyone can see and understand the size and scope of the defendants' godless ignorance in unbiblical Talmudism.  There is so much more.

90.     The plaintiff intends to establish, using historical evidence, that the defendants' and their ethereal unbiblical fantasized visions of Zionism make the defendants the world's biggest provocateurs spreading hate, hatred, and murder throughout the world. The defendants ADL in their own words. "The Anti-Defamation League is an *International* Jewish non-governmental organization." The plaintiff will offer evidence the defendants are *not a civil rights* organization by name, definition, or statistically. The defendants lied to the IRS and American citizens about who they are, where they are from, and what it is they really do. Posturing themselves, the defendants know they are 100% world imposters obfuscating their true identities by hiding behind civil rights and posing as supermen fighting world hate issues.

91.     Full exposure of the defendants' methods of deception by the plaintiff is imperative as they seek to hide as biblical relatives of Judeans as God's chosen people.  The plaintiff will offer solid evidence proving the defendants are not *'God's Chosen People'*

*biblically at any time in all of human history, nor can the defendants produce evidence they are directly related to the 'chosen people' that left Egypt* with Moses.  The defendants operate by deception as mendacious mavens who would have the world believe they were selected by God, *as his chosen jews,* to fight against hate and civil rights, as the 'world's new jew supermen.' The defendants cannot point to a single biblical purpose for why they do what they do. Everything they do is to hide behind the smoke and mirrors as lying imposters.  One thing is certain: the defendants are in it for the money; historically, they were known as the 'servants of mammon' long before Hitler. The defendants seek money any way they can obtain it, using their stolen identity as a tool to steal money under false pretenses from ignorant Christians, the people they hate the most.  "We have a case of the Jew, a totally different species. The body of a Jewish person is of a totally different quality from the body of members of all other nations of the world. Bodies of the Gentiles are in vain. An even greater difference is in regard to the soul.   A non-Jewish soul comes from three satanic spheres, while the Jewish soul stems from holiness." -Rabbi Mendel Schneerson, Lubavitcher friend of George Bush Sr [Exhibit M Photo BUSH and Rabbi]

92.     The defendants are experts at filling out the necessary government papers seeking taxpayer money from across the United States; they are masters at presenting themselves to the agencies of the United States Government as the poor old biblical jews that have been suffering since the holocaust. Who doesn't want to help the **real** 'people of God.' The defendants know when they apply that they are imposters and liars by declaring themselves to be the original ancestors of the biblical Judeans. The defendants know they are liars by falsely appearing as the poor persecuted jews still suffering, using holocaust sympathies to obtain taxpayer money.

93.     The defendants have worked the U.S. government agencies monetarily and politically for over 100 years. The plaintiff intends to offer evidence by discovery and depositions that will stun the American public at the amount of taxpayer money stolen by the defendants. Deliberately and with foreknowledge, the defendants used an intentionally misleading false identity when applying for taxpayer money from government agencies across the nation at every level of government. U.S. Law Says: Identity theft and identity fraud are terms used to refer to all types of crime in which someone *wrongfully obtains and uses another person's personal data* in some way that involves fraud or deception, typically for economic gain.  Schemes to commit identity theft or fraud may also involve violations of other statutes, such as identification fraud.

94.     The plaintiff clearly states he will leave no stone unturned in this action or future actions that fall short of full exposure of the defendants. The amount of money stolen from U.S. taxpayers with foreknowledge by the defendants is staggering. The defendants project themselves to the U.S. government agencies as biblical Judeans, creating a false image of who they really are through the use of false historical identities and holocaust sympathies. The defendants illegally and criminally took the taxpayer's money and sent some of that money to the unbiblical, ethereal religious state of Talmudic Zionist Israel.  The amount of U.S. taxpayer money the defendants have sent to an illegal foreign recipient operating in the world as an evidentiary communist, a biblical liar, and a murderer will also stun almost every American citizen. This action is the same claim by the plaintiff against the defendants; they are world imposters, fake jews, and liars, using stolen, false identities and projecting false personal and religious personas in order to steal enormous sums of taxpayer money illegally. This is criminal identity theft under U.S. laws and criminal fraud by the defendants against U.S. government

agencies. The defendants stole taxpayer money every time they applied for funds from any United States Government agency using false pretenses. The person signing the papers is not who they say they are: what would happen if anyone stole President Biden's identity, forged his signature, and stole taxpayer money? The defendant AIPAC is another branch of the defendants' deceptive spider web that helps to accomplish a favorable money pot for all defendants to ship money to a foreign entity; AIPAC has over 360 U.S. politicians under their thumb receiving big money. [Exhibit N What The Department of Justice]

95.     The plaintiff emphasizes the political influence, lies, and false narratives from the defendants, especially AIPAC; they are each derived from the definition of the term *allies with Israel*. AIPAC is a 100% fake jew Washington D.C. political predator. A predator who infiltrated the United States spies with the defendants and sold false Zionist Israel ideologies. AIPAC sells those false ideologies to brainwashed politicians who know nothing about the real origin of Zionism.  AIPAC trains politicians like monkeys after a banana; all they understand is that 'Zionist Israel is our biggest ally.' Training amounts to sending many of the monkeys on 'jewish holidays' with their pockets lined with money, and while vacationing or attending meetings, AIPAC picks up the entire tab for the family. Evidence will validate facts.  AIPAC no longer needs to say, 'America is Israel's biggest ally,' because they trained the monkeys to say that for them. Listen to what AIPAC really says, "We support pro-Israel policies that strengthen and expand the U.S.-Israel relationship in ways that enhance the security of the United States and Israel." AIPAC is 100% operating as Zionist Israel in America as a nest full of spies.  What has Zionist Israel EVER done for America: [Zippo] America built a monstrous Zionistic communistic military bully murdering and maiming, blocking news reporters, lying to the world, can't find a termite or hostages, telling the world we are taking all of the land.

Thanks, AIPAC, for validating the names of 360 greedy, incoherent monkeys who serve as American politicians.  The plaintiff has every constitutional right in this action to fully expose the defendants', as well as the reality of, the byproducts produced in the world, especially in the United States. The defendants collectively operate as networks of spies and spiders, buying American political influence for a foreign nation, Zionist Israel, as organizational operatives in America. AIPAC is organized against the plaintiff, let the staff speak.

96.     The Finest Senate That Money Can Buy, an article published by jewish author Uri Avenim, published in the Israeli Daily Haaretz. Uri, an outspoken member of the Israeli Knesset, exposed how the money flowed to Israel from America, Uri infuriated the government Uri Avenim *said it best* in his expose article The Finest Senate That Money Can Buy' "One thing, however, is quite clear: Israel is not the 51st state of the United States of America, as some would like to think; *rather*, the US Congress is one of the *occupied areas* of Zionist Israel." [EXHIBIT O AIPAC THE FINEST SENATE MONEY CAN BUY]

97.     Exposing the defendants' lies and the unbiblical false theologies that built ethereal Zion in the minds of men is a necessary responsibility by the plaintiff that will demonstrate with historical evidence the defendants operate intentionally by world deceptions. There was a long period of time when the Middle East and most Arab nations experienced relative peace for thousands of years. The term "terrorism," or acts of what we call terrorism, were not as prevalent as they are today.  This changed historically in the early 1900s when two Yiddish-speaking Ashkenazi gentile fake jews, Nathan Birnbaum; and Theodor Herzl, in the imagination of their minds, imagined bizarre, unbiblical ethereal ideologies about Zionism. Both men were unbiblical Talmudic fake jews without any trace of biblical, historical

foundations or facts concerning the term Zion biblically. Please listen again to the Zionist mindset of defendant ADL CEO Johnathan Greenblatt: he is filled with the ghostly ethereal thinking of Birbaum and Herzl, "ADL is a Zionist organization. We will never apologize for this. This fact will never change. I am a proud, unapologetic Zionist. I was long before I came here, and I always will be, because Zionism is a liberation movement based on the simple premise, a simple idea: that the jewish people have the right to self-determination in their ancestral homeland." The plaintiff says, we must remember the defendant CEO Johnathan Greenblatt is a gentile, [aren't we all] he is not a relative of any biblical Judean. Historically, the defendant, Mr. Greenblatt, is known as a GOYIM 'fake jew,' an imposter, a mendacious maven, and an agent spy, defending the unbiblical murderous evil Talmudic religion practiced in the ethereal state of Zionist Israel.

98.     The defendant ADL CEO Greenblatt is full of the same poisonous, unbiblical Zionistic philosophies as were his historical predecessors Nathan Birbaum [Vienna] and Theodor Herzl [Hungry]. Nathan Birbaum, at 19 years old in 1883, coined the terms "Zionistic", "Zionist", "Zionism," and then "political Zionism" in 1890. However, Zionist Israel claims that Theodore Herzl is the revered jew designated as the founder of Zionism, when in fact, Herzl was just a copycat of Nathan Birbaum's Zionist ideologies that were presented seven years earlier. The historical fake jews, and Zionist Israel do not accept Nathan Birbaum as the founder of Zionism because Birbaum eventually *denounced the Zionist* movement. Herzl, a Hungarian, died early in 1904 at 44 years of age, and his last efforts were to establish a Jewish colony in what is now part of Kenya. The ugly truth of false unbiblical Zionism motivated by unbiblical Talmudism embraced and endorsed by the imposter defendants. "We must expel Arabs and take their places." — David Ben Gurion, 1937, Ben Gurion and the Palestine Arabs, Oxford

University Press, 1985 The deep state of Zionist Israeli "Let us not ignore the truth among ourselves ... politically we are the aggressors, and they defend themselves... The country is theirs because they inhabit it, whereas we want to come here and settle down, and in their view, we want to take away from them their country." — David Ben Gurion, quoted on pp 91-2 of Chomsky's Fateful Triangle, which appears in Simha Flapan's "Zionism and the Palestinians pp 141-2 citing a 1938 speech.

99.     The plaintiff strongly asserts that the fake jew defendants cannot provide any historical evidence, either spoken by God or any written *biblical scriptures,* that would *support the Zionistic* doctrines they follow. A Zionistic doctrine that will stand as evidence before this court validating that the defendants as world biblical imposters, operating as fake gentile jews, would have guaranteed rights to a homeland, anywhere in the land of biblical Old Testament Israel.  The plaintiff stipulates the defendants cannot offer the court any biblical, scriptural, evidentiary rights, or rights of any kind that could be used to give Zionistic believers any rights to invade a peaceful country under false pretenses, murdering people while they stole the land. The defendants cannot offer a biblical or historical doctrine that stolen land was to be used for the reestablishment of the 'chosen children of God' in the Old Testament Israel. With stipulations, the validated evidentiary comments that were made by ADL CEO defendant Johnathan Greenblatt, stating his demented position on Zionism must be understood and accepted by everyone, or become an antisemitic. The plaintiff states every position by the defendants is clearly interconnected with one another [especially with Zionism/Israel], and the subject matter requires full exposure by the plaintiff with evidence historically and biblically. This case is about the evidence and exposure of the world's largest frauds, *including the revealing Zionist comments of the early Prime ministers.* The Imposters are the Invaders.

**100.**    The plaintiff will offer evidence from numerous fake jews and their organizations who are *anti-Zionist scripturally and biblically* in nearly the same manner as the plaintiff.  The word Zion is mentioned in biblical scripture 152 times. The defendants cannot offer any evidence that will disprove the plaintiff's statements about the physical location of biblical Zion. In all biblical 'hermeneutical scriptural doctrines', the location of physical Zion refers only to Jerusalem. The word Zion never refers to another location in the biblical Old Testament nation of Israel. Zion may also refer to possibly one of three hills in Jerusalem. The biblical context of the word Zion was never about taking land you do not own. Zion biblically was always about the spiritual reality of God's presence, which was experienced only in Jerusalem. Zion is never mentioned as land encompassing the entire nation of Old Testament Israel. Zion always referred to Jerusalem as the spiritual center where the biblical Judeans practiced the religion of Pharisaism until the second and final temple was destroyed by God in 70 A.D.  Yes, this is a calculable action by the plaintiff's rights to expose the fake jew defendants' Zionistic views because the defendants promote Zionism in America while swearing allegiances openly and publicly together. The defendants are complicit with the Zionist murderers, stealing all of the land, from people who were peaceful for 2000 years. Anti-Zionism an unbiblical land theft murdering lie fed to the citizens of the United States of America. Zionism and its communistic government operations are not relevant to American citizens. Yet we find the plaintiff, and other citizens labeled as antizionist by the defendants couple that with antisemitism because anyone who disavows the defendants' lies about Zionism is automatically slandered by the defendants. [Exhibit P Zion Picture, PP Zion Council, PPP Orthodox Jews Oppose Zionism]

101.    The introduction of ethereal Zionism to the world began in Herzl's misguided foolish mind. It would be the Balfour Declaration and was eventually enforced under British Colonialism. This Zionistic lie was solely developed by 'fake jews' influence on politicians. Through the use of biblical illiteracy, ethereal Zionism; the exact same Zionism preached by ADL defendant CEO Johnathan Greenblatt and endorsed by the defendants today, became the most significant worldwide miscalculation of false Zion theologies all the way to the U.S. President Woodrow Wilson.  The plaintiff says it is imperative to understand the lies behind the development of ethereal Zionism by keeping the movement in a Master frame of Reference. That reference, the defendants are not now and never have been, the ancestors of biblical Judeans. There is no such thing as a jew today, there never has been, and there never was a jewish race of people after the blood type of a man. Ethereal Zionism theology is as wild as ADL defendant CEO Johnathan Greenblatt's statements supporting Zionism and the unbiblical murderous land theft hoax by the fake jews of the world. "Our race is the Master Race. We are divine gods on this planet. We are as different from the inferior races as they are from insects. In fact, compared to our race, other races are beasts and animals, cattle at best. Other races are considered as human excrement. Our destiny is to rule over the inferior races. Our earthly kingdom will be ruled by our leader with a rod of iron. The masses will lick our feet and serve us as our slaves." -- Menachem Begin (Israeli Prime Minister, 1977-1983. Nobel Prize Winner for...Peace!

102.    The defendants claim to be civil rights and world hate fighters. Historically, it would be the Yiddish-speaking ancestors of the defendants' who would spread the most abominating hatred throughout the world since Hitler, deep hatred throughout the Semitic-speaking Arab world.  Ethereal Zionism was developed by Yiddish-speaking Theodore Herzl

and followed by fake jews that stole land by murdering the rightful landowners. The plaintiff submits historical evidence of land stolen by the defendants' ancestors since 1948. Today, Zion Israel has taken every square foot.  It was American political support and military might that ignited widespread anger and hatred among the Arab nations toward America.  Sadly, this *loathing Arab hatred* was sown by the defendants' relatives, who were imposters and fake jew, and they would fill the hearts of people with *apoplectic* anger, rage, and hatred. It would be the Arabs who would deliver the final graphic climax of all of that rage and hatred. *The world would see and not understand the horrific act of terrorism by revenge against America on September 11, 2001.* The world was ignorant then, and still is, of who or what is a jew.  The voice of Zionism.  "(The Palestinians) would be crushed like grasshoppers ... heads smashed against the boulders and walls." — Israeli Prime Minister Yitzhak Shamir in a speech to Jewish settlers New York Times April 1, 1988 [Exhibit Q ZION GAZA GONE WB SOON]

103.    The plaintiff asserts that the global community was not aware that those executing criminal Zionist frauds were not related to the authentic Judeans from the bible. This was a blind momentous world oversight. Addressing this global issue will necessitate revealing the true origins of the so-called "fake Jews" historically and their engagement in over 12 unbiblical illicit versions of what they call Talmudism that historically are not found in the bible. When compared to the authentic religious biblical practices by biblical Judeans; the defendant, fake jews, will be proven to be unbiblical practitioners of illicit evil manmade Talmudism. The Talmud states Sanhedrin 58b. If a gentile hits a Jew, the gentile must be killed. From the mind of one of the most famous Talmudic Rabbis of this generation. This is not made up by the plaintiff, but it sounds like Wacky Taffy.  "We have a case of the Jew, a totally different species. The body of a Jewish person is of a totally different quality from the body of

members of all other nations of the world. Bodies of the Gentiles are in vain. An even greater difference is in regard to the soul. A non-Jewish soul comes from three satanic spheres, while the Jewish soul stems from holiness." -Rabbi Mendel Schneerson, Lubavitcher friend of George Bush Sr. The plaintiff inserts such evidence to help in understanding the true mindset of the defendants because they are not biblical Judeans; they seek to hide their Talmudic religion.

