# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| RICK JOHNSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:24-cv-01465-JSS-EJK |
| | ) |
| ANTI-DEFAMATION LEAGUE, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DECLARATION OF JEREMY L. KAHN**

I, Jeremy L. Kahn, declare as follows:

1. I am an attorney at the law firm Berman Fink Van Horn P.C. in Atlanta, Georgia, and I am counsel of record for the American Israel Public Affairs Committee ("AIPAC") and Howard Kohr in the above-captioned action. I am over the age of 18 and otherwise competent to make this declaration. All the facts in this declaration are based on my personal knowledge.

2. On January 29, 2025, I emailed Plaintiff asking for his availability for a call to confer on a motion. In his response, Plaintiff stated that he "ha[s] a meeting with counsel tomorrow for most of the day" and that "we are filing several motions regarding negligence and failure to respond, including a motion to compel."

3. In reply to that email, I specifically asked Plaintiff: "Also, you mentioned a meeting with counsel. Do you have counsel assisting you with this

matter?" Plaintiff's response to that email ignored the question, so I asked again: "Please also answer my question about counsel. Do you have counsel assisting you with this matter? If so, please let me know who." This time, Plaintiff responded: "None of your business."

4.  Exhibit 1 to this declaration is an accurate copy of my emails with Plaintiff.

5.  On January 31, 2025, I called Plaintiff by phone. Once again, I specifically asked Plaintiff if he had any counsel assisting him with this case. Plaintiff again retorted that it is "none of your business" and stated that he is "not represented" because, if he was, then "the Court would be notified."

6.  I explained that it did not matter whether Plaintiff was formally represented by an attorney with an appearance in the case, and again asked whether Plaintiff received any assistance from any counsel related to this case.

7.  Plaintiff repeatedly refused to answer that specific question, stating that it was "not gonna happen," "none of your business," and that "you don't have a right to know."

8.  I ultimately informed Plaintiff that Defendants intended to file a motion to require Plaintiff to identify any counsel assisting him, but Plaintiff continued to refuse to answer whether he has received, or currently is receiving, any assistance from any counsel related to this case. Plaintiff also told me that I should "stop being a little snitch."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2025 </span><span>*/s/Jeremy L. Kahn*

# EXHIBIT 1

| | |
|---|---|
| **From:** | rj@aipacjew.com |
| **To:** | Jeremy L. Kahn |
| **Subject:** | RE: Conferral on Motion |
| **Date:** | Thursday, January 30, 2025 2:53:12 PM |

**Comments below**

**From:** Jeremy L. Kahn <jkahn@bfvlaw.com>
**Sent:** Thursday, January 30, 2025 2:39 PM
**To:** rj@aipacjew.com
**Cc:** Scott N. Wagner <SWagner@bilzin.com>; Michael S. Morgan <Mmorgan@bilzin.com>
**Subject:** RE: Conferral on Motion

I will call you tomorrow at 10:00 a.m. ET at (480) 516-9585. **If you use an unknown number my phone will designate, you as spam.** If you fail to answer this time, I will advise the Court. **Stop speaking to me like this, do what you need to do.**

**None of your business.** Please also answer my question about counsel. Do you have counsel assisting you with this matter? If so, please let me know who.

**Jeremy L. Kahn**
Berman Fink Van Horn P.C.
direct: 404.261.9494 | main: 404.261.7711
Visit **BFV Website** | **Blog**

**2024 Best Places to Work | Atlanta Business Chronicle**

Licensed in Georgia, Florida, and Washington, D.C.

NOTICE: This email message and any attachments transmitted with it may contain information that is legally privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender by telephone (404.261.9494) or by email (jkahn@bfvlaw.com) and then delete this message and all copies and backups thereof. Thank you.

**From:** rj@aipacjew.com <rj@aipacjew.com>
**Sent:** Thursday, January 30, 2025 2:35 PM
**To:** Jeremy L. Kahn <jkahn@bfvlaw.com>
**Subject:** RE: Conferral on Motion

Hello Jeremy,

I will be available from 10 AM to 12 PM if that works for you.

rj

**From:** Jeremy L. Kahn <jkahn@bfvlaw.com>
**Sent:** Wednesday, January 29, 2025 1:19 PM

**To:** rj@aipacjew.com
**Cc:** Scott N. Wagner <SWagner@bilzin.com>; Michael S. Morgan <Mmorgan@bilzin.com>
**Subject:** RE: Conferral on Motion

Please tell me exactly what time on Friday you will be available for a call.

Also, you mentioned a meeting with counsel. Do you have counsel assisting you with this matter?

**Jeremy L. Kahn**
Berman Fink Van Horn P.C.
direct: 404.261.9494 | main: 404.261.7711
Visit **BFV Website** | Blog

**2024 Best Places to Work | Atlanta Business Chronicle**

Licensed in Georgia, Florida, and Washington, D.C.

**NOTICE**: This email message and any attachments transmitted with it may contain information that is legally privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender by telephone (404.261.9494) or by email (jkahn@bfvlaw.com) and then delete this message and all copies and backups thereof. Thank you.

---

**From:** rj@aipacjew.com <rj@aipacjew.com>
**Sent:** Wednesday, January 29, 2025 12:49 PM
**To:** Jeremy L. Kahn <jkahn@bfvlaw.com>
**Subject:** RE: Conferral on Motion

I am not available today or tomorrow. I am traveling today and have a meeting with counsel tomorrow for most of the day. However, I am very interested in speaking with you as we are filing several motions regarding negligence and failure to respond, including a motion to compel.

I will let you know after tomorrow, but Friday seems to be the best option for now.

Best rj

---

**From:** Jeremy L. Kahn <jkahn@bfvlaw.com>
**Sent:** Wednesday, January 29, 2025 12:05 PM
**To:** rj@aipacjew.com
**Cc:** Scott N. Wagner <SWagner@bilzin.com>; Michael S. Morgan <Mmorgan@bilzin.com>
**Subject:** Conferral on Motion

Mr. Johnston:

I am writing to request your availability to confer on a motion we intend to file. As the judge's recent order stated, the parties have a duty to substantively confer. Please provide a time today or tomorrow that you are available for a call.

Jeremy

**Jeremy L. Kahn**
Berman Fink Van Horn P.C.
direct: 404.261.9494 | main: 404.261.7711
Visit **BFV Website** | **Blog**

**2024 Best Places to Work | Atlanta Business Chronicle**

Licensed in Georgia, Florida, and Washington, D.C.

**NOTICE**: This email message and any attachments transmitted with it may contain information that is legally privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender by telephone (404.261.9494) or by email (jkahn@bfvlaw.com) and then delete this message and all copies and backups thereof. Thank you.