UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICK JOHNSTON,

    Plaintiff,

v.                                Case No: 6:24-cv-1465-JSS-UAM

ANTI-DEFAMATION LEAGUE,
JONATHAN GREENBLATT, BNAI
BRITH INTERNATIONAL, DANIEL
S. MARIASCHIN, HOWARD KOHR,
and AIPAC THE AMERICAN
ISRAEL PUBLIC AFFAIRS
COMMITTEE,

    Defendants.
_____/

## ORDER

Defendant Howard Kohr moves for leave to file a reply in support of his motion to dismiss (Dkt. 78). (Dkt. 88.) Plaintiff has not responded to the motion for leave, and the time to do so has passed. *See* M.D. Fla. R. 3.01(c). As a result, "the motion is subject to treatment as unopposed." *Id.* Upon consideration, the court grants the unopposed motion. *See Newman v. Heritage Vill. W. Condo. Ass'n*, No. 22-13709, 2023 WL 8270183, at *3, 2023 U.S. App. LEXIS 31591, at *8 (11th Cir. Nov. 30, 2023) ("The . . . court's discretion to grant or deny leave to reply . . . coincides with its inherent authority to manage its docket to achieve 'the efficient and expedient resolution of cases.'" (quoting *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), and citing *McLane Co. v. Equal Emp. Opportunity Comm'n*, 581 U.S. 72, 83 (2017))).

- 2 -

Accordingly:

1. The unopposed motion for leave (Dkt. 88) is **GRANTED**.

2. On or before May 29, 2025, Kohr may file a reply that is limited to addressing the affidavit discussed in the motion for leave and that does not exceed seven pages, inclusive of all parts.

**ORDERED** in Orlando, Florida, on May 15, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record