UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICK JOHNSTON,

    Plaintiff,

v.                                                                Case No: 6:24-cv-1465-JSS-NWH

ANTI-DEFAMATION LEAGUE,
JONATHAN GREENBLATT, BNAI
BRITH INTERNATIONAL, DANIEL
S. MARIASCHIN, HOWARD KOHR,
and AIPAC THE AMERICAN
ISRAEL PUBLIC AFFAIRS
COMMITTEE,

    Defendants.
_____/

**ORDER**

On July 21, 2025, the court dismissed the pro se amended complaint (Dkt. 57) without prejudice and allowed Plaintiff to file a second amended complaint on or before August 15, 2025. (*See* Dkt. 102.) Although on August 19, 2025, Plaintiff filed a notice voicing his disagreement with the court's order, (*see* Dkt. 103), Plaintiff has not filed a second amended complaint or requested an extension of time to do so, and the deadline for amending expired on August 15, 2025. Consequently, the order dismissing the complaint has become a final judgment. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 720 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff seeking

- 2 -

an extension.").

Accordingly:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close this case.

**ORDERED** in Orlando, Florida, on August 22, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record