104.    The ADL and defendants' are not now and were never considered as official law enforcement in any authorized official manner. Yet we find them acting as Jewish police in America, collecting files on American private citizens, creating hate crime laws, defending fake jews and promoting Zionism, and defending Zionist Israel. The defendant ADL has not been given the right to silence free speech using weaponized word terms, nor was the defendant ADL ever given the right to slander the plaintiff using weaponized word terms. The defendants were not authorized by an official government agency of any kind to invade the privacy of American citizens.   U.S. Citizens who, by education historically and biblically, taught by Church Reformer Rick Johnston, now understand who, or what, the imposters masquerading as fake jews are; "fake unbiblical jews" acting and claiming to be relatives of the actual biblical Judeans in the bible.  The Plaintiff's followers are educated U.S. citizens who have every right to speak the truth by exercising their free speech rights publicly without fear, emotional stress, or intimidation. Private outspoken U.S. citizens who should have every right to speak out without the fear of being falsely and illegally categorized by the defendant ADL's private files and publicly accused by the ADL as a racist, a white supremacist, or a jew hater to silence the voice of outspoken truth.  The followers of the plaintiff should not have to fear that their private information would be collected by the ADL and shared with or given to the FBI or any law enforcement agency, which would end in an illicit file created by law enforcement. A file

created based on the racist biased 'opinions' of the ADL. While the defendant ADL brags about training over 15,000 law enforcement officials annually, they are not the police and have no right to provide private information they collect illegally on citizens or the plaintiff to law enforcement whatsoever.

105.    The defendant ADL claims to be a non-governmental not-for-profit agency; however, it operates in a complete conspiracy by acting as if it is a legal entity under the color of legitimate law enforcement providing law enforcement private information about the plaintiff. The defendants with foreknowledge historically have been caught spying many times, yet they continue to break laws and continue to commit criminal acts knowingly together.  The defendants do so with the FBI's full foreknowledge. The FBI knows that the defendants are sharing the private information they collected on U.S. citizens and knows it was obtained by illegally spying on US citizens.  The ADL shares said information knowingly with the FBI and law enforcement agencies at every level of the United States government, and the law enforcement agencies are aware that the information was obtained illegally. The defendants also receive monetary funds from the American taxpayers at every level of government: local, state, and federal funds. Funds used by the defendants' and the ADL were used to purchase and develop covert spying equipment that has only one use: criminal spying on U.S. citizens and the plaintiff.

106.    The plaintiff asserts that the FBI and law enforcement agencies at local, state, and federal levels are fully aware that the ADL engages in physical and electronic surveillance of U.S. citizens' private lives. Such cooperative activities, seen as violations of legal authority, are subject to penalties under Title 18 of the U.S. Code. The plaintiff declares as provable

evidence that the United States laws prove the defendant ADL is misrepresenting itself as a civil rights organization to United States government agencies. United States laws against identity theft and fraud are criminal and civilly libel. The defendants knowingly commit fraud and identity theft by misrepresenting themselves as defenders of civil rights, and the plaintiff has shown by evidence that the defendants cannot prove biblically or historically that they are ancestors of the biblical Judeans.  The defendants operate collectively together as imposters to the entire world as a religious organization defending fake jews and Zionist beliefs, and the plaintiff has proven the defendants' practice an unbiblical religion, Babylon Talmudism, that is far removed from biblical scripture.  The plaintiff states the defendants cannot prove him wrong. The historical and biblical evidence 'fits exactly, so they cannot be acquitted.'

107.     The plaintiff asserts that the majority of the defendants' actions are criminal spying. The allegation supports that the ADL is not merely collecting informational reports or functioning as ADL news reporters, as the ADL previously claimed in previous civil actions. Instead, the ADL's true motive is argued by the plaintiff to be acting as a religious organization policing and protecting the rights of fake jews and defending the actions and reputation of bogus Zionistic Israel in the United States. The ADL does not advocate for the civil rights of other races across the spectrum as they do for fake jews. This will be proven and understood by comparison of the volume of information cases involving their defense of "fake jews" and also defending the public image of Zionist Israel from the ADL's own files. The plaintiff contends they are not a civil rights organization chasing equal rights for everyone, and they are not stopping hate in America or anywhere for that matter. The defendants are massive purveyors of hate, as were their *fake ancestors* when they began promoting ethereal world Zionism, as they stole land that was never their land in any historical or biblical configuration.

108.     The plaintiff states that when comparing the defendants and ADL files to the actionable intelligence files received by law enforcement at the federal, city, and state levels, the ADL files are vastly lopsided with exaggerated complaints.  The sheer volume of files will be immensely in favor of complaining fake jews above every other race. When applying for federal grants, every defendant and the ADL misrepresent the facts of who and what they really are and where the money stolen by the defendants' by using false identities is actually spent. Overwhelmingly, the ADL defendant's files will demonstrate they are not a civil rights organization, and the actual crimes against jews are much smaller than nearly every other racist crime. They lie and misrepresent themselves to the world, so why expect any less lies by discovering where the money goes?   The 'Anti-Defamation League' was started by jews, for the purpose of defending jews, by defendant bnai brith. Without a doubt, they were nearly 100% jewish from the start, and are nearly 100% jewish today. The leadership of defendant bnai brith understood that they needed an ADL-type defender of the 'fake jews,' a type of a jewish cop in America. The booklet entitled ANTI-SEMITISM IN THE UNITED STATES IN 1947, published by 'anti-defamation league of bnai brith' will validate the massive spying, the size, scope, and structure of the organization in 1947. The booklet demonstrates the collection of information gathered by agents demonstrating the defendant's spying capabilities by the ADL in every state, collecting information on American citizens and every section of the country. The plaintiff states and will offer evidence from the booklet that will validate spying and the interconnection of the defendants. The plaintiff fears that if the defendants were doing this in 1947, is it any wonder why the defendants have developed false HEAT maps and AI to scan the world for any comments about Fake Jews, Zionism, and Zionistic murdering Israel? Together, the defendants' planned to eventually morph themselves into another illegitimate

image: to appear as America's biggest defender of their version of so-called civil rights and hate crime fighters. When the defendants were all the while masquerading behind their real purpose as spies and imposters, buying American political influence, using identity theft as a tool, saying they are the ancestors of the biblical Judeans. The defendants knew that appearing as a civil rights defender was the only 'legal pathway' to U.S. government taxpayer money. [EXHIBIT R BOOK 1947 Anti-Semitism In The United States and Exhibit RR Plaintiffs Narrative on ADL]

109.    The defendants also knew fake jews and Zionism by themselves would be a total no sale to Americans.  The ADL and bani brith created a false split in the 90s when they were caught spying issues with the FBI.  They are intelligent, deceptive liars and, together, are proven spies. The plaintiff will prove with lopsided factual evidence that the defendants are not now and have never been a legitimate civil rights organization. The plaintiff intends to summon enough law enforcement agency documents, people, and defendant employees to establish the overwhelming evidence of the plaintiff.

110.    The defendants use civil rights trickery using amicus briefs. To make the defendants appear like busy civil rights crime fighters, they file what is known as amicus briefs. A brief in agreement with other people who are actually fighting real civil rights cases along with the burden of cost. The defendants perfected the cheap art of filing amicus briefs; they don't cost much money and are about equal to someone giving you a legal thumbs up about your case on the internet. At best, the amicus briefs make the defendants appear as 'Jewish police' in America defending people. When, in fact, they are spying for Zionist Israel while defending and hiding their true identity as fake jews. The defendants' overwhelmingly pledge

complete allegiance to bogus Zionist Israel, a foreign entity, defending that Zionist image is the defendants' foremost priority. Zionism's defense is above the United States of America's defense and its citizens.  The plaintiff, by evidential testimony, will prove this truth.

111.     The defendants act together through the ADL, operating in entire collusion with law enforcement and publicly appearing as an extended arm of U.S. law enforcement. The ADL primarily acts as the jewish police 'buddy' to law enforcement. Exerting influence on law enforcement as an 'official' supplier of information on American citizens, citizens whom the ADL believes by their own misguided, immoral standards are public threats. Information law enforcement knows the ADL obtained by spying. The plaintiff contends Congress has not passed a law granting a false civil rights organization or a religious organization to become illegally entwined as a spy for law enforcement.  The defendant ADL acts and speaks publicly, as if they have the same authority as official law enforcement, making claims against people as using hate speech, antisemitic, and innuendos of possible hate crimes. The ADL admits publicly that its organization and its staff investigators act covertly by following people on the internet and in chat rooms, often bragging about the enormous files it has given to the FBI and the ATF. The defendant ADL does all of this and much more within the full acknowledgment of most law enforcement agencies. The Plaintiff demands in this civil action that a full separation between the defendants', the ADL, and United States Government law enforcement agencies at every level, city, state, and federal, and any further request for funding by the defendants' also be removed. The defendants' are not legally a quasi-government agency. It is time for a full refund of taxpayers' money.

112.     The Constitution and Federal Law strictly limits electronic surveillance by the Government. The law on surveillance begins with the Fourth Amendment of the Constitution, which states clearly that Americans' privacy may not be invaded ***"without a warrant based on probable cause."*** The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall be issued, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized. (emphasis added)

113.     The defendant ADL violates those protected constitutional rights with maleficence by acting with known and with actual criminal intentions; by spying on U.S. citizens as if the ADL were an official law enforcement agency, and does so repeatedly without a warrant. United States Code Title 50, Chapter 36, Subchapter 1 Section 1809. Criminal sanctions (a) Prohibited activities. A person is guilty of an offense if he intentionally (1) engages in 'electronic surveillance' under color of law except as authorized by statute.

114.     Only three laws authorize any exceptions to the ban on electronic eavesdropping by the government. Congress has explicitly stated that these three laws are the exclusive means by which domestic electronic surveillance can be carried out (18 USC, Section 2511(2)(f)). They are Title III and ECPA. Title III and the Electronic Communications Privacy Act make up the statutes that govern criminal wiretaps in the United States. The Foreign Intelligence Surveillance Act is the law that governs eavesdropping on agents of "foreign powers" within the United States, including suspected foreign terrorists. The defendants ADL are doing all of the above without U.S. governmental authority from Congress or a court of law. Defendant ADL acts as foreign terrorist agents in the United States with sworn allegiance to protect and

defend the image of the "bogus murdering Zionist state of Israel." At the same time, the ADL actively spies on the private lives of American citizens and openly shares that private information with anyone they 'choose,' not just U.S. law enforcement. While claiming at the same time, 'we are a civil rights organization,' the ADL violates everyone's civil rights by operating as active spies. The defendant ADL is NOT a not-for-profit civil rights organization. They use that false identity as a cover to the governments of the American citizens. The FBI has, while acting under the legitimate color of law, allowed, encouraged, and promoted the ADL and has also received training from the defendant ADL within the false Zionist state of Israel's police and from the IDF, the Israeli army. The FBI has funded and also funded with endless man hours, researching information it received criminally from defendant ADL. The FBI helped to fund a non-government religious organization. As a religious institution, the ADL, with full knowledge through willful intentional acts of malice, knew they were acting criminally against the privacy of American citizens every step of the way. The FBI allowed the defendant ADL to actively spy on American citizens, including the plaintiff, criminally at will and promoted the ADL's false narratives that are always blown out of proportion about antisemitic crimes and hate speech or hate crimes made about 'fake Jews.' The FBI and U.S. law enforcement agencies looked the other way, knowing the ADL committed the crimes without a legal warrant upon innocent American citizens and that the acts were criminal. The files obtained by the FBI and every other level of U.S. law enforcement that were received from the ADL will validate the criminal factual evidence by the plaintiff against the defendants.

115.    Working together with the defendant ADL, the FBI, and all levels of law enforcement have helped to create false suspicions, possible crime histories, and unnecessary illegitimate law enforcement files on American citizens. The plaintiff will offer evidence that

the ADL operates from a lie using exaggerated false narratives of jew hatred and crimes against jews while misleading the American public into thinking that there is a massive danger against 'fake jews' when there is no actual evidence of a crime wave. It is the exact opposite. The plaintiff declares the defendants cannot offer to the court any valid reasoning for using the term Zionism in America or why the defendants use the term anti-Zionism in America as a statistic.

116.    Together, the FBI and the ADL have an illicit unspoken criminal arrangement according to all U.S. laws because the FBI turns and looks the other way the instant, they receive private criminally obtained files from the ADL.  Files, the FBI understands with complete foreknowledge that the defendant ADL obtained the documents by a criminal act of spying on American citizens by surveillance without a legal court-ordered warrant. With full knowledge, the FBI acts at the behest of the ADL the very instant the FBI opens the file and takes a first look. The FBI knows that nearly every file they receive from the ADL contains information obtained by spying without a court-ordered warrant. When in American history has a supposed fake civil rights or religious organization ever received a right to spy without a legal court-ordered warrant on the private lives of U.S. citizens?  The plaintiff is not talking about a nosey neighbor surveillance. The plaintiff is describing a large private religious company following people physically and electronically. American citizens whom the defendants disagree with on a purely opinionated religious basis. The defendants' employees are trained to disguise themselves as actors on the internet, gathering private information, acting under false disguises and under the color of law as if they are jewish police in their minds. The plaintiff will offer evidence that the extent of the sophisticated methods and surveillance equipment owned and used by the defendants will stun everyone.

117. The F.B.I. Director J. Edgar Hoover, in a January 17, 1968, memorandum, ordered each of the F.B.I. field offices to establish formal relationships with defendant ADL, wherein governmental functions would be shared between the two, including the sharing information and activity of private persons with the government. The ADL has a long history of spying, admitting to over 100 operatives that provided information to the FBI. Since its inception, the ADL has spied knowingly and criminally without warrants for over ten decades.

118. In that order, the F.B.I. Director Hoover also acknowledged that some liaisons with defendant ADL, the arm of Bnai Brith, had already been established by some F.B.I. field offices. Specifically, he wrote: *"As you know, this organization, like the bureau, is opposed to groups and individuals espousing bigotry, prejudice, and extremism. It seeks to bring the true facts concerning such groups and individuals to light. In the furtherance of these worthy objectives, the antidefamation league provides considerable information of interest to this bureau and has been very cooperative in the past in referring such data to us.* **You are to immediately make certain that you have established a liaison with the head of the antidefamation league regional office in your territory and explain the jurisdiction and interest of this bureau.** *For your information, there is attached a list of antidefamation league regional offices."* [EXHIBIT U FBI ADL INFLUENCE]

119. This information and directive by FBI Director Hoover contradict what happened in 1993 when the FBI raided the defendant ADL's offices. In what appears to be the exact opposite of FBI director Hoover's directives, the raid also appears to be a pre-planned charade by the FBI, only because the media found out the defendants ADL Bani Brith and "Zion Israel" were both caught spying on American citizens and the United States government. The

sudden switch by the FBI could cause one to believe that the raids by the FBI on March 16, 1993, on the offices of the defendant ADL by the FBI in Los Angeles appear more like an actual coverup today by the FBI to avoid being exposed for exchanging information with the ADL, in light of public press exposure. [EXHIBIT W 1993 FBI FILES ADL SPIES ISRAEL]

120.    During the 1993 raid, the FBI also discovered one of its files, possessed by ADL's Los Angeles division, and contained "a summary of activities relating to the African National Congress (ANC)." It seems "the bogus Zionist state of Israel" was interested in preserving close economic and military ties (including nuclear weapons sales pitches) to Apartheid South Africa. The defendant, ADL, was in constant contact with the _Israeli consulate_, which the defendant ADL frequently asked for help, and Zionist Israel was always eager to pitch in.    The FBI noticed the ADL seemed to be stalling for time. The ADL had invested decades into perhaps securing a forced relationship with the FBI. The ADL stalled and avoided the FBI while lobbying top elected officials through The American Israel Public Affairs Committee (AIPAC). By month's end, Zion Israel's "heavy guns" had been drawn to snuff out the fledgling investigation.  Perhaps this sounds more like another attempt by the FBI to cover up the facts and intentionally leave things hidden. *The FBI stopped the investigation.* The plaintiff believes this information is necessary to provide some factual evidence about the background of the defendants working together and their revealed practices with law enforcement, especially the FBI and Zionist Israel's political influence through the defendant AIPAC.

121.    Recent directors of the F.B.I. such as James Comey, on May 8, 2017, while he was still serving as director of the F.B.I., delivered a speech to Defendant ADL entitled, _**"The**_

***F.B.I. and the ADL: Working Together to Fight Hate."***   By Director James Comey's admission, the FBI openly admitted they were working together with Defendant ADL. Director James Comey then made a most unusual statement, saying the F.B.I. was *"in love"* with Defendant ADL. Specifically, saying: "I first met with you in the spring of 2014, when I was relatively new on the job—just seven months in. I sang your praises as an organization that fights for inclusivity and, diversity, equality, and justice. An organization that works with us to fight hate crime and terrorism, to educate law enforcement, and to build bridges with underrepresented communities. I labeled that last speech, "A Love Letter to the ADL." Three years later, I can say, from the perspective of the FBI, that we're still in love with you. The letter proves the illicit relationship between the ADL and the FBI was not broken in 1993. [EXHIBIT X LOVE LETTER]

122.     The then-director, James Comey, expressed his love, and the FBI was "in love" with Defendant ADL. Current director Christopher Wray reaffirmed this same sentiment of the FBI's continual and intimate relationship with the ADL and the FBI's reliance upon Defendant ADL for information. Director Christopher Wray made these remarks on November 10, 2022, when he said to Defendant ADL: "And I want to thank the ADL today for your support in conducting the training that *all of our new special agents and intelligence analysts participate in,* at the U.S. Holocaust Memorial Museum. Because of your work, our new agents and analysts confront the reality of just how widespread antisemitism and the willingness to turn hate to action really are." The actual statistics of antisemitism, which turns into an actual hate crime, tell us a whole different story. The FBI's statistics say otherwise. The Plaintiff contends that the narratives by the ADL are falsely exaggerated beyond the actual FBI statistics. [EXHIBIT Y FBI Director Christopher Wray]

123.     There is historical evidence suggesting that the FBI has maintained a longstanding and close relationship with the ADL (Anti-Defamation League), a non-governmental religious organization. This organization is perceived as not genuinely committed to actual racial civil rights, and it is alleged that they have collaborated with what is termed the "bogus Zionist state of Israel" in espionage activities. A notable connection is claimed between various branches of the U.S. Justice Department and the ADL. It is asserted that not only did a former FBI director acknowledge and establish this link, affirming the mutually beneficial relationship between the FBI and the ADL, but also the current FBI Director, Christopher Wray, has recognized the significant role of the ADL in providing "training for all special agents and intelligence agents." The plaintiff presents These relationships as evidence of the deep ties between the FBI, the defendants', and the defendant ADL. Relations with U.S. law enforcement must be broken completely.

124.     The FBI has been involved in a longstanding practice of exchanging information with the ADL (Anti-Defamation League) despite knowing that some of this information was illicitly obtained through deceptive spying tactics by the defendants. A notable instance occurred again on March 16, 1993, when the FBI found individuals at the ADL who were in possession of classified information from the FBI, along with confidential police reports and files from the San Francisco Police Department. This discovery was made after raids and searches were conducted under legal warrants at the ADL's offices in Los Angeles and San Francisco. A particularly striking aspect of this incident is the clear indication that an insider within the FBI was spying and providing secret information to the ADL. The FBI, however, was supposedly once again unable to identify the individual leaking this information to the ADL. What kind of FBI do we have? This situation raises suspicions of a possible cover-up

again by the FBI, potentially to conceal its close relationship with the ADL. The FBI does so while hiding the known criminal acts of spying by the ADL without a warrant. The plaintiff asserts that it was done then and is being done today. Any day, the plaintiff expects the influence of the fake jews to send law enforcement to investigate him under counterfeit allegations.

125.     The plaintiff states the defendant ADL reports people to the FBI who are labeled by the defendant's weaponized words as antisemitic and antizionist. Make no mistake, the defendant ADL is a civilian extension of and operating from the complete directives of the 'fake jews in the fake state of Zionist Israel.' Because of historical and biblical ignorance, the FBI and most United States government officials and their agencies believe the defendants' ADL and the 'bogus fake state of Zionist Israel' were from the legitimate Judeans in the bible. They are not even close to biblical Judeans.

126.     The plaintiff claims to have historical factual proof about the defendants' and the ADL, specifically regarding the true origins of the defendants and the reason for the plaintiff's use of the term 'fake Jews.' The plaintiff will prove the actual physical human origins, historically, and validate that the biblical backgrounds of the defendants are not authentically rooted from the actual Judeans in the bible – but rather, the defendants are 100% uncircumcised "gentile" in their origins historically who never spoke a semitic language.

127.     As a result of these stunning revelations, the plaintiff claims he has become a target of the defendants, of every 'fake jew,' and especially the ADL. The plaintiff asserts that there is no one alive today who can legitimately prove they are a descendant of the original Judeans of the bible. We need birth certificates, not random mind games and innuendos or dysphoria theories. Additionally, Biblical Historian and Church Reformer Rick Johnston is

known as someone who has challenged the defendants and the ADL openly and publicly. The plaintiff openly and publicly has accused the CEO defendant, Johnathan Greenblatt, of his anti-Zionist, racist accusations and his defense pledging allegiance to those 'fake jews in the bogus Zionist state of Israel.'  The plaintiff accuses the defendants' of swindling the world by fallaciously declaring themselves from the biblical lineage and claiming they are relatives of the actual biblical Judeans. The plaintiff contests the claims by defendant Greenblatt and will prove by the evidence of biblical and factual world history that CEO defendant Johnathon Greenblatt is a demented, confused liar.  Not a single person in all of the defendants' relatives or a fake jew in Zionist Israel can offer the world any proof they are ancestors of the biblical Judeans.

128.    The plaintiff exposes why the defendants' and ethereal Zionism in Israel loathed Yiddish. Many historians recognize the defendants' origin as GOYIM, gentile, Yiddish-speaking Ashkenazi jews from the Khazar empires. Benjamin Netanyahu claims he is an Ashkenazi jew, and his father was a Yiddish-speaking fake jew from Poland who changed the family name. The plaintiff will offer solid evidence that the American defendant's relatives and many Zionist Israeli leaders worked together to destroy the language of people speaking Yiddish. Zionist Israeli leaders intended to stop Yiddish nationalists arriving in Zionist communist Israel from speaking Yiddish. Zionist Israel implemented communist laws against speaking Yiddish and issued dangerous warnings containing threats to Yiddish nationalists with force. The early land thieves were fake jews who migrated to the Zionist communist Israel, and they were about 95% Yiddish-speaking fake gentile jews. America was filled with 99% Yiddish-speaking nationalists.  Zionist fake jews made up another lie recently when they told the world that the decline in Yiddish-speaking gentile fake jews was because of Hitler. In the

holocaust museum, the lying promoters claim that 85% of the people murdered in the holocaust spoke Yiddish. The absurd holocaust museum used the gas chambers 'as the reason' why the Yiddish language declined. What a nauseating lying example for the reason why people speaking Yiddish began to decline back in the 1940s. A sick comment by the Jerusalem Post 2021 by Amotz Asa-El. "Yiddish became so widespread that it was spoken from *Czarist Russia's shtetls* to New York's tenements. That is why it was also the dominant language of the Holocaust's victims, and that is why one might say that just like Hebrew was resurrected, [in Zionist Israel] *Yiddish was murdered.*" The plaintiff states this is just another fabricated lie, followed by another lie: Hebrew was not resurrected, and a new *manmade version* of Hebrew was made mandatory by the law of Zionist Israel.  Every death in WWII did not change a single language anywhere on any continent in the world. Here is why they lie.

129.     The defendants and Zionist Israel knew that Zionism had a severe historical Yiddish-speaking identity enigma long before WWII.  Yiddish, you see, was NOT a Semitic language. It was the language of the Khazar Empire. That Khazar language was spoken by converted fake jews and eventually discovered around the year 900 A.D., Yiddish became the national language of fake gentile jews.  The fake jews from the Khazar Empire conversion spoke Yiddish as their national language everywhere they lived, be it Poland, Russia, Germany, France, Spain, Hungary, Lithuania, Norway, Netherlands, and Ukraine. The plaintiff's point is that recorded historical evidence will validate that the Khazar Empire's conversion to Babylonian Talmudism was done by the act of circumcision, and that is where the fake gentile jews began. Yiddish was the national language of the Khazar Empire. Yiddish did not start in Germany, as many claim.  As Russia grew, it defeated and absorbed the 800,000 square miles of the Khazar empire as it passed away. The Yiddish-speaking nationalists also absorbed some

of the attributes of the language of the nation where they lived. Hence, there are many small variations in Yiddish. When King Bulan in 760AD converted to Talmudism, he passed a law that only someone practicing Talmudism could be King. The throne was controlled, and gentile fake jews ran the government of the Khazar Empire. Is it any wonder after a few generations before they were scattered throughout Europe, people thought they were biblical jews? That is why the Jerusalem Post said from the '*Czarist Russia's shtetls*' to NYC, *everyone* spoke Yiddish.

130.    Even the man worshiped by the defendants' and Zionistic Israel, the man as the supposed supreme prophet and the founder of ethereal Zionism, Theodor Herzl, spoke Yiddish. The obvious question that loomed over early Zionism was how can we say we are the original biblical Judeans when we all speak Yiddish? How can we claim our land rights when we do not speak a Semitic language, not even Aramaic? Even the false rabbis who wrote the Talmud spoke Aramaic. How can we hide the real origin of our history from the world? There was no Hebrew language to speak.  Yiddish had been clearly subjected to linguicide (language killing) by three main isms: Nazism, communism, and Zionism. Prior to the Holocaust, there were 13 million Yiddish speakers.  Upon arrival to pre-state Zionist Israel, Ashkenazi Yiddish-speaking immigrants were given a short timespan to drop Yiddish and learn a new version of Hebrew. 'Foreword,' a jewish magazine, states, "The Zionists made a rule that if you had been in the country for two years, you were not permitted to speak Yiddish in a public meeting; you had to speak the new Hebrew." The plaintiff states: a better understanding would be, the communists said, you have two years to learn fake Hebrew. A year after its self-establishment in 1948, the state of Zionist communistic Israel banned Yiddish theaters, advertisements, posters, periodicals, and newspapers under their first communist act: "legal powers act to control

material published and presented in foreign languages." There was no such thing as free speech in Zionistic Israel. Zionist extremists beat Yiddish speakers; some were driven out of their homes and possibly murdered.  Today, the free press still cannot be found in the communist state of murdering Zionist Israel. The outside, free press is not allowed to cover or broadcast news showing the murders of over 40,000 civilians. Nor is the free press allowed to document, by burials, the number of people murdered on 10/7/23: was it exactly 1200?  Isn't this what Hitler did? If it sounds like communism, it is communism in action.

131.     The fake jews involved in Zionist false ideologies recognized they had a problem; they were not rooted as a people coming from a Semitic-speaking language, and no one basically spoke Hebrew. Zionists continued to struggle with the claim for a jewish authenticity as expressed by the plaintiff. The Jerusalem Post states: "In fact, the Zionist founders had much regarding Yiddish about which to be concerned. Yiddish was not a "jargon" or a "dialect" – it was a powerhouse that could have undermined the Zionist project." Nazism, communism, and Zionism are the personality traits of the defendants' and Israel. The plaintiff, this is easily demonstrable evidence from the mouths of the defendants'.

132.     Again, the plaintiff points out the importance of the defendants' and their ancestral family histories, which will offer additional evidence about their fraudulence as lying imposters. The defendants' have family members who spoke Yiddish and some defendant relatives that still speak Yiddish. The defendants' are capable of tracing their family histories by birth certificates back to Europe, which will prove the defendants' roots are anchored in the historical Ashkenazi, Yiddish speaking, fake gentile jews of the Khazars. The plaintiff declares this is pretty simple, straightforward evidence, that these people spoke Yiddish, a non-biblical

language. They are not, and can never prove, that they are ancestors of the Aramaic-speaking biblical Judeans. The national language of the Khazar empire was Yiddish. The factual evidence testified by the defendants that their relatives spoke Yiddish proves the defendants understand they cannot be anything but fraudulent historical imposters with absolutely no connections to the biblical Judeans. The communist state of Zionist Israel built schools and made speaking a new version of unbiblical Hebrew a mandatory requirement. The defendants' cannot prove, nor can they offer any evidence, that the Hebrew spoken in Zionist Israel, or the United States is the actual language of biblical Judeans.  It is not. Only fragments remain of the Old or New Testament Hebrew scriptures. In biblical history, Hebrew was never widely spoken, if ever, other than in a scholarly teaching manner. Biblical Judeans, including Jesus, spoke Aramaic.

133.     Simplicity speaks best. Historically, the defendants' and Zionists realized early on that they had a massive Yiddish problem. Hence, the leaders of Zionistic communism in Israel declared that everyone would learn and speak a new unbiblical version of Hebrew that Zionist Israel had created.  What the government of Zionist Israel never realized was that the act of learning and speaking a new version of unbiblical Hebrew would not turn anyone into an *original biblical Judean*, nor could it make Zionist Israel [as the plaintiff has pointed out] into a race of jewish people. Zionists have always had an identity crisis.  A Bolshevik Zionist Yiddish-speaking fake jew from Russia, Eliezer Ben-Yehuda was a writer and lexicographer. Zionist Israel would declare him to be the father of *modern* Hebrew. The Zionist leaders like to claim Eliezer Ben-Yehuda as the father of modern Hebrew in order to 'backdate' to 1915 as the actual date when fake gentile jews began learning Hebrew. More lies because not even Zionism could have predicted when bogus Zionist Israel would begin because Eliezer Ben-Yehuda died in 1922.  Make everyone think that fake jews began to learn new Hebrew in 1915. The

ACADEMY OF THE HEBREW LANGUAGE, an Israeli institution that is the supreme authority on the Hebrew language, was established by the Knesset in accordance with the "Law for the Supreme Institute for the Hebrew Language, actually began in 1953." The world thinks the fake gentile jews speak Hebrew when it is actually the opposite; the 'fake jews' today speak 'fake' Hebrew.  The plaintiff continues his evidence against the defendants, specifying that the defendants' ancestral families and relatives remain counterfeit imposters, historical Yiddish speakers, without any way to prove a biblical or a historical connection to biblical Israel in any manner. The actual biblical Judeans spoke Aramaic for thousands of years. Hebrew was never a common spoken language by Abraham or the people who left Egypt with Moses.

134.    The defendants' are 'fraudulent self-proclaiming gentile jews,' and they have worked extremely hard at changing their lying historical narratives throughout the world. Together, they constantly seek to hide and rewrite their past historical mistakes. The factual reality of who and what they really are has been flooded with their own lies online.  In over thirty years, the plaintiff has witnessed their desperate efforts to change the narratives in Webster, the Encyclopedia Britannica, and especially on Wikipedia, an unofficial source of illicit fake Jewish information. In nearly every instance, the narratives have been changed by fake jewish scholars that can easily be proven by reviewing the names of the people at the bottom of an article. The American defendants' who claim their American ancestors were early settlers in America's formative years, have worked hard trying to hide their true American ancestral heritage. Some of the defendants' ancestors were the largest slave traders in the world. The first slave trading in America happened when two fake jews convinced Christopher Colombus to sell about 500 Indians as slaves to Spain. Colombus was convinced, and history recorded the severe consequences he suffered for his actions.

135.    The plaintiff's teachings the defendants received have proven with historical evidence that the defendant's actual heritage is from the following accounts historically and biblically. This account will also validate why the defendants practice the religion of Talmudism and why Talmudism is not found in the Old or New Testaments of the bible. The defendants will never be able to prove they are ancestors of biblical Judeans who spoke *Semitic Aramaic for thousands of years* and were still speaking Aramaic when the second temple was destroyed in 70 A.D. Jesus spoke Semitic Aramaic. Yiddish is not a historic semitic language, and it is not a language found in the old or new testaments biblically. Yiddish was discovered around the year 900AD; it was a language associated with King Bulan of the Khazars' and Ashkenazi fake jews. The plaintiff emphasizes to the court that understanding the Yiddish languages spoken that are spoken by the defendants' historically or were spoken by their relatives is highly relevant to the defendants' true historical gentile origins. ADL CEO defendant Johnathan Greenblatt [Mr. Zionism] will admit his German ancestors spoke Yiddish. The plaintiff repeats: the defendants decided to use the word terms "Semitic," "Semite," and "Semitism" because the defendants knew they had no Semitic *identity* in all of their Khazar Yiddish speaking history. Adding the phrase anti in front of Semitic made the weaponized word terms making the defendants appear other than Yiddish speakers to the world. They knew they would eventually be found out to be imposters. What else could the defendants have done, created the terms anti-Yiddish anti-Yiddishism. [EXHIBIT Y SEMITC LANGUAGES 1,2,3,]

136.    There has been a special attempt by the defendants' and so-called jewish scholars to remove the following *historical factual evidence* from the Khazar empires, especially beginning in the empire of Khazar, King Bulan, around the year 760AD. The defendant 'fake gentile jews' today know that their uncircumcised gentile ancestors were

known as [Turks and Huns] and would later become known historically as Ashkenazi jews. The defendants' ancestors were godless, gentile, phallic-worshiping pagans who had never seen a bible; there were none.  Khazar King Bulan converted his entire empire to an Aramaic version of the Babylonian Talmud. The defendants' ancestors would have had absolutely no possibility of understanding the religion or language of the biblical Judeans. They could only speak their language, Yiddish, or possibly learn some Talmudic Aramaic. They were uneducated, uncircumcised gentiles until the act of circumcision was ordered by King Bulan, and they began the practice of Babylonian Talmudism. The defendants' still practice the same unbiblical evil religion known as Babylonian Talmudism that Khazar King Bulan implemented. The Talmud is the biggest hate crime book in the world. The defendants' fake gentile jews today claim to practice Judaism. That is a lie. The word Judaism is not a term used in the bible. The defendants created the term Judaism. They like to say they practice Judaism to appear or to make themselves more believable as biblical Judeans to others. They practice an evil version of unbiblical Babylonian Talmudism written in Iraq in Aramaic around 500AD. Historically, the Talmud was on the down low; it was about to pass away because there was little interest in the writings of self-proclaimed rabbis. They were men who were unspiritual and disconnected, operating with carnal opinions on what God said in the Old Testament or was saying to them. These self-proclaimed rabbis have no provable biblical lineage or any connection to the original Judeans.  Were it not for the conversion of King Bulan's gentile empire of Turks and Huns, we would not be talking about the Talmud. The plaintiff fully intends to furnish a full history to the court and a list of the comments about evil hate speech contained in the Talmud. Babylonian Talmudism was not 'spoken by God' to a Moses-type figure, as a "Thus says the Lord Your God" moment in time. If the Talmud was a book from God, then God was confused because

two versions of the Talmud are ever-changing. The Babylonian Talmud was written in Aramaic five centuries after the full destruction of the entire nation of biblical Israel; the temple was destroyed, over one million Judeans were killed, and the rest became slaves in 70 A.D. There were no Yiddish-speaking Judeans. Yiddish is the language directly related to the real 'gentile ancestors' of the defendants'. A historical fact the defendants cannot deny. The plaintiff continues to offer evidence specifying that even the religion the defendants' practice is not found in biblical Judean scriptures. Saying they practice Judaism is another lie by the defendants; to cover for the manmade evil Talmudism, _they do practice_. You will never find either version of the Talmud in biblical Judean history. God is not the author of confusion.

137. Around 760 A.D., Khazar King Bulan's Empire was pagan without any religion. King Bulan decided that his Empire (over 800,000 square miles) needed a national religion like other countries. King Bulan looked into the three Abrahamic religions. In the end, King Bulan chose a religion referred to today and still practiced by the defendants, known as the Talmudic religion. YIKES, this meant every uncircumcised GOYIM male gentile [young or old] in King Bulan's empire was about to be circumcised. The King, also by decree, declared only a Talmud King would sit on the throne. The King established schools and synagogues to educate his entire empire on unbiblical Talmudism written by man. The Babylonian Talmud contains over 5400 pages of unbiblical, historical lunacy written by self-proclaimed rabbis. Historically, there have been over 25 self-appointed jew messiahs spawned by the Talmud, messiahs, who were backed by the Talmudic mental illness of carnally minded rabbis as late as the 20th century. The defendants' 'fake jews' practice the same manner of unbiblical Talmudic religion that King Bulan implemented in his empire. The conversion is historically factual, consisting of uncircumcised gentile men who were known historically as Turks and Huns. The Khazar Kings

were so powerful they were known to supply blocks of 40,000 men to fight for nobles. King Bulan's Khazar Empire was throughout parts of Europe and along the southern borders of what would become Russia. The historical biblical Judeans never practiced illicit Talmudism. The word Judaism does not appear in the bible; Judaism was not the religion practiced by biblical Judeans. Biblical Judeans practiced the religion of biblical Pharisaism under the laws, including animal sacrifices. The men under King Bulan's Empire were not biblical Judeans; they were uncircumcised GOYIM gentile Turks and Huns, most of whom could not read or write, and there were no printed Bibles at this time. For centuries, they were taught to practice illicit unbiblical Talmudism written by rogue rabbis. [EXHIBIT Z KHAZAR KING BULAN CONVERSION 1, 2,3,]

138.    By decree, when King Bulan had all males circumcised, common sense tells us that act did not make them an ancestor of the biblical Judeans, nor a new race of people. They were still gentile Turks and Huns, only without foreskin. This conversion of Turks and Huns by the act of circumcision would eventually make them become known historically as Ashkenazi Jews; they were the world's first imposters that would become the world's first 'fake Jews." The fake jews spoke the national dialect of the Khazar Empire, known as Yiddish. The defendants will bear evidentiary witness that nearly every European relative of the defendants that immigrated to America or Zion Israel spoke Yiddish. Yiddish is an unbiblical language that was never fully discovered historically until around 900 AD.  The plaintiff declares the fake jews like to blur the lines between King Bulan and Yiddish. Fortunately, there is still enough history to validate that the defendants are from the original historical Yiddish-speaking imposters.

139.    A war broke out between the 10th and 13th centuries between the Khazar Empire, known as the Khazar Khaganate, and a small Slavic state on the south shore of the Gulf of Finland, which flows into the Baltic Sea. Varangians organized this small state from the Scandinavian peninsula on the opposite side of the Baltic Sea. The people were nomadic Slavs, and the area was about the size of Delaware. In less than 1000 years, this tiny nation expanded its borders and grew to be over 9,500,000 miles. It is called Russia. The Kievan Rus' ruler, Sviatoslav I of Kiev, and his allies conquered the capital, Atil, and ended Khazaria's independence. By the 13th century, after nearly 200 years, the Khazar empire from King Bulan completely disappeared. After the disappearance of the Khazar Empire, the land was absorbed by the Russian Empire. What remained were the Yiddish-speaking populations that were spread throughout Russia, Poland, Lithuania, Romania, and Austria. After nearly 300 years, the Khazar empire was no longer a thought in anyone's mind. Life circumstances drove Yiddish-speaking people throughout the world. Today, there are 42 different countries connected with ancestors who still speak Yiddish. Speaking Yiddish never had a religious ceremony implication, but history leads back to the Khazar Empires and the circumcision of 'Gentiles and their conversions to Talmudism.

140.    As recently as 2005, reports in Belgorod described a 13-meter-tall statue as depicting a Rus' cavalryman trampling a supine *Khazar bearing a Star of David*. There was a pushback by Yiddish-speaking fake jews. This is considered evidentiary historical by association because the Khazar Empire historically had become known as jewish. During the wars, the "fake gentile jews" ran away from the Kievan Rus' ruler, Sviatoslav I of Kiev. They ran into Lithuania, Germany, Poland, Hungary, France, and Spain and were scattered throughout Europe. Some remained in Kiev and the outlying areas of Poland and Russia. They

intermarried in these countries for over 900 years and did not speak Hebrew, they spoke Yiddish.

141.    The defendants, along with their employees in the United States and around the world, are not able to offer one shred of evidence from the bible or history that authenticates their ancestral lineage to the biblical Judeans. The declaration by the plaintiff continues asserting there is _not one_ individual among those people _the plaintiff labels_ as "fake gentile jews" throughout the world that can offer any evidential factual testimony that will be verified by birth records, bogus DNA analysis, or even by the practice of biblical circumcision, that they are descendants' of and ancestors of the biblical Judeans. The plaintiff continues that the defendants cannot prove they are the biblical ancestors that date back to Abraham or Moses in any manner. The plaintiff also maintains the defendants cannot offer the court any proof whatsoever that they are, or ever were, a collective historical race of people known as biblical jews in the entire bible.  The defendants are not a blood race of people, nor were the biblical Judeans a blood race of people. There is no such thing as a jew after the blood type of a man; there never has been and never will be. Abraham and his entire family were circumcised Arabs, as were Jacob and his family when they entered Egypt. Circumcision did not make any of them, especially Abraham, into a jew.

142.    The plaintiff claims the defendants cannot validate that the Babylonian or Jerusalem Talmud were books that the biblical Judeans read at any time in biblical history. The plaintiff asserts the defendants cannot offer any statement from the illicit ungodly Talmudic evil religion the defendants practice where God ever spoke directly to man, or 'his chosen people' collectively in the entire 5400 plus pages as; "thus saith the Lord your God" in the old

testament.  The entire Talmudic religion is filled with fake gentile imposters posing as rabbis [teachers] who spawned over 25 false messiahs and wrote from the unbiblical psychosis within their carnal minds. The plaintiff clearly states the defendants cannot offer the court any proof that the illicit Talmudic evil religion is 'spoken by God as was the Torah and the prophets.' The defendants will agree that the entire Old Testament is from God. The plaintiff will prove with biblical and historical evidence that the God of the Old and New Testaments *is not the God* the defendants serve. The fake imposter gentile GOYIM rabbis birthed the illicit Talmudic evil religion practiced by the fake jews about 500-650 years *after* the total destruction of Jerusalem in 70 A.D.   The plaintiff affirmatively states the evil Talmudic religion the defendants' practice was written in Babylon, Iraq. The evil Babylonian Talmud was not written anywhere within the nation of biblical Israel.  The unbiblical evil Talmud was written by ungodly men serving another God. The plaintiff asserts the defendants will embrace Deuteronomy 4:2: "Ye shall not add unto the word which I command you, neither shall ye diminish ought from it, that ye may keep the commandments of the Lord your God which I command you." However, the defendants' actions prove they do not follow the commandment. The plaintiff continues that the defendants know the Yiddish language and can produce factual evidence that their ancestors spoke Yiddish.

143.    The Plaintiff has a right to free speech in America, and that privilege is not restricted only to American issues or borders. All of the defendants use American free speech as a platform to speak openly on behalf of the murderous state of Zionist Israel.  The defendants openly swear total allegiance to the false state of the unbiblical illicit evil Talmudic religion practiced by Zionist Israel. Defendant CEO Johnathon Greenblatt's antizionism = antisemitism accusations reverberate throughout the world, labeling everyone who disagrees with his

illiterate, childlike understanding of humanity to be both a racist jew hater and Zionism Israel hater. The plaintiff unmistakably states that he is neither a hater of either, but the plaintiff understands distinctly where defamation of character and slander originate by the defendants. In this case before the court, the plaintiff has a right to expose constitutional free speech violations by the defendants and the right to expose the defendants' historical lies throughout their history.  Including their pro-Zionism Israel beliefs made in America. The defendants are fake gentile jews, as is the current President of bogus Zionist Israel, Benjamin Netanyahu, who declares that he is "an Ashkenazi Jew," which means Netanyahu is from a converted GOYIM gentile jew, an actual ancestor from the Khazar Empire of King Bulan's converted Turks and Huns to Talmudism. Netanyahu's father, known initially as Benzion Mileikowsky from Poland, altered their family surname to Netanyahu, a name he perceived as being "more Jewish."  The plaintiff has a life-altering mandate to stand and speak openly and reveal the truth about the so-called 'fake gentile Zionist jews' and the evils contained within the illicit unbiblical Talmudic religion practiced by the defendants and Benjamin Netanyahu. The plaintiff believes this naked exposure of the defendants has led to unspoken premeditated animosity, which the plaintiff believes to be physically dangerous. The plaintiff also believes because of the relationship between the defendants and Zionist Israel; there is a real threat of murderous possibilities by the secret government agencies of the demented murdering fake gentile jew polish imposter from Zionist Israel. The defendants openly embrace and defend nearly every action committed by Zionist Israel in America by promoting themselves as legitimate pro-Israel organizations while posing as the relatives of biblical Judeans in the bible. They are not those people. Admittedly the ADL cannot be a civil rights organization 501c(3) since they are operating as a manmade political arm in America as a religious defender of "fake jews in bogus Israel."

Therefore, the plaintiff has every right to explain, counterclaim, and expose the lying historical and biblical false narratives the defendants produce about themselves and Zion Israel.

144.    The FBI and the defendants label people, such as the plaintiff, who express these truthful facts will mark the plaintiff; as antisemitic, using hate speech against jews, calling Netanyahu a murderer, a war criminal; this person may be someone who would commit a hate crime the defendants will say. The defendants or the FBI filing or creating files on the plaintiff with the FBI or law enforcement at any level of government or state is considered by the plaintiff as an unrepairable assassination on the plaintiff's character without permission. Files that imply the plaintiff is under a "watch out for this guy catalog." Those who exercise free speech by a differing opinion from a known liar should not become a potential statistic. Nor should an illegal file created criminally on the plaintiff by the defendants' ever be passed to the FBI or law enforcement. The defendants are not the police, nor should any other religious origination have the same arrangement of delivering secret files with the private information of American citizens to the FBI.

145.    We need only look back in American history to understand the network of lies by defendants Bnai Brith and the ADL in an FBI memo exposing the defendants' actual relationships as spy partners, working together with the bogus Zion state of Israel. A March 31, 1993, FBI memo reveals ***"two persons, described as 'Israeli Generals' are in or are about to travel to Washington, D.C... the purpose of their travel is to try to visit the Attorney General to press for an end to the FBI's investigations...The FBI's investigations of these matters are causing a great deal of interference in the U.S. activities of the Anti-Defamation League...and so Israel is seeking to intercede on the ADL's behalf."***  In 1993, agents within the FBI were

still working with the defendants. Everything stopped. The names of the agents and investigations were never thoroughly investigated or made public. Case closed. [EXHIBIT A ONE FBI 1993 ADL SPYING]

146.     The defendant ADL has a history of blowing up the numbers in every incident they claim to be "antisemite," "antisemitic," and "antisemitism," using weaponized terms to label people as having racist hatred against jews. The numbers are manipulated and shared with the defendants across their networks to Zionist Israel. The defendants blow the numbers out of proportion throughout media outlets and pay for them by using some of the illicit funds they received by lying about their true identity on multiple government forms. Taxpayers funds the defendants received from every level of United States government agencies by intentionally lying when they apply to obtain taxpayer money illegally.

147.     There are nearly 8 million "fake Jews" in America.  Today, they advertise antisemitism and antizionism nearly everywhere. The ADL hopes to persuade the American public into believing there is a massive amount of jewish hatred since October 7, 2023. Now, this hatred is physically explosive on college campuses, or so the defendants claim.  According to FBI data, in 2022, there were 111 reported physical attacks on jews. This represents approximately 0.00001338 or *one attack* for every 72,072 individuals among the group filing complaints for various reasons. It's unclear if these attacks were all related to their right to practice their chosen religion or if other crimes like robbery were involved.

148.     FBI statistics indicate that among nearly 8 million Jews in America, there were only 817 reported antisemitic hate crimes in 2021, most of which were not prosecuted. This equates to 0.000102125 percent or roughly one incident for every 9,791 people. Moreover, there

were 109 antisemitic assaults reported in 2021, accounting for 0.000013625 out of 8 million people, or one assault for every 73,394 individuals. It is not specified whether each assault was motivated by antisemitism or other factors. Contrasting these figures, the ADL reported a higher count of 3,697 incidents in 2022, classified as harassment or crimes. This discrepancy might be due to the ADL recording various forms of expression, such as speeches at protests or statements by protesters. The FBI apparently found many incidents reported by the ADL that were *not significant enough* to pursue charges. However, even with the ADL's total reported numbers, at 0.000462125 or one incident for every 2,163 people, these figures represent some of the lowest crime rates against this population compared to other FBI crime rates nationwide. The plaintiff contends this is manipulation escalating societal fear by the defendants creating false narratives, making things appear more than they are from offended fake jews. The motive by the defendants is an effort to shut everyone up; it is not about protecting anyone; they want no one to say anything negative about a fake jew. The defendants' are trying to dictate societal silence about all things fake jew.

149.     The plaintiff affirms and will offer evidence that the defendants act together, obtaining and using U.S. citizens' taxpayer money it receives from government agencies. Money obtained with criminal foreknowledge, using fallacious mythical religious lies, hiding their true identity. Through the manipulative use of false religious narratives, they intend to entirely deceive Americans, American governments, and American law enforcement about who or what they are by lying on forms and their websites while publicly presenting themselves, claiming they are biblical Judeans. The defendants' are masters at working the American governmental money systems, effectively stealing American taxpayer money and buying

advertisements to persuade the American public opinion to back the false state of Zionist Israel as we watch Netanyahu destroy, pillage, plunder civilian homes, and murder innocent civilians.

150.     The defendant ADL argues people who do not believe in the establishment of Zionist Israel are anti-Zionist, which automatically makes the same person with another opinion an immediate antisemitic racist hater of jews. On May 2, 2022, long before the latest war began on October 7, 2023, the anti-defamation league defendant CEO, Jonathan Greenblatt, equated antizionism with antisemitism and said, "Its rhetoric runs the same risk of creating violent outcomes" during a speech at the organization's national leadership summit. It has not happened. Not even remotely. The plaintiff says the multiple terms used by the defendants' are false narratives fed into American society by the defendants for several reasons, as are the weaponized word terms the defendants use. The plaintiff's purpose is full exposure of every trick and false narrative used by the world's two imposters. The defendants' and Zionist Israel are one. As one, they inject society daily with the pus-filled pestilence of hatred and anger. By using American free speech as a cover, the defendants' intentionally inject numerous false narratives for the sole purpose of protecting a foreign entity and to mislead American citizens about the true identity of Zionist Israel. This action is about exposing intentional fraud by the defendants as imposters and identity thieves and the methods the defendants' use to deceive Americans and the world. What other reason would there be for defendant Greenblatt to equate antizionism to antisemitism other than to push that false narrative and use it as *racial guilt* to defend the murderous image of Zionist Israel? The plaintiff is labeled guilty by the defendants as a racist jew hater and an antizionism hater every time the defendants open their anti-defamation mouths.  [EXHIBIT B ONE ADL CEO Jonathan Greenblatt violent outcomes]

151.     The plaintiff's teachings expose how deeply intertwined the spiderweb of mendacities occurs between the 'fake jew' defendants and their secret spying anti-American relationship with Zionist Israel. The plaintiff contends this understanding is a necessity in understanding the operational fraudulent deceptions used by the defendants' to undermine the world's understanding of their false biblical identity while acting as agents for Zionist Israel. The Zionist imposters in the state of Israel do not have any constitutional civil rights in America that the Plaintiff is aware of; however, the defendants act as constant agents for Zionist Israel, defending them, swearing allegiance, while sabotaging truth with inescapable hate-filled racist narratives.  The plaintiff intends to offer proof of monetary exchanges between the defendants and Zionist Israel as evidence that American taxpayer money was obtained by filing false statements using imposter identity theft on government forms with foreknowledge the defendants knew they were frauds. The defendants' act and will admit before the court they have exchanged American taxpayer money with Zionist Israel and have received funds from Zionist Israel. American taxpayer money is being used by the defendants' to defend and protect the public reputation of Zionist Israel in America as the world watches the human barbarity; no one will say what they think, but the plaintiff realizes that 1200 people, if it was exactly 1200 [does not compare to over 40,000 murdered, 350,000 wounded and maimed and over 1.5 million people utterly homeless as Zionist Israel tries to kill a termite named Hamas. Zionist communists operating in the name of Adolf Netanyahu, a Yiddish-speaking fake gentile jew of Polish descent, are telling the world there will be no two-state solution. We are taking all of the land. The world needs only to examine the concentration camp brutality of Sde Teiman Prison Butchers.  The plaintiff has a right to expose the worldwide truth as an engagement response to

the defendants' because … the defendants' are not biblical Judeans, and they will openly admit to defending Zionist Israel policies publicly in America while using American taxpayer money.

152.     The plaintiff exposes a complete understanding of what the defendants know and do as defenders of hate and hate speech; they spread hatred, even among other fake jews, intentionally. ADL defendant CEO Jonathan Greenblatt knew that historically, the term anti-Zionist was first used by American 'fake gentile jews' who stood against the movement to establish Zionism and land theft. An American jewish organization in 1942, known as the American Council for Judaism, was the first jewish organization to stand against Zionist Israel and was anti-Zionist.  The American Council for Judaism still advocates that American Jews should distance themselves from the politics of Zionist Israel. The American Council for Judaism does not view the state of Israel as a universal jewish homeland because the Messiah must come first. The defendants also know that the American Council for Judaism also supported the "rehabilitation" of Palestine and did not support the occupation of the LAND by the political Zionistic state of Israel. There are millions of 'fake gentile jews' throughout the world that do not support the anti-Zionism views of the defendants.  Orthodox jews in America reject Zionist Israel without a messiah first and the newly manufactured versions of unbiblical Hebrew. Orthodox jews still speak Yiddish.

153.     The defendants operate in America as servants, swearing complete allegiance to Zion Israel and intertwining themselves together not only as a spy network across America, but the defendants are in an all-out war to manipulate the American social conscience. The plaintiff states the defendants' actions, by weaponizing the terms 'anti-Zionism' = 'antisemitism,' are intentionally inhibiting the constitutional rights of American free speech. The defendants are

un-American and manipulate society's conscience because any American speaking against the defendant's religious views is immediately labeled a racist jew hater and against Zionist Israel. Who wants to be classified as doing that?  The defendants collectively work together because of their organizational sizes, advertisements, illegal law enforcement influences, and the political influence of AIPAC, with 360 politicians receiving money. The defendants are manipulating the American social conscience throughout America by using manipulative weaponized word terms. The defendants operate in America with direct connections as pledged servants to the unsubstantiated, unbiblical, and unhistorical foundations of murdering land thieves, the "false Zionist Israel."

154. The defendants have deliberately committed a crime and a criminal act every time they spied on the private lives of the plaintiff or any American citizens. The collection of this information is a criminal act by the defendant ADL; the acceptance and the transference of that information to law enforcement is also a known criminal act by law enforcement, acting as if they do not know how the information was obtained under the color of law. All law enforcement agencies "working" with the ADL, especially the FBI, know with full actual working knowledge this is a crime against the plaintiff, American citizens, and a violent violation of the constitutional rights of every scrutinized American citizen because of the defendants' operating as spies in America, on behalf of Zionist Israel. The plaintiff asserts that there is not one explainable reason the defendants can offer the court why they feel it is necessary to spy on the private lives of American citizens and train law enforcement agencies. America has a police force.

155.    The defendants' actions are designed to crush and entrap the plaintiff's rights as an American citizen under the Constitution. Weaponized word terms convict everyone as a guilty racist without a trial.  The defendants' actions are evidence and have proven to be the chief proponents in the United States acting on behalf of and swearing full allegiance to the fraudulent Zionist state of Israel. The defendants' are always spreading lies worldwide to hide their true origins. The defendant ADL is the master puppet chosen to spy upon the American government and the private lives of American citizens and to find a way to infiltrate and train law enforcement at every level by "Zionist Israel."  The manner and the way the information is obtained about the plaintiff is by criminal acts committed tens of thousands of times on Americans for nearly 110 years by the defendants.

156.    In the defendant ADL Johnathan Greenblatts' own words: ***"For over 100 years, ADL has been a leader in identifying and calling out antisemitism and hate. An important part of our work is ensuring that law enforcement agencies and personnel at the local, state and federal levels understand the threats to vulnerable populations.  In order to do this effectively, ADL shares our resources and expertise on extremism.  In 2021 alone, ADL Center on Extremism (COE) provided law enforcement with critical intelligence about extremism over 1,300 times and tracked over 7,300 incidents of hate on our online, interactive H.E.A.T. map."*** [emphasis added] The plaintiff shouts from the bottom of his soul … that just the use of the term, *Center on Extremism,* by the defendants of a religious organization should send a strong message that 'we, the American people,' are dealing with an extremist religious organization. Who authorized this religious group of 'fake gentile jews' to influence and train U.S. law enforcement, as they swear complete religious allegiance to Zionist Israel? Admitting to the tracking of American citizens online, privately, and electronically? Any other religion

doing the same thing would result in a massive uproar from the American people. Wake Up! They are not biblical Judeans. They are world imposters. [EXHIBIT C ONE ADL HEAT MAP]

157.    Today, the plaintiff, a private American citizen whose constitutional rights have been violated by the ADL and shared with the FBI, seeks to obtain civil relief not only for himself but to open a door for every American citizen *found in defendants* ADL databases, heat maps, and the FBI databases, especially those names that were 'shared' with law enforcement directly found in the defendants' files across the nation, or files found, at any and every level, of governmental law enforcement agencies.

158.    The entwinement of the FBI, along with every city or state agency receiving private surveilled information from the defendant ADL, and all defendants', who "shared" in violation of the constitutional rights of the plaintiff under the First and Fourth Amendments, are culpable and considered criminal violations for adjudicated relief.  No warrant or court-ordered warrant where spying electronically or by physical surveillance has ever been issued to, or obtained by, any of the defendants'.  The actions of the defendants' are criminal violations and need to be fully exposed to the American people for possible civil actions against the defendants. The plaintiff requests a pathway whereby each and every defendant is dissolved from doing business in America. The defendants must be fully exposed to the American citizens for what they really are, a spy network operating at the behest of the Zionist Israel."  The defendant ADL is operating as a lying, false, not-for-profit Zionist United States religious fake gentile jew organization.

159.    The factual evidence and statements from the plaintiff.  ADL has 25 regional offices in the United States, including a Government Relations Office in Washington, DC, an

office in Zionist, Israel, and a staff in Europe.  The United States government must dissolve the defendant ADL once and for all. The criminal defendant ADL's spy network should never be considered the people's standard for replacing the investigative skills of the FBI or law enforcement.  The ADL are the same spies as were Julius and Ethel Rosenberg. The ADL is just as guilty, and the files collected on American citizens will become evidence against the ADL and the defendants by discovery. The defendants operate together at another level, way above Julius and Ethel Rosenberg, with much newer spying tools because for over 100 years, they sought to manipulate U.S. government officials, compromise U.S. law enforcement, steal taxpayer dollars by falsifying documents, and inject hate, and racial prejudiced into American and world societies every time they open their speaking anti-anything mouths. The defendant ADL is not a helpful snitch for the FBI or U.S. law enforcement; they are a rat, eating the constitutional rights of all American citizens.  The ADL, at best, is a bogus religious 'jewish' cop seeking to defend the "fake gentile jews" in America and the Zionist state of Israel.  The ADL will continue to do so and has done so since its beginning as an arm created for its purpose by Bnai Brith. They will defend Zionist Israel by any means necessary, including the use of criminal acts against everyone who disagrees or has another truthful, honest view of who or what is a real biblical Judean.  The defendants fear the plaintiff's revelations about them more than any other civil action.

160.     The defendant ADL presents itself and appears to operate in a legitimate quasi-governmental capacity and does so by appearing together with U.S. law enforcement in many venues across America. The plaintiff stipulates that this constant public appearance ultimately erodes the protections guaranteed to the American public in the First and Fourth Amendments of the U.S. Constitution because the religiously opinionated biased defendants always appear

with U.S. law enforcement. Leading and baiting the American citizens into thinking they are the real deal. The plaintiff's narrative stipulates and asks what would happen if a Baptist religious-based opinionated organization always appeared with U.S. law enforcement and trained them trying to pass Baptist laws that protected them from anyone who had another opinion about a Baptist. The ADL is not a legitimate quasi-governmental agent in any capacity and should not appear with or collect taxpayer money from government agencies or U.S. law enforcement. The ADL acts without a legal warrant and does so with criminal spying intentions each time they collect information that is shared with U.S. law enforcement. Each and every file the ADL or the defendants' have created on American citizens is with a premeditated antisemitic or antizionism racist motive. The defendants are not semitic in word origins, but they are Zionist in word terms.

161.   The ADL is accused by the plaintiff of attempting to suppress and silence the plaintiff, or anyone, particularly the non-Jewish American citizens. The plaintiff is an educated American citizen who speaks out against the imposter fake gentile jews and Zionist Israel as someone who understands the true origins of the defendants, and the threat they introduce to every level of the American government. The defendants and the ADL are characterized as American infiltrators by the plaintiff using 'civil rights' as a platform in an attempt to hide their true operations and identity.

162.   The plaintiff declares that if warrants of any kind appear to have been issued to the defendants' or the ADL, they would also be criminal violations by the issuing agency or court.

U.S. Code; Today Religious Freedom Restoration Act (RFRA).

§ 2000bb. Congressional findings and declaration of purposes

§ 2000bb–1. Free exercise of religion protected

§ 2000bb–2. Definitions

§ 2000bb–3. Applicability

§ 2000bb–4. Establishment clause unaffected

163.    The plaintiff continues with declarations exposing the defendants. The defendants' collectively represent a contentious spider web that works together, spreading biased racism and hatred among the races against American citizens as a religious organization. Multiple law enforcement agencies at every level within the United States government have also received training both in and by the bogus state of Zionist Israel. Baltimore law enforcement officials, along with hundreds of others from Florida, New Jersey, Pennsylvania, California, Arizona, Connecticut, New York, Massachusetts, North Carolina, Georgia, Washington State, as well as the DC Capitol police, have all traveled to Zionist Israel for training through the defendants, and especially the ADL the extended arm of the defendants. Thousands of law enforcement agencies have received training from Zionist Israeli officials here in the United States by the defendants.  Many of these trips are taxpayer-funded, while others are privately funded by the ADL.  Since 2002, the Anti-Defamation League, the American Jewish Committee's Project Interchange, and the Jewish Institute for National Security Affairs have paid for police chiefs, assistant chiefs, and captains to train in Zionist, Israel, and in the occupied Palestinian Territories. [EXHIBIT D ONE, TWO, THREE, TRAINING American Police by Israel]

164.     The plaintiff declares and must ask, what is the definition of a spyder webbed network that is full of counterfeit bogus religious spies from the government of Zionist Israel seeking to accomplish in America? As the plaintiff has already proven, the defendants are historical and biblical identity thieves acting imposters. We find the defendants impersonating themselves as civil rights groups, with tax-free status as a not-for-profit 501c(3). What are the defendants' trying to accomplish by training all U.S. law enforcement agencies while criminally spying without warrants on the plaintiff and American citizens? The defendant ADL CEO Johnathan Greenblatt has factual evidence that the defendant facilitates the training of U.S. law enforcement in the USA and Zionist Israel. The Anti-Defamation League CEO, Jonathan Greenblatt, sparked controversy in 2022 when he placed 'opposition to Zionist Israel' on the same par, using *white supremacy* as a source of antisemitism. "Anti-Zionism is antisemitism," Greenblatt said in a speech to ADL leaders. Recently, he singled out Students for Justice in Palestine and Jewish Voice for Peace as groups that Greenblatt says, "epitomize the Radical Left, the inverse of the Extreme Right that ADL *has longed tracked*." His remarks not only upset grassroots activists and Jewish groups critical of Zionist Israeli policy but also set off a firestorm within the Jewish advocacy groups.

165.     As The Guardian reported, internal communications within the ADL reveal significant discontent among some ADL staff members over the disparity between CEO Jonathan Greenblatt's public statements and the organization's findings. A senior manager at the ADL's Center on Extremism expressed frustration in a message to over 550 colleagues on Slack, criticizing the comparison of white supremacists and insurrectionists with those expressing anti-Israel views. This comparison was labeled as intellectually dishonest and harmful to the ADL's reputation in extremism expertise. This sentiment was echoed by others,

including a seasoned extremism researcher who pointed out the inconsistency of such comparisons with the data they had observed, also highlighting the potential reputational and societal consequences. These internal disagreements within the ADL may shed light on why the plaintiff, Biblical Historian and Church Reformer Rick Johnston, harbors serious concerns for his family and personal safety. Historically and biblically, proving the defendants are not the biblical Judeans is dangerous territory when the murderous history by fake jews is fully understood. The plaintiff's efforts to expose what he sees as spies, liars, "fake gentile jews," identity thieves, world imposters, and false definitions of biblical Zionism are likened to the risks of challenging a dangerous organization, reminiscent of the saying, "If you can't stop the message, kill the messenger." The defendants, and especially the ADL, are fanatical religious organizations with one obvious purpose: to defend Zionist Israel right or wrong.

166.    United States Law enforcement training by the ADL clearly shows the influential spying connection within Zionist Israel.  The defendants realized the benefits of spying as they invested millions of dollars in training U.S. law enforcement nationwide. The biased influence purchased the defendants' ways to introduce new laws protecting fake jews and speech against Zionist Israel. The recent Florida Senate Bill 148 2024 clearly demonstrates the fake jews efforts to control the narrative and attempts to control free speech in America. While bill #148 is not part of this action, it will soon be part of another action filed by the plaintiff.  The plaintiff must ask again, how did this happen, who was asleep at the wheel, why didn't anyone ask why, and why didn't anyone spot the defendant's motives?  The defendants' know they purchased influence with U.S. law enforcement by propagandizing sympathy. 'Sympathies' to help defend the poor persecuted jews, jewish struggles, and take a look at these people officer, they oppose Zionist Israel, our homeland. The plaintiff will offer evidence that

thousands of FBI and law enforcement agencies begin training at a religious holocaust museum. Why not in Rome, Italy, by observing the historical atrocities of Catholisum with 300 plus million murders and God knows how many child molestations?

167.    The Baltimore police and other U.S. law enforcement employees trained by the Israeli military, security, and police systems know that Zionist Israel has racked up documented human rights violations for decades. Amnesty International and other human rights organizations, including the U.S. Department of State, have cited Israeli police for carrying out extrajudicial executions and other unlawful killings, using excessive force and torture (even against children), suppressing freedom of expression/association, including through government surveillance, and excessive use of force against peaceful protesters. Some U.S. law enforcement agencies Bill Ayub, the Ventura County sheriff in California, who went to Israel for an ADL training in 2017, noted that he had been shocked to learn how Israeli officers used force during arrests: "We'd be in jail if we did something like that here," he said.

168.    Since the early 2000s, thousands of U.S. police officers, sheriffs, border patrol agents, ICE officers, and FBI agents have trained with Israeli military and police forces, with estimates of over 120,000 law enforcement training. The ADL's National Counter-Terrorism Seminar (NCTS) took U.S. law enforcement agents to visit checkpoints and military prisons and introduced them to Israeli officials at other sites of apartheid and racial profiling, such as the illegal settlement in Hebron and Ben Gurion airport. What are the defendants' trying to accomplish by operating under the name of a National Counter-Terrorism Seminar? The defendant ADL is not and never has been a civil rights organization.

**169.**    Evidence: The ADL made sure the training included racial profiling and apartheid discrimination based on race. Those facts will openly be admitted by the defendant ADL, and law enforcement who were trained will also be offered as evidence by the plaintiff. This factual evidence will completely prove the plaintiff's evidence and previous evidence that validates overwhelming the defendant. ADL is not a civil rights organization. The plaintiff requests the ADL be dissolved for illicit lying, public deceptions, criminal spying, coverup, and an imposter, as a false civil rights defender. The defendant ADL publicly dismissed the factual truth about training American law enforcement in apartheid and racial profiling in Zionist Israel. The ADL, in the summer of 2020, called the training of American Law enforcement <u>an American problem</u>. Please read the full response carefully. ADL member George Selim told the Jewish Voice for Peace. "Seeking to link Israel as a state to US police misconduct is a bizarre excuse for the centuries-long history of racism and injustice that has been part of American history, really since our founding," George Selim used the phrase "really since our founding." He is as un-American as every fake jew can get, deflecting a lie like a slick politician. Mr. George Selim works for the defendant and professional liar ADL CEO Johnathan Greenblatt, who taught him everything he needs to know about lying. Read Mr. George Selim's job description on the defendant's ADL website. "As Chief of Staff and SVP of Public Affairs, George Selim serves as a key advisor to the CEO, directs the operations of the Office of the CEO, and oversees the Leadership, Communications, Digital, Security, <u>& Law Enforcement teams.</u> George also provides *a critical external voice* for ADL *to policymakers and the press, particularly on topics of national security, civil liberties, and public policy.*" The plaintiff includes the job description and George Selim's credentials as evidence of the expanded law

enforcement roles of the defendants'. Under oath, Mr. George Selim will be a valuable evidentiary asset validating the plaintiff's claims to the court.

170.    Plaintiff witness Seth Hyman, a lawyer in Orlando, Florida, a member of the ADL, posted a video on the Orlando Jewish Federation Of North America and The Roth Family's website. In an interview with the plaintiff's witness, Eric Ross, an ADL executive over the southern division, stated, "We train over 15,000 law enforcement agents every year and have ways to collect information. Often, we inform law enforcement about someone with the information we collect. We have many ways to gather information that I cannot talk about." What secret information is the ADL regional director Eric Ross gathering as a counterfeit spy, and why can't he talk about the methods he uses? Did Mr. Ross obtain a legal warrant? Eric Ross represents himself as a part of a civil rights group with a tax-free status as a not-for-profit 501c(3) and admits that he is involved in the training of U.S. law enforcement in the United States and in Zionist Israel. The plaintiff realizes, as a former pastor, that if any religious church did what the defendants have committed on multiple criminal levels, the church's status would be revoked by the IRS immediately. A church can lose its status for being politically active, endorsing candidates, much less for being caught training US law enforcement from the perspective and benefit of the church's biased religious viewpoints. The plaintiff contends that defendant ADL is not and never has been a real civil rights organization.  The ADL scales are slanted in defense of fake gentile jews and Zionist Israel ten to one.  The defendants' need to be removed from American society because of criminal activity. If it has not been removed. [Exhibit LINK  https://www.youtube.com/watch?v=aOpNPznOEkE  Video about 17 min.

171.    Evidence. New York City (March 17, 2022) Articles published by The Guardian and Jewish Currents reveal a draft memo addressed to Anti-Defamation League CEO Jonathan Greenblatt, written during the height of the Black-led uprisings in June 2020 sparked by the police murder of George Floyd. Entitled "Law Enforcement Trainings in Israel" and authored by senior staff at the defendant ADL, the document details how the ADL, one of the main facilitators of police exchanges between the U.S. and Zionist Israel, was forced to acknowledge that its exchange program helped militarize U.S. police and harm communities of color. [EXHIBIT E ONE LAW ENFORCEMENT TRAINING Deadly-Exchange-Report]

172.    The FBI's codependent relationship with the defendant ADL and law enforcement began before J. Edgar Hoover. Today, the FBI more than amply acknowledges the established continued relationship between the FBI and the ADL.  Love letters, in the sand of time. The plaintiff expresses that the present relationship between the FBI and the ADL is so dark, deep, and secret that any investigation opened by the FBI into the defendant ADL's past relations with the FBI would immediately become an "instant suspected criminal" coverup by the FBI.  Even a congressional investigation would fail because most senators and congressmen have taken monetary bribes from The American Israel Public Affairs Committee. (AIPAC) The defendants work together as spying criminal termites for Zionist Israel, whose long-term objective is to eat away at the foundations of America through law enforcement and politicians. The imposters seek to control America eventually as blood-sucking ticks on a dog. [EXHIBIT COMPRESSED FBI FILES ADL HISTORICAL SPIES]

173.    The plaintiff repeats for a specific reason. In a May 10, 2022, meeting, defendant ADL CEO Johnathan Greenblatt stressed in his address to his staff, "The ADL is a Zionist

organization. We will never apologize for this. This fact will never change." While the plaintiff recognizes anyone's right to free speech. The defendant, ADL CEO Johnathan Greenblatt, claimed that "the ADL is a Zionist organization." This declaration has only one interpretation; the defendants' all openly agree with defendant ADL CEO Johnathan Greenblatt, making by definition a statement that every defendant is an absolute extension of the Zionist government of Israel. Zionism, as the entire world understands the term, is only reflective of Zionist Israel. The plaintiff reiterates that Zionist Israel is the only unbiblical foreign religious entity in the world claiming and practicing mystical Talmudic Zionism, a religion of the defendants used to murder people and steal land. Defendant ADL CEO Johnathan Greenblatt has made it very clear that ADL is not about equal or civil rights by his Zionistic statements. The plaintiff asserts the defendants' and the ADL use civil rights as a lying professional coverup.

174.    The defendants' are "fake gentile jews," defending fake gentile jews in America and Zionist Israel. The defendants, through covert acts, conceal themselves by using historical identity theft as world imposters, claiming they are the actual biblical Judeans. The defendants are spending massive amounts of U.S. taxpayer money obtained by deception as they constantly defend the image of the evil Talmudic religious counterfeit in Zionistic Israel. For more than a century, this deceptive force of fake jews has eroded the foundations of law enforcement in America, manipulating these agencies to serve the hidden agenda of the defendants' and the ADL into purportedly protecting the image of the fraudulent murderous state of Zion Israel.

175.    In 2016, the ADL supported amending federal civil rights law to employ a controversial definition of antisemitism. A definition that would also have condemned some forms of *criticism* against Zionist Israel. This change that many of the defendants ADL

organization's own 'Civil Rights Division' and those employees opposed the definition as unconstitutional. These acts by the ADL were purely again another attempt to silence anyone's free speech who would expose and speak out against the real origin of the "fake jews" and the bogus Zionist state of Israel. The defendants' were attempting to increase the 'definition into law' of the weaponized word terms. The terms could have made anyone who has a different educated view of the "fake jews" and would have increased the chances of files being viewed when shared by the defendants' with law enforcement. This will have led to an increase in the number of files created by the defendants, which would lead to more files received and documented by law enforcement on the plaintiff and innocent citizens who were exercising their constitutional rights.  The terms were blown way out of proportion by the defendants because the actual physical crimes against "fake Jews" are among the lowest crime statistics in the nation.

176.     The relationship between the FBI as a U.S. governmental agency and defendant ADL as a private religious institution is known by the preponderance of evidence. Together, the FBI and local Law enforcement have shared the private information of the plaintiff and American citizens that was obtained illegally by covert acts of spying, and the defendants shared said information with the FBI and law enforcement. The plaintiff identifies there is massive factual evidence of these criminal actions by the defendants and the illegal, deep-rooted, influential, unconstitutional relationship as a 'friend' of the FBI. The plaintiff clearly comprehends that the transference of files between law enforcement and the religious defendants is evidence. The plaintiff has and will offer evidence substantiating that the defendants are a religiously motivated organization.  Each time the defendants shared information with the FBI, the FBI operated with the full foreknowledge that the information

obtained 'from their little buddy in the love letter' was obtained by criminal actions on the part of the defendants and the ADL. The training of U.S. governmental law enforcement at any level by the defendants and the ADL indicates that the defendants have operated as an extended arm of the U.S. government, operating under what appears to be the capacity under the color of law, as a quasi-legal arm of the United States government. The defendants appear as an official or operating in the official capacity as a quasi-legal arm of a government agency, an arm that is responsible for training American law enforcement agencies across the United States and Zionist Israel. The plaintiff contends these actions by the defendants are filled with numerous constitutional violations and criminal legal issues that the founding fathers forbid. The sheer idiocy of allowing a Zionist foreign religious agent from another country to train U.S. governmental law enforcement is completely constitutionally incomprehensible. The plaintiff requests the full dismantling of the defendants' spiderwebs of lies entwined in every level of U.S. government agencies, including Congress and the Office of the President.

177.    The activities of the defendants and the ADL appearing to operate before the American public as an approved agency is an intentional deception. Such a presentation before the American citizens has happened numerous times, and that appearance is misleading to the public. The ADL is not a legal quasi-arm of the United States government but appears to the public as one. The plaintiff argues this is yet another false identity created by the imposter defendants. The plaintiff will offer evidence that most American citizens believed the defendants were or are acting as an arm of government agents. Some law enforcement officers were duped by the defendants as if they were partners fighting against hate together. The defendants and law enforcement officers both operated illegally under the color of law. Law enforcement was operating under the color of law illegally; every time a file was received from

the ADL on a private citizen, law enforcement knew the information contained in the file was obtained by the defendants by covert acts of spying illegally, without a court-ordered warrant.

178.     The plaintiff will offer evidence that the defendants' statements made to the American public are used to protect themselves and provide an appearance publicly as if the defendants are working as a legal entity together with law enforcement and they are providing a defense of the United States Constitution. The defendants seek to destroy the United States Constitution.    Listen to the trickery as the defendant ADL defines its relationship with law enforcement. The ADL states that it "works with law enforcement in *assisting them* with the *protection of people* and communities from hate and extremism – both online and on the ground; **Increasing** their understanding [law enforcement] of their relationship with the communities they serve, and the critical importance of their role as *guardians* of the Constitution and the individual rights and liberties that are key to the success of our democracy; and *providing them* with information and education to address emerging extremist threats, *both on and offline*." The plaintiff is clearly disturbed by this statement and enlightened that a fake civil rights group would publicly morph itself into a police snake in plain sight.  Yes, the plaintiff asserts to the court this is part of the full exposure of who and what the defendants are attempting to do in America. Infiltration into governments historically has been the motive of the defendants', beginning with the Bolshevik revolution in Russia in 1917, when the fake gentile jews from the Khazar empire of King Bulan introduced communism into the world, as we will see.   Every United States law enforcement officer needs to read this snake's job description. The defendant fake jews speak as if the United States law enforcement officers are stupid idiots who don't understand their purpose.   The plaintiff will offer evidence from expert witnesses that, according to the defendant's ADL statements, they sound like and project themselves as a quasi-

government agency that is intertwined with law enforcement. The plaintiff must ask the defendants' again why they think law enforcement in America really needs to be reminded by the defendant ADL "to protect the constitutional individual rights and liberties of American citizens." The plaintiff repeats that defendant ADL does everything to pervert rather than protect the constitutional rights of American citizens; they are spies for Zionist Israel who declare themselves to be Zionist defenders in America. The defendants cannot offer any legal document that authorizes them to protect Americans and their constitutional rights, especially by a snake that morphed into a jewish police force. We must remember the defendants are not the ancestors of real biblical Judeans. [Antizionism is antisemitism.] The ADL is a religious spy for Zionist Israel, and the ADL is used for training U.S. Law enforcement to influence them with Zionistic beliefs to protect the image of murderous land thieving Zionist Israel.  U.S. Law enforcement, without any understanding of the term Zionism, has been taught to think that antizionism means the plaintiff is a bad person, a jew hater, someone who is against Israel, maybe a white supremacist full of hate.  This is what the defendants have accomplished. Meanwhile, the defendant, AIPAC, at the same time, influences 360 Washington politicians with big money. The defendants' infiltrate American Government at any cost to purchase 'influence.'

179.    This pattern and history of spying by defendants, who all pledge their full allegiance to Zionist Israel, puts the defendants front and center. While claiming to be American Citizens, at the same time, the defendants' are solidly anti-American. [The 'Fake Gentile Jews' Are The Benedict Arnolds of America.] Telling Americans that they can rest peacefully, the defendants' are busy defending the Constitution and our democracy, watching over our neighborhoods, and telling U.S. law enforcement how and what they should be doing fighting

against hate. Recently a fake jew named Shabbos Kestenbaum said at the RNC Convention that "Jewish values are American values, and American values are jewish values." No bigger lie can be told. The defendants' are a spy network of illegal criminals operating illegal criminal surveillance on U.S. citizens and the American government. The plaintiff contends the spying and data gathering by the ADL on groups and individuals must be stopped immediately. Discovery will produce massive evidence and enough illegal files obtained from spying by the defendants that will fill a courtroom with clear evidentiary facts. The plaintiff expresses to the court the defendants will fight like rabid dogs to stop discovery and depositions of any kind; what are the defendants trying to hide? The plaintiff has overwhelming witnesses, expert witnesses, and videotapes that will be clear evidence. Every stipulation made by the plaintiff against the defendants' in this document is evidence.

180.    A 1990 ADL Report entitled; "The Campaign to Manipulate Public Opinion: [a discoverable report] was an ADL study on how to package words or in other words, the defendant ADL wanted to express and use words as weapons against people on a larger scale who had another view about jews or Zionist Israel. They began to weaponize the terms "anti-Semite," "anti-Semitic," and "antisemitism," increasing the use and 'tracking' antisemitic behaviors in the general public. The real motive for the development was to completely erode the free speech protections guaranteed to the American public in the First Amendment of the U.S. Constitution. The ADL sought to use the word terms "anti-Semite," "anti-Semitic," and "antisemitism" as hardened weaponized racist words and to disembowel the right of every non-Jewish American citizen, to speak the truth about fake jews and Zionist Israel. The plaintiff states there is no other purpose: *What other benefit or purpose would the use of the defendants' hardened weaponized word terms have, or what purpose do they serve?* Protection? The ADL's

motive was to shut the mouths of anyone that does not agree with the ADL's jewish views; the intended purpose was to drive fear into the American public, making them afraid to say anything anti-Jewish or anti-Zionism publicly. Who wants to be called a jew racist? The same is true today as the ADL attempts to silence anyone by equating anti-Zionism with anti-Semitism. It is another clear tactic to silence criticism of any kind by the ADL defending the Zionistic government in Israel. The defendants seek to control every aspect of free speech and control the entire narrative as they drive fear into society, to shut the mouths of anyone who holds another view of fake jews and Zionism.

181.    Defendant ADL knows that falsely labeling the plaintiff as "anti-Semitic" is a "trick" used to manipulate, punish, and cause others to stay away from the plaintiff, labeling the plaintiff as a jew hater automatically with weaponized incitement words. The defendants, for decades, have taught the FBI and U.S. law enforcement at every level to use the weaponized word terms [anti] against innocent American citizens. Americans who never knew the ADL spied upon them.  The ADL re-enforces fear and intimidation in society by turning files it collected criminally on the plaintiff and private citizens and giving those illegal secret files to law enforcement. A visit by law enforcement questioning anyone about 'antisemitic or antizionism' anything is considered by the plaintiff to be the end result of intentional, willful acts of malice with intended foreknowledge by the defendants. The plaintiff and American citizens have a right to oppose and expose who and what the defendants really are; they are 'fake jews,' operating as spies, living in America, while they defend the religious murderous image of Zionist Israel. The defendants know they are fraudulent citizens of the world because they know they are imposters, grave robbers, identity thieves, and counterfeits, attempting to

deceive the world by claiming they are the ancestors of the original biblical Judeans who are dead and gone.  They are not Judeans, and they are liars.

182.     While claiming to be ancestors of the biblical Judeans, the defendants' do not practice a biblical religion. The term Judaism was created and is used by the defendants', but it is not a word used in the bible or the name of a religion found in the bible. The plaintiff will offer evidence from the defendant's websites and the testimony of rabbis; even the defendants will offer evidence admitting that they practice an unbiblical religion. A religion known by the plaintiff and expert biblical scholars is called Talmudism. The Talmud was not written in biblical Israel, not within Judea, or by anyone from the tribe of Juda. The Talmud is not found in the biblical Old or New Testaments. The Talmud was not written by anyone whose name appears in the entire Old and New Testaments. There is no mention of the Babylonian Talmud as being 'acceptable as scripture' by biblical scholars throughout the world, nor is there any record of 'God speaking to anyone in the Talmud' in the same manner as God did throughout the Old Testament. The defendants serve an unbiblical godless Talmud written in Babylon, Iraq, by esoterically uneducated men who follow mysticism, spiritualism, alternative healing practices, sexually deviant practices, secret societies, and conspiracy theories. The Babylonian Talmud was written in Aramaic because none of the ethereal counterfeit fake rabbis knew how to speak Hebrew.  The plaintiff's manner of speaking and his definition of the Babylonian Talmud is 100% correct because the defendants cannot prove that the plaintiff has made a single incorrect statement about the Talmud. It is the plaintiff's prerogative to include a full demonstration and proclamation about the Talmudic religion the defendants practice because it exposes them not to be related to the biblical Judeans in any manner. Not by race, not by blood,

not by religion, not by semitic language: the defendants' are not found in the bible  [Exhibit F One The Babylonian TALMUD]

183.    The evils found in the Babylonian Talmud are not a small issue for the defendants. It is another defining issue by the plaintiff that exposes the defendants' world hatred of anything or anyone who is not considered jewish. Just as the Zionism concept had a Yiddish problem, the defendants are aware that so-called 'jewish scholars' are attempting to *remove* the original evil, hateful language written throughout the Babylonian Talmud. Seeking truth and clarity, the plaintiff will state the obvious: God does not need to remove or rewrite anything if it truly originated from God. The Babylonian Talmud contains pornographic evils, everything from sex with minors, gentiles are stupid and are like having sex with animals, to boiling Christ Jesus in mud, killing Jesus on Passover by hanging him, and he was born by adultery. The weaponized word terms developed by the defendants' are from the Zionist communist world domination mindsets, contained in two fake gentile jew books. The first book is the unbiblical Babylonian Talmudism, and the second book is a very secret book that exposes to the world the secret methods that are used by the innermost circle of the Zionist Elders and what jews must do to take over the world. It is a scary read. The book was released in 1907 by Sergei Nilus, a Russian, entitled The 'Protocols' of the Learned Elders Of Zion. A book most feared by the defendants' and the one book they seek to discredit more than any other book. [EXHIBIT G ONE PROTOCOLS OF LEARNED ELDERS OF ZION plaintiffs website]

184.    The plaintiff quotes from the FBI files [exhibit attached] translated by Victor E. Marsden. "The word 'Protocols,' which means *the minutes of proceedings* of the Learned Elders Of Zion, [lucifers pawns] addresses the innermost circle of the Rulers of Zion." An original

copy of the book is on file in the Imperial War Museum in the U.K. The book was republished again in 1917, fueling outrage across Europe during WWI and the beginning of the fake jews and their Zionist communist Bolshevik revolution in Russia 1917. [EXHIBIT H ONE FBI 1949 PROTOCOLS OF LEARNED ELDERS OF ZION]

185.    The German Karl Marx was a generational jew. His father was a jew, and both of his grandfathers were rabbis. If anyone was a jew, Karl Marx and his family were 100% for at least five generations as Yiddish-speaking Ashkenazi jews from the gentile conversion by King Bulan of the Khazars Empire. His daughter learned Yiddish to help jews in London. Marx introduced the philosophies of communism to the world in his pamphlet, the Communist Manifesto, in 1848. The defendant, 'fake jews,' deny Karl Marks and his total jewish history because his father, at one point, converted to Christianity to hide his identity. Marks was thrown under the 'bus of jewish history' in vain attempts to hide Marx as being a jew and denying his communist jewish roots. The Great American Henry Ford: after reading The 'Protocols' of the Learned Elders Of Zion, he began to expose the true facts contained in the secret document about how jews had the plan to take over the world. The fake jews trashed the Honorable Henry Ford, making him the world's biggest antisemitic jewish target in the world. All because Mr. Ford had a different truthful opinion other than what the defendants' had about themselves. The plaintiff asseverates that factual historical events will provide pure evidentiary truth to the court, which will validate the plaintiff's original assertions that the defendants cannot be ancestors of the biblical Judeans. The plaintiff will seek evidence and validation from the defendants for any scriptural context that the defendants can provide anywhere in the bible or history where the 'chosen children of God' were instructed by God, or a prophet from God, where God's children

were to be first people in establishing world communism.  [EXHIBIT J JEWS HATE HENRY FORD AND PROTOCOLS]

186.    The plaintiff's factual, historical exposures of the defendants are needful and purposeful. The plaintiff will prove by evidence that the defendants and their ancestors were the people who established communism in many world governments, especially attempts in the United States Government. By a landslide, the defendants, working together through their religious Talmudic connections, had more spies historically betraying the American Government than any other group of people in the world. Spies that included supreme court judges and atom bomb spies.  The defendant Bnai Brith claims they were established on October 18, 1843, on the Lower East Side of New York City, by 12 beer-drinking Yiddish-speaking jews from Germany. Bnai Brith hides the names of the original 12 founders. Bnai Brith was formed in the same manner as the secret society of Freemasons, using mysterious oaths with levels of brotherhood. If Bnai Brith were a candidate for the authorship of the Protocols of the Learned Elders of Zion, the plaintiff would pick them immediately, simply because of the extreme secret order of Bnai Brith hiding true intent behind insurance to poor jews.  The defendant ADL was formed by defendant Bnai Brith in 1913. The ADL was used to infiltrate Law enforcement and immediately became a United States spy agency for Zionism.  This evidentiary factual history is understood in the 1947 Bnai Brith – Anti Defamation League Pamphlet describing the size and scope of human spying by the defendants, already established in America by 1947.

187.    Karl Marx was a German jew who introduced the philosophies of communism, but it never got off the ground on any large scale. It would be the Yiddish-speaking Russian

jews who would be the first people in the world that would implement a communist government into the world in 1917. This new Russian communist jewish government became known throughout history as the Bolshevik Revolution. The first law passed after the fake jew communists confiscated power in Russia, anti-Semitism, immediately became a crime punishable by death. Historical fact. A jew named Leon Bronstein (Trotsky) became the Supreme Commander of the Soviet Red Army appointed by Lenin, who was also a jew. The wealthiest Jewish banker in the world at that time, Jacob Schiff, of Kuhn Loeb, an investment bank in New York City, met with Trotsky on the Lower East Side of New York, and he agreed to give Trotsky and Lenin $20 million to overthrow the Czars and establish the communist Soviet tyranny. Trotsky took over 100 Yiddish-speaking Lower East Side, New York jews back to Russia, putting most of them in strategic positions in the new murderous communist Russian government. A historical fact that is no longer a secret but clear evidence. Communism and Zionism have the same common goal —domination of the world. Both work together, planning for the day when the "chosen race" shall "inherit the earth.

188.     September 19, 1918, The Overman Report to the Senate quoted testimony saying that of the 388 members of the communist Bolshevik central government, with headquarters in St. Petersburg (also called Leningrad), **371** were Jews, one was "a Negro from America who called himself Professor Gordon" and only **16** were "real Russians." The Jewish Butchers who infiltrated and conquered the Russian government were the first to install communism as a world government; in so doing, they murdered over 60 million people, mostly Christians. Times in London on April 13, 1923, said: "Already twenty-eight bishops and twelve hundred priests of the Russian Holy Orthodox Church have been sacrificed to the Bolshevik Jewish hatred of the Christian Faith."  Some modern historians estimate that upwards of 80

million persons were murdered under communist rule in Russia, many of them directly at the hands of jews by the order of Jewish Communist secret police bosses using execution, starvation, assassination, and the Gulag slave labor prisons. Massive executions by starvation occurred against men, women, and children in the Ukraine. Why this is relevant: the plaintiff's lawsuit has every right to expose the full history of the defendants as Zionist liars, Unbiblical Talmudists, and the first perpetrators introducing world communism into a working government. The defendants' are imposters with a hidden world agenda. The World Zionist Organization in Israel clearly states: "The three major streams of world Judaism are (Orthodox, Conservative, Reform), The World Zionist Organization in Israel also recognizes a delegation from the "CIS – Commonwealth of Independent States the former Soviet Union". [EXHIBIT K ONE WORLD PROOF JEWS INTRODUCED COMMUNISM]

189.    The 'Protocols' of the Learned Elders Of Zion and the evil Talmud are considered to be the societal communist documents of the defendants. The plaintiff states both books are denied by and worshipped by the defendants. An honest **warning** from the plaintiff … Reading The 'Protocols' of the Learned Elders Of Zion has caused many readers to sense the deep darkness of the book and leaves little doubt as to whom the book is speaking and the intentions. Just reading the book can be troubling to the soul. There are only 24 protocols written by the Learned Elders Of Zion. It is the most denied book by fake gentile jews in the world today. One reading by Henry Ford made him stand up and speak out. The plaintiff has every right to expose the evil religion of unbiblical Talmudism and the Protocols of the Learned Elders Of Zion because the defendants are the fruitful descendants of both books that gave birth to world Zionist communism. The new mask for communism is called social democracy. Soon the term will become weaponized.

190.    The plaintiff speaks openly about Zionism, fake jews, and Israel because the defendants speak about Zionism, fake jews, and Israel publicly in America, with false declarations and antizionism narratives promoting Zionism on their websites.  The defendants' every statement about their religious entitlements is a lie, made up by the world's religious imposters promoting Zionism in America as their right to steal land. It is not the defendants' homeland; they have no rights of self-determination because they are not the relatives of biblical Judeans. Every defendant cannot prove to this court or any world court, nor can they prove or offer any verifiable evidence that they are a race of people. The defendants are rejected nomads by God, false liars, and unbiblical fake jews with a satanic world purpose. A purpose that the plaintiff will reveal.

191.    Biblical Historian and Church Reformer Rick Johnston is not ANTI anything. He has one commanded purpose, and that is to tell the world the truth about the imposters and their purpose. The plaintiff is not, as the defendants claim him to be "anti-Semitic." The plaintiff clearly testifies it is an impossibility for the plaintiff to be 'antisemitic' because, in over 40 years of study and travel, the plaintiff has never found *one original biblical* Semitic Jew from the Old or New Testaments alive today.  The defendants are cheap forgeries of the original biblical jews.

192.    The defendants' and their followers cannot prove by birth certificates, not by DNA theories, not by wild unprovable, lying, fake jewish *diaspora* claims they are Semitic jews. The defendants cannot prove by the physical act of circumcision that they are the real Judeans from the bible. They cannot prove they are a "race of people" or a "group of people chosen" by God. Their DNA lies created in Zion Israel reveals how desperate they are.  The

defendants' test all over the world map because they have bred with every race of people for over 1500 years. They are even looking for common DNA diseases throughout world history that would validate them as biblical Judeans. Oddly they tested positive for the same diseases as the Ashkenazi jews from the empire of King Bulan of the Turks and Huns. To dispel the defendants' quest for biblical legitimacy or racial identity, the plaintiff asserts that the real biblical Judeans were also *not a race* of people. The plaintiff declares that every biblical scholar in the entire world will hermeneutically agree *there were no biblical Judeans, who were a race of jews*. In all of biblical history, God never made a covenant with anyone based on the blood type of a man. Especially the blood type of defendant ADL CEO Johnathan Greenblatt, a family full of Yiddish-speaking fake jews. [EXHIBIT L ONE DNA TESTED POSITIVE KHAZAR]

193.    The defendants' will agree with the plaintiff publicly before the court and falsely claim that their biblical lineage traces all the way back to Abraham, as mentioned in Genesis Chapter 11. Abraham and his wife Sarah originated from Ur of the Chaldees, located in what we know as present-day Iraq. According to all biblical and historical accounts, Abraham was an uncircumcised "Gentile Arab" from Iraq when he first encountered God. Abraham and his entire family were Arabs, including Ishmael, Issac, Jacob, and Esau.  At the age of 99, Abraham sealed a covenant with God by the act of physical circumcision. That act of circumcision did not make Abraham a "new race" of people or turn him into a jew. Abraham was still just a circumcised 'gentile Arab' from Iraq with a mark on his flesh because of God's covenant requirements to Abraham.

194.    The plaintiff offers simple factual evidence and understanding that will destroy every biblical lie the defendants have spoken about their false claims of a biblical identity. The

defendants cannot offer any cogent evidence that the following biblical historical truths contain a single lie. Think about the simple facts. Biblically, the entire world was created by God from one "gentile" gene pool since Adam from the Garden of Eden. From Adam to Abraham, every male was born with foreskin.  The defendants cannot offer any contradictory evidence. Every man today, since Adam, is still born from that same gentile gene pool; all male babies are born with a foreskin. The act of circumcision did not turn Abraham into a jew. The biblical act of circumcision practiced by the gentile defendants does not make them a part of the covenant between God and Abraham; circumcision does not make anyone today a part of Abraham's physical covenant between Abraham and God. Can the defendants offer evidence they are from the circumcised Judeans? This simple biblical understanding destroys all of the defendants' claims that they are biblical Judeans or a blood race of people. The defendants are not, and will never be, a race or a 'group of special people' chosen by God. Abraham could not have known the words jew, temple, Pharisees, prophets, Moses, King David, Jerusalem, or Israel.  He would have replied to ADL CEO Johnathan Greenblatt: what are you talking about Zion, antisemite, antisemitism, and anti-Zionism?        What are you saying? Abraham could not have known the Hebrew language, and there is no history anywhere that can validate that Abraham or Moses spoke Hebrew.

195.    A Simple Covenant Understanding: God marked Abraham by the act of circumcision, in the same manner as a cowboy would do while branding his cattle. These are uncircumcised gentiles with foreskin, and these are circumcised gentiles. God was separating the circumcised Gentiles from the rest of the uncircumcised Gentiles in the world because God was going to send His Laws and Ordinances into the world through his next servant, Moses. God isolated the circumcised Gentiles for a purpose and kept the Laws and Ordinances of God

from being a part of the lives of the rest of the world's uncircumcised Gentiles.  The defendants and Zionist Israel are desperately seeking a biblical identity, even trying to use DNA and disease scenarios. The plaintiff can save the defendants some time and money. Search all you want; you will never find a bioidentical religious identity. It is a fact that if we tested Abraham's bones today, Abraham's DNA would match Arab populations that have always lived in Iraq. What is a jew? Is there any DNA test for the bones of the actual biblical Judeans that would test positive, proving the defendants are the biblical Judeans? Is there a test for Moses and the people who left Egypt? Why don't the defendants and Zionist Israel search the areas where Moses led people for 40 years? The entire world knows the paths they took, and over a million died in the wilderness. There should be plenty of bones to find that would prove the Judeans were all a blood race of people since they all died in the wilderness. How silly and desperate are the scenario by fake jews and Zionism? The simple understanding of God's 'gentile gene pool' and the act of circumcision validate that it is humanly and scientifically impossible to validate *anyone's religious affiliation* through any DNA testing whatsoever. What the defendants are looking for is impossible to find. They will never be validated. The defendants are not God's children.

196.    The defendants' claims are foolish, and the lies are easy to spot.  First lie, they are the race of people in the bible. The second lie they are related to the biblical Judeans. The third lie, they are descendants of Abraham. The fourth lie, their ancestors left Egypt with Moses. The fifth lie, Old Testament Israel, is their homeland. Sixth lie, they practice the same religion as biblical Judeans. Seventh lie, they are not liars, imposters, or identity thieves. The defendants cannot offer evidence that proves the plaintiff has lied seven times about the defendants. All of the defendants are derived from the gentile self-circumcision act ordered by the Khazar Empire

of King Bulan, the empire of gentile Turks and Huns.  The defendants were not told to circumcise themselves by God because they were not descendants of Moses.  Every "fake Jew" practicing unbiblical illicit versions of Talmudism claiming to be a descendant of Abraham cannot disprove the historical and biblical evidence. The defendants cannot produce evidence by verifying the birth certificates from the family line back to Moses. Why not? Because the bible has birth records from Adam to Christ. Are the defendants' birth records in the Talmud? The defendants will never validate they are a race of people or a Judean before any court in the world.  The act of circumcision does not have the power to change anyone into a jew; it does appear to have the power to turn the defendants' into desperate, malicious liars.

197.   The defendants' characterize themselves as religious jewish organizations. As articulated by the defendants' they also identify as Zionists, having self-proclaimed rights to land owned by others, claiming that land is their 'ancestral homeland.' The plaintiff challenges this claim, stating that this land does not rightfully belong to them according to world and biblical history. Contrary to presenting themselves as a civil rights group, the plaintiff argues that the ADL's primary motivation and actions are centered around Zionist Israel and the protection of offended fake jews. The plaintiff asserts the right to challenge and reveal what he considers to be the defendants' false unbiblical religious beliefs. The defendants' lying, deceptive beliefs about themselves have impregnated the world with hatred and have led to global distress and a belligerent warring, murderous conflict. This case revolves around the defendants' misrepresentation of their true identity while using language as a weaponized tool to contradict anyone attempting to disclose the truth about their historical origins. The defendants' perpetuate a religious deception, claiming to be the 'chosen people' of God. These erroneous beliefs by the defendants foster intense hatred, anger, and a misguided sense of moral

superiority among the defendants' who fraudulently claim the plaintiff and the entire world to be antisemitic.

198.    The ADL claims that it is a civil rights organization. It is not. The number of civil rights cases during discovery will prove it is a religious organization spying and manipulating the American public opinion by deceptions. Smiling at America, the defendants', by deception, have managed to manipulate U.S. law enforcement on every level, all the way to the FBI. The defendants lobby the entire Congress of the United States with big money and buy political influence through defendant AIPAC. The issue is about the defendants' working together to provide a false religious identity and image protection of Zionist Israel. The ADL operates under a religious false identity, impersonating the real biblical Judeans deceiving the world by using stolen identities.  Every message, every act, by the ADL is to act as a religious cop protecting the rights of unbiblical Talmudism; it is not about, and never has been about, civil rights.

199.    The relationship between the defendants' and what is termed as 'bogus Zionist Israel' is viewed by the plaintiff as perilous threats to the United States on multiple levels. The plaintiff argues that by promoting the notion in America that they are the biblical Judeans; the defendants' have successfully established a global spy network under the lying disguise of being "God's chosen people." A declaration the plaintiff vehemently disputes. The defendants' assertion of being "the chosen biblical Judeans" is seen by the plaintiff as the foundational basis for their world strategy.  The defendants sold that foundational belief using weaponized accusations of antisemitism and anti-Zionism to silence those who challenged or revealed factual historical and biblical truths about who and what the defendants are.  Furthermore, the

plaintiff argues that part of the defendants' purpose in America is to defend the image of the murdering state of Zionist Israel. The defendants' are sworn Zionists, who know that Zionist Israel was established through deceit, the ignorant gullibility of British colonialism, a secret Balfor trade-off in WWI, with a hidden promise, a lie, and the sinking of the S.S. Sussex supposedly killing Americans. A sinking killing lie that never happened. The biggest world fault was, and has been up until now, the widespread human ignorance in the world regarding the defendants' deceptive intentions by using Zionistic, communist ideologies to rob, pillage, and plunder innocent people.

200.    The defendants seek to silence the plaintiff by any means necessary because they understand the plaintiff is a legitimate threat that can put them out of business once people understand the real truth.  The defendants know that once they are fully exposed in America, that lying Zionist Israel, the murderer, will have to be dismantled by the World Court and the United Nations. Zionist Israel will never admit they are not Judeans, and they will never submit to the truth. The first use of nuclear weapons will be by or against bogus Zionist Israel. This message, which the plaintiff shares, has the power to change the entire world for the good of mankind.  The root of terrorism *is found* in the bitter root of Zionist Israel, the thorn of the Middle East.  The truth found in the plaintiff's message will destroy every present-day jewish politically motivated website and every so-called fake rabbi. There is no other path than full exposure to every lie perpetrated by the defendants'.  The plaintiff understands the power of truth that exposes the full nature of the unbiblical illicit practices of Talmudism and the secrets of the Learned Elders of Zion that are followed and practiced by the defendants'.  The use of the weaponized word terms antisemitic and anti-Zionism used by the defendants will become null and void throughout the entire world. Eventually the word terms will fall at the feet of ADL

CEO Johnathan Greenblatt. Zionism is Communism. The entire world and every world leader will finally understand the huge mistake the world made because there is and never will be any such thing as a living biblical Judean in the world today.

201.   God accomplished his sovereign purpose with the circumcised Gentiles in Israel. and after a four-year siege by the Roman army, God destroyed Israel, the temple, the Pharisees, and the biblical Judeans in 70AD.  God tore the temple down, killing about 1.3 million Judeans, the entire religion of the Pharisees and Sadducees. The remaining men, women, and children were sold into slavery. There was no dysphoria; it was slavery. Josephus, the jewish historian, recorded that the famine was so great during those four years that mothers ate their own babies.

202.   The purpose of the circumcised 'chosen people' in Israel was never going to be a success. God never intended for it to be a success. God destined Israel to become a total failure the very second Abraham threw away his dead foreskin. Why?  God isolated the small group of circumcised Gentiles and put them under His laws, ordinances, and observances, knowing man could not live by them. God protected the rest of the world of uncircumcised gentiles from receiving the laws.  It was not about the 'chosen people' showing the world what would work; it was about God showing the world what would not work. The Judeans were a constant sinful, faithless failure from the minute they left Egypt all the way to its final destruction in 70 A.D. The defendants' miss the same thing many biblical Judeans missed. "In sacrifice and offering, you have not delighted, but you have given me an open ear. Burnt offering and sin offering you have not required." God moved on with his purpose for mankind.  'Behold a Virgin shall conceive.'  Jesus said, "There will not be one stone left standing."  That FINAL prophesy is

still true to this day. Jesus also said the Pharisees were "of their father the devil." What will he have to say about today's Imposters? We shall see.

203.    The defendants' today violate all of scripture, and they changed the commandments of God by creating over 12 different illicit carnal versions of the actual biblical Judeans we read about in the bible. These unbiblical versions satisfy their needs today.  Reform Judaism, Conservative Judaism, Reconstructionist, and Orthodox Judaism, which has an additional eight versions of Orthodox. The fake jews even have a humanistic version of Talmudism. Humanistic Jews celebrate Jewish culture, history, and holidays *without any reference to God*. If any of these versions were practiced by the real biblical Judeans in the bible, God would have sent fire from heaven a long time ago and consumed them for breaking his commandments. The defendants' each practice a man-made version of unbiblical evil Talmudism. The biblical Judeans lived and served God under the LAWS of God, and they suffered tremendously for their failures.

204.    The plaintiff contends the ADL has been misrepresenting itself to government agencies and the IRS as a 501(c)(3) non-profit organization. With full knowledge, the defendants intentionally deceived the U.S. government and its citizens by using fraudulent identities on government forms, fundraising under a masquerade using false concealment, and lying narratives projecting themselves as Judeans, all the while claiming to be a civil rights organization as they evaded taxes for many years. While portraying itself as a civil rights group advocating for those whose rights have been infringed, the plaintiff contends evidence will prove that the ADL's primary focus is over 95% on religious protection for fake jews and in defense of the public image of murdering Zionist Israel. The ADL is known to publicly

reprimand universities, students, businesses, celebrities, and officials, labeling them as propagators of "jew hate speech" and anti-Israel sentiment. Jonathan Greenblatt, CEO of the ADL, who is referred to as a goy by the plaintiff, who exaggerates incidents, using them to reinforce false narratives of jewish and poor jew persecutions, and he frequently references to the Holocaust for sympathy. Installing communism in the world and killing 60 million people during the Bolshevik revolution in 1917 makes the holocaust appear small. Perhaps it is true that what you sow, you also reap.

205.    The plaintiff knows the evidence of discovery and depositions will prove that the ADL lacks a substantial recorded history of actively fighting "other than jewish" civil rights violations in court. The ADL does not file, or has ever filed, any significant number of civil rights cases through the courts that are produced under charges by law enforcement. Instead, the ADL operates dirt cheaply by submitting "amicus briefs" in civil rights cases, which the plaintiff argues is only a tactic by the ADL to maintain an appearance of advocating for the oppressed. The plaintiff asserts "amicus briefs" is a cheap way for the ADL fake jews to make it appear as if they are fighting for people on a large scale when they are not. The defendants like to talk about civil rights for everyone without putting any real jew money on the table. The defendant ADL is famous for not defending anyone's civil rights outside of the defendants' religious networks because that would mean they would be spending out-of-pocket money. Amicus briefs are nothing more than an opinion equal to a thumbs up on social media saying we agree with the plaintiff. In nearly every civil rights case in America, the ADL enjoins itself as long as it supports the ADL's goy views. The ADL does this so they appear publicly as a defender of Muslims or blacks as long as it is not big bucks out of their pocketbooks. The defendants have maybe a handful, if any, having ever filed and paid for a civil rights violation

for blacks or Muslims as the ADL defender attorney of record. They are not a 501(c)(3) civil rights organization.  They are a Zionistic Israeli puppet, spying on American governments and their citizens while defending the rights and images of fake jews and Zionist Israel throughout the world. The defendants have paid off lawsuits against blacks and Muslims.

206.    Defendant ADL has shrewdly, criminally, and by acts of fraud managed to secure massive funds by misrepresenting its true identity to the United States government. Through the use of pernicious false identity claims, the defendants stole money from most American taxpayers without their knowledge. What 'fake catholic church' operating as a 501(c)(3) could steal taxpayers' money by using false identification and use the money for their purposes and to defend the image of the Roman Pope's priests for child molesting?  After decades of politicizing hatred and antisemitism, the defendants' openly defend the murderous politics of Zionistic land theft. The defendants call people like the plaintiff, who disagree with their unbiblical religious views, to be purveyors of hate speech towards bogus Zionist Israel.

207.    The lying defendant American imposters, using identity theft, creating racist hatred, with weaponized word terms, finally reached a climatic level of political influence on December 20, 2022. After decades of operating as frauds, the defendants and defendant ADL, under the direction of CEO Johnathan Greenblatt, sent a twenty-two (22) page written communication directed to the U.S. Office of Management and Budget (hereinafter, "OMB"), which requested an increase in funding for its projects and interests. [EXHIBIT M ADL OMB TAXPAYER THEFT]

208.    Defendant ADL CEO Johnathan Greenblatt led the charge by demanding the U.S. government appropriate approximately $1.5 billion of the U.S. taxpayer's money to be

used for its own interests. Specifically, the misleading demand letter, along with the use of a false counterfeit claim, while reasoning on falsified documents, that the ADL was "combating antisemitism." The ADL commanded the OMB to allocate the following funds: $1,202,000,000.00 to the ADL, $288,400,000.00 to other existing agencies within the ADL, and $27,500,000.00 for new initiatives. Every taxpayer dollar was obtained by misrepresentation, fraudulent criminal lies, and masquerading signatures as other than an original Judean. The plaintiff demonstrates clear factual evidence of stolen taxpayer money by deception in the above amounts. The plaintiff demands accountability from the defendants through discovery and depositions, providing clear evidence from the defendants where the money went. By discovery and depositions, the plaintiff will request the complete original signatures of all signees of the documentation, bank accounts, and statements where the funds were deposited. Most importantly, the plaintiff seeks complete documentation and authorization from the defendants from the United States Congress, whereby funds were authorized by an act of Congress to be distributed to the defendants. The defendants need to provide evidentiary proof that will validate that this court, or by appeal before the Supreme Court of the United States of America, that the defendants and the ADL are indeed authorized quasi-government agencies and have a right to receive entitlements from taxpayer money.

209.    The plaintiff says this is an actionable cause. By discovery and depositions, the plaintiff will request complete documentation of funds received by evidence of bank records from the defendants validating all monies received by the defendants from all U.S. Government agencies and state and local governments throughout the United States of America. The plaintiff contends that U.S. taxpayer funds were obtained illegally by the defendants and have been sent,

in part, to a foreign government, Zionist Israel, and used to defend that foreign government's offensive, murderous image in America.

210.    Many ADL employees are hired as private investigators, and through the use of purchased spy equipment, they spy and create files on the plaintiff and share those files with law enforcement without the plaintiff's permission. The plaintiff will seek evidence from employee depositions and discovery receipts for old and newly purchased AI spy equipment the defendants used to spy on the plaintiff. The ADL, led by CEO Jonathan Greenblatt, has been allocated a significant sum of over $1.5 billion. The plaintiff's case is about exposing the defendants on every level of the defendants' lying and fraudulent deceptions.   The plaintiff contends that the defendant CEO, Jonathan Greenblatt, did so to the United States government agencies across America by presenting himself as a historical relative of the biblical Judeans with no concerns about the establishment clause: separation of church and state. This raises concerns by the plaintiff about why similar financial support isn't made public or extended equally to other religious groups for the same analogous superficial frivolity as the defendants'. The total amount the ADL reportedly received from U.S. taxpayers was achieved through the defendants' ability to criminally spy and influence law enforcement at various levels of government.   AIPAC, a spy for Zionist Israel, has politically purchased influence through American politicians by money. Receiving money from AIPAC by politicians needs to become a serious matter of public contention. The plaintiff will seek, by complete discovery, to find out where and to whom the money at AIPAC is being spent and for what. At this point, the plaintiff is prepared to offer evidence of trips to Israel by many in Congress. AIPAC has two purposes in the United States: to spy and buy political influence.   A Jewish website in Zion Israel bragged there are 37 jews in Congress and the Senate combined and many other positions throughout

the government. This is the same manner the defendants' ancestors used when they kept score in the Zionistic communist Bolshevik revolution in Russia.

211.   The ADL's CEO, Jonathan Greenblatt, works closely with defendant AIPAC. This influence is evident in substantial financial contributions to over 360 senators and congress members. The plaintiff will offer evidence of the conjoined twins working together by the defendants' own testimonies and joint account contributions to purchase influence.   The expedited approval of the defendants' ADL taxpayer funds is indicative of an improper, illegal relationship between the defendants and the U.S. government based on false religious narratives and the purchase of influence through AIPAC. The defendant ADL cannot offer evidence to the court that it is a congressionally authorized quasi-governmental agency. AIPAC has no purpose in America other than a spy for Zionist Israel.

212.   The ADL's acquisition of OMB funds without proper congressional oversight is a grave concern. The FBI has acted with passive collaboration in this process, looking the other way in the same manner as the FBI's past history. The FBI's apparent inaction or intentional blindness occurred because they were trained in all things 'fake jew' by the defendants and defendant ADL CEO Johnathan Greenblatt, who set up training, trips, and vacations for the FBI and all U.S. law enforcement to join hands together fighting hate.

213.   The swift approval by the OMB of a significant funding request by the ADL is seen as clear evidence of a direct and *potent politically* influential connection with U.S. government bodies that began when the defendants developed the training of United States law enforcement. The ADL's direct funding request to the U.S. Office of Management and Budget (OMB) is unusual and typically expected only to be approved by established government

agencies. The request is made a year in advance. This action raises questions about the ADL's role and intentions, especially since the plaintiff will offer massive evidence from law enforcement that the ADL has been conducting surveillance on American citizens for perhaps over 100 years without a warrant.

214.     The ADL is portrayed as an organization that promotes itself as a civil rights advocate while engaging in unlawful activities by spying under the masquerade of the color of law. Documentative evidence provided by the plaintiff was obtained from the defendants' websites and public speeches made by the defendants, who were guilty of collaborating with law enforcement. The ADL's evolution and relationship with B'nai B'rith, a secret society, was formed in a similar outline to Masonic lodges on NYC's Lower East Side. Bnai Brith created the defendant ADL as an extension of Bnai Brith, a secret society supposedly developed by 12 German jews. The ADL was designed to defend fake jews and defend Zionist views in 1913. This was four years before the Bolshevik Revolution, where 354 jews took complete control of the Russian government and installed the first world government operating as a communist government in Russia. The communist jew Trotsky would return to the Lower East side of NYC in 1917. Bnai Brith recognizes Trotsky on their website with several false narratives, also using the word socialism instead of communism.   Both defendants have been spies for over a century and have been caught spying throughout history on American governments and citizens. See FBI files.

215.     Bnai Brith's role in obscuring the nature of "fake Jews" originated in 1843 in the lower east side of NYC. The association with the controversial Protocols of the Elders of Zion is highlighted. It can be understood through the deceptive operations of the ADL, an extended

arm of the secret practices of Bnai Brith. The plaintiff contends this leaked secret document is vehemently denied by fake jews and jew scholars everywhere throughout the internet for a reason. One thing is for sure: The Protocols of the Elders of Zion is a book written by jews, for jews, telling jews how to take over the world.  The writing is profoundly disturbing to read and is filled with the embodiment of evil Talmudic thinking and is a communist document in all 24 chapters. The document is recognized and read by fake jews all over the world.

216.     The Protocols of the Elders of Zion are the legitimate foundational beliefs of Bnai Brith, the ADL and CEO Johnathan Greenblatt, and AIPAC.  Of course, they will shout, deny, deny, deny. The defendants' have a fake jew history of operating as communists in the United States.     The book is dark and dirty, clearly built on the false, lying, unbiblical foundations of Zionism and communism expressed in the Protocols; couple that with the evil Talmudic religion, and we have the true heart of the defendants and every fake jew.  The Talmud and The Learned Elders of Zion are communist manifestos.  Evidence from the books will validate the fact. The plaintiff reiterates that this exposure must happen to expose to the world who and what the defendants' are. The blind must be made to understand the existence of light.

217.     The plaintiff offers the only definition of who or what are the defendants. "The kingdom of heaven is like a man who sowed good seed in his field; but while men slept, *his enemy* came and sowed tares among the wheat and went his way. But when the grain had sprouted and produced a crop, then the tares also appeared. So, the servants of the owner came and said to him, 'Sir, did you not sow good seed in your field? How then does it have tares?' He said to them, '*An enemy* has done this.' The servants said to him, 'Do you want us then to go and gather them up?' But he said, 'No, lest while you gather up the tares you also uproot the

wheat with them. Let both grow together until the harvest, and at the time of harvest I will say to the reapers, "*First gather together the tares and bind them in bundles to burn them,* but gather the wheat into my barn." The defendants' are the tares.

# CLAIMS

## COUNT 1
### Constitutional Rights Violation

218.    The plaintiff alleges that his First Amendment rights, which protect free speech and freedom of religion, were violated by the defendants. He claims that the defendants' actions, including their representation of his teachings and labeling him as "anti-Semitic," constitute an infringement on his right to express his views and practice his religion freely. Furthermore, he asserts that his Fourth Amendment rights, which safeguard against unlawful search and seizure, were breached through unauthorized surveillance activities by the defendants. These allegations suggest the plaintiff believes his constitutional protections were disregarded by the actions and behavior of the defendants.

## COUNT 2
### DEFAMATION

219.    The plaintiff asserts that the defendants have inaccurately portrayed his teachings and research on Jewish history and identity, which he views as a misrepresentation leading to harm to his reputation by slander.

220.    The complaint further states that the defendants labeled the plaintiff as "anti-Semitic." The plaintiff argues that this weaponized label is not only false but also significantly damaging to his professional and personal reputation.

221. The plaintiff emphasizes that these actions by the defendants have led to a substantial negative impact on his reputation, potentially affecting his work and relationships within his community and throughout the United States.

## COUNT 3
## PRIVACY INVASION

222. The plaintiff argues that this surveillance was part of a broader effort to undermine his work and infringe upon the rights of his followers. This alleged invasion of privacy is seen by the plaintiff as a deliberate attempt to disrupt and discredit his activities and those of his supporters. The complaint suggests that these actions were not only intrusive but also part of a systematic campaign against the plaintiff and his work.

## PRAYER FOR RELIEF

In light of the allegations presented, the plaintiff respectfully requests that the Court:

a) Declare the defendants' actions, including the misrepresentation of the plaintiff's teachings and the unauthorized surveillance activities, as unlawful.

b) Issue preliminary and permanent injunctive relief, enjoining the defendants from continuing their defamatory labeling and unlawful surveillance of the plaintiff.

c) Grant declaratory relief to formally establish the infringement of the plaintiff's constitutional rights.

d) Award the plaintiff monetary damages for the harm suffered, including damage to his reputation and infringement of his rights.

e) Order the defendants to cover the plaintiff's legal costs and reasonable attorney's fees incurred in this matter.

**f)**     Provide any other relief that the Court deems just and equitable in the circumstances of this

case.

## REQUEST FOR JURY TRIAL

Plaintiff respectfully requests a trial by jury on all issues so triable in this action. Pursuant to Rule

38 of the Federal Rules of Civil Procedure, Plaintiff asserts his right to a jury trial on all claims

and defenses that are eligible for such a trial.

Dated this _19_ date of August, 2024.

Respectfully Submitted,

Biblical Historian and Church Reformer Rick Johnston,
Plaintiff in *pro per*

Mailing Address
Plaintiff in *pro per*

Rick Johnston
10151 University Blvd. #338
Orlando FL 32